FILED
2018 Jan-12  AM 11:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

## DEFENDANTS' INITIAL SUMMARY JUDGMENT SUBMISSION

## JAMES SULLIVAN V. PJ UNITED, INC., *ET AL.*
## CASE#: 7:13-CV-01275

## INDEX

**Page Number**

Discovery Response of Faouzi Abdulsamad . . . . . . . . . . . . . . . . . . . . . . . . . . . 1 - 4

Discovery Response of Ervin Acton . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5 - 8

Discovery Response of Shannon Adams . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9 - 12

Discovery Response of Jason Alfano . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13 - 16

Discovery Response of Antrinette Anderson . . . . . . . . . . . . . . . . . . . . . . . . . 17 - 21

Discovery Response of Nicholas Andrews . . . . . . . . . . . . . . . . . . . . . . . . . . 22 - 25

Discovery Response of Charles Angell . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26 - 29

Discovery Response of Adam Ashton . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30 - 35

Discovery Response of Le La Ashton . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36 - 47

Discovery Response of Jesse Bain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48 - 51

Discovery Response of Larry Baker . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52 - 55

Discovery Response of Samei Bakheit . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56 - 59

Discovery Response of Vickie Banks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60 - 63

Discovery Response of John Barber . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64 - 67

# EXHIBIT 1

**DEFENDANTS' INITIAL SUMMARY JUDGMENT SUBMISSION**

**JAMES SULLIVAN V. PJ UNITED, INC., *ET AL.*
CASE#: 7:13-CV-01275**

**INDEX**

<u>**Page Number**</u>

Discovery Response of Mahlon Barber . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68 - 71

Discovery Response of Jeff Barrett . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72 - 75

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | |
|---|---|
| JAMES SULLIVAN, *et al.* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **CIVIL ACTION NO.:** |
| **v.** ) | **7:13-cv-01275-LSC** |
| ) | |
| PJ UNITED, INC., *et al.,* ) | |
| ) | |
| **Defendants.** ) | |

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.  State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles. **2004 Toyota Corolla, driven other cars but don't recall.**

2.  For each car, state the following:

    a.  Approximate date of purchase? **2006 or 2007 about**

    b.  Approximate odometer miles at purchase? **65,500-70,000**

    c.  Approximate purchase price? **$8000 about**

    d.  Current odometer miles? **130,000**

    e.  Approximate odometer miles when you sold the car? **Still own**

    f.  Approximate sale price? **N/A**

3.  For each car listed above, what is the name of the owner(s) on the car title? **I used to be on the title. Now it is my wife and I.**

4.  If a finance company required that the car be insured, what was the amount paid for the required insurance? **$700/year**

5.  About how many total miles was each car driven?

1

   a.     Per year? **80 miles per day**

   b.     Per month? **28,800 approximately**

   c.     Per week? **560 approximately**

6.    What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. **About 90% of mileage driven on job**

7.    On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? **Average of about 80 miles driven on the job per day**

8.    On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? **Varied, but about 5-6 miles.**

9.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

   a.     Per year? **Varied, unknown**

   b.     Per month? **Varied, unknown**

   c.     Per week? **Varied, unknow. Filled car 2-3x a week. It held 13-15 gallons**

10.   On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

   a.     Per year? **Varied, unknown**

   b.     Per month? **Varied, unknown**

   c.     Per week? **Varied, unknown**

11.   What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

   a.     Per year? **Varied, about an average of $1000/yr**

   b.     Per month? **Varied, unknown**

   c.     Per week? **Varied, unknown**

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. **Changed monthly myself.**

13. Did you have repairs done to any of the cars listed above? **Yes.**

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

> **Spark plugs**
> **Body work, about 2011, 2009(8)**
> **Brakes changed multiple times, dates unknown**
> **Tires replaced, annually**
> **Changed belts and hoses, dates unknown**
> **Other repairs occurred, but cannot remember particulars**
> **Clean radiator**
> **Air conditioning compressor 2009**

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ. **Don't recall.**

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. **About $100 per year**

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years? Do not include amounts paid by someone other than you.

    a. Per year? $1,200.00_____

    b. Per month?

    c. Per week?_____

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? **$700/year last 6 years with PJ.**

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

    a. Per year? $700_____

3

b.     Per month?

c.     Per week?_____

20.   Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much? **No**

21.   If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? **Applebee's cook. 1998(9) – 2004(5); 6 days/week. Hall St. (don't recall exact address)**

22.   If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. **N/A**

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _O 6 – 16 – 2017_, 2017.

_____
Signature

Print Name and Address:
Faouzi Abdulsamad

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES SULLIVAN, *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **v.** | ) | **7:13-cv-01275-LSC** |
| | ) | |
| PJ UNITED, INC., *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.  State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

    *1989 Pontiac Sunfire   1994 Geo Metro*
    *2003 Trracker   1989 Geo Metro*

2.  For each car, state the following:

    *Sunfire 1994 / 1994 Geo / 1989 Geo*

    a.  Approximate date of purchase? _____ *47,000   110,000   G 1,000*
                                                                                *1989 Trr*
    b.  Approximate odometer miles at purchase? _____

    c.  Approximate purchase price? *3,000   600.00   500.00*

    d.  Current odometer miles? *Don't Know  Do Not Have*

    e.  Approximate odometer miles when you sold the car? *130,000   160.000   150,00*

    f.  Approximate sale price? _____

3.  For each car listed above, what is the name of the owner(s) on the car title?
    *David P. Acton*

4.  If a finance company required that the car be insured, what was the amount paid for the required insurance? _____

1

PJ United 103

5.    About how many total miles was each car driven?

    a.    Per year? ~~35,000~~ 35000

    b.    Per month? ~~1,800~~ 1,800

    c.    Per week? 600 Per WK

6.    What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. 80% Of Fack

7.    On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? 50 - 100   A Night

8.    On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? 20 per Day

9.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.    Per year? $8,000 Year

    b.    Per month? $500 MT

    c.    Per week? $200.00 WK

10.   On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.    Per year? $5,000 Xear

    b.    Per month? $000.00 MT

    c.    Per week? 150.00 WK

11.   What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a.    Per year? $1000 Yr.NN

    b.    Per month? 0

    c.    Per week?

2

PJ United 103

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. *I Did IT MYSELF. I AM A MECHANICAL*

13. Did you have repairs done to any of the cars listed above? _____

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

_____
_____
_____
_____
_____

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

_____
_____
_____
_____
_____

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you._____

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years? Do not include amounts paid by someone other than you.

   a. Per year? *ABOUT   50   YEAR*

   b. Per month?_____

   c. Per week?_____

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? *15 YRS*

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

   a. Per year? *$700.00 yr*

3

PJ United 103

b.   Per month?_____

c.   Per week?_____

20.   Did your car insurance premium increase solely because you were employed by PJ? If so, by how much? _N̸0_____

21.   If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? _Jᴺᴬᶠ. Cᵒ_
_Road of Tranpotation_____

22.   If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. _NO_____

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _5-10-17_____, 2017.

_____
Signature

Print Name and Address:
_ERVIN P. ACTON_

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

PJ United 103

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*        )
                               )
    Plaintiffs,           )
                               )        CIVIL ACTION NO.:
v.                             )        7:13-cv-01275-LSC
                               )
PJ UNITED, INC., *et al.,*      )
                               )
    Defendants.           )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

    Honda  Civic  EX 2010

2.    For each car, state the following:

    a.    Approximate date of purchase?  April 2010

    b.    Approximate odometer miles at purchase?  10

    c.    Approximate purchase price?  I Dont Know

    d.    Current odometer miles?

    e.    Approximate odometer miles when you sold the car?  N/A

    f.    Approximate sale price?  N/A

3.    For each car listed above, what is the name of the owner(s) on the car title?
    Phylis J. Adams

4.    If a finance company required that the car be insured, what was the amount paid for the required insurance?  $184 mo

1

PJ United 117

5.  About how many total miles was each car driven?

    a.  Per year? _I don't Know_

    b.  Per month? _I don't Know_

    c.  Per week? _I don't Know_

6.  What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ. _60%_

7.  On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? _50-65_

8.  On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? _10-15_

9.  On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.  Per year? _#2340 - 2600_

    b.  Per month? _#180 - 200_

    c.  Per week? _# 45-50_

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.  Per year? _1,820_

    b.  Per month? _140_

    c.  Per week? _#35_

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

    a.  Per year? _#800_

    b.  Per month? _____

    c.  Per week? _____

2

PJ United 117

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. _Wygul Auto & Merchants — listed below_ _Dillsburn Center 11 Prince of Wood, VA_

13. Did you have repairs done to any of the cars listed above? _Yes_

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
    _Replace tires     —   $450_
    _Battery replace   —   $160_

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
    _Wygul Auto    — Alexandria, VA_
    _Merchants Tire & Auto   Alex, VA_
    _Auto Zone   Alexandria, VA_

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. _N/A_

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years? Do not include amounts paid by someone other than you.

    a.   Per year?   _0_

    b.   Per month?   _0_

    c.   Per week?   _0_

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? _N/a_

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

    a.   Per year?   _N/A_

3

PJ United 117

b.  Per month? _N/A_____

c.  Per week? _N/A_____

20.  Did your car insurance premium increase solely because you were employed by PJ? If so, by how much? _NO._____

21.  If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? _____
_N/A_____

22.  If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. _5810 Dawes Ave  Alex, VA / Ft Belvoir_____
_Nova Loudon_____

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on ___6/ 21 /_____, 2017.

_____
Signature

Print Name and Address:
_Shannon   Adams_____

PJ United 117

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*      )
                                 )

      Plaintiffs,          )

                                 )     CIVIL ACTION NO.:
**v.**                          )     7:13-cv-01275-LSC

                                 )

PJ UNITED, INC., *et al.*,      )

                                 )

      Defendants.        )

## DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.     State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles. **2008 Ford Escape, VIN 1FMCUO3188KCO8693**

2.     For each car, state the following:

     a.     Approximate date of purchase? February 2012
     b.     Approximate odometer miles at purchase?  Approximately 100,000 miles
     c.     Approximate purchase price? $12,000
     d.     Current odometer miles? 200,627 miles
     e.     Approximate odometer miles when you sold the car?  Still own the vehicle

3.     For each car listed above, what is the name of the owner(s) on the car title? Jason Alfano

4.     If a finance company required that the car be insured, what was the amount paid for the required insurance?
               Approximately $79 a month

5.     About how many total miles was each car driven?

     a.     Per year? Approximately 20,000 miles per year
     b.     Per month? 1,600 + miles a month
     c.     Per week?  Approximately 385 miles a week

6.      What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. More than half of the miles driven were for Papa Johns.

7.      On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? Over 100 miles per day

8.      On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? Less than 25 miles per day

9.      On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

        a.      Per year? Approximately $1,800 per year
        b.      Per month? **Approximately $150 per month**
        c.      Per week? Approximately $35 per week

10.      On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

        a.      Per year? Approximately $1,800 per year
        b.      Per month? Approximately $150 per month
        c.      Per week? Approximately $35 per week

11.      What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

        a.      Per year? Approximately $2,400 per year on average
        b.      Per month? Approximately $200.00 per month on average
        c.      Per week? Approximately $46 per month

12.      For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.

        Carspa
        3282 Holland Rd
        Virginia Beach, VA 23453
        (757) 368-2732

13.      Did you have repairs done to any of the cars listed above?
        Yes.

14.      If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

Flywheel was replaced twice; both times this was task was completed by Beach Ford Service Center in Virginia Beach, VA. Cost was approximately $450 each time it was replaced.

Ignition Module was replaced by Beach Ford Service Center in Virginia Beach, VA. Cost was approximately $380.00

Tires were replaced twice at $400 each time at Merchant Tires on Holland Rd, Virginia Beach VA.

15.    State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

Beach Ford Service Center
2717 Virginia Beach Blvd
Virginia Beach, VA 23452

Merchant Tires
3700 Holland Rd
Virginia Beach, VA 23452

16.    If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you.

Registration $80 per year
Property tax $89 per year

17.    If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years? Do not include amounts paid by someone other than you.

a.    Per year? n/a

b.    Per month? n/a

c.    Per week? n/a

18.    If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? Over 5 years

19.    If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

a.    Per year? $948.00

    b.    Per month? $79.00

    c.    Per week? $18.23

20.    Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much? No.

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?

    Geico Insurance Company
    January 2013 through January 2014
    Worked 40 hours per week
    1345 Perimeter Pkwy, Virginia Beach, VA 23454

    Centera Medical Center
    Started February 6, 2017; currently work there
    Work approximately 25 hours per week
    1060 First Colonial Road
    Virginia Beach, VA 23454

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.

    Tidewater Community College
    1700 Crescent Ave
    Virginia Beach VA

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____ June 20 _____, 2017.

_____
Signature

Print Name and Address:
**Jason Alfano**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JAMES SULLIVAN, *et al.* )<br><br>    Plaintiffs, )<br><br>v. )<br><br>PJ UNITED, INC., *et al.,* )<br><br>    Defendants. ) | CIVIL ACTION NO.:<br>7:13-cv-01275-LSC |

<u>DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS</u>

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
2006 Saturn Ion
2007 Pontiac Grand Prix
n/a for vin

2.    For each car, state the following:

    a.    Approximate date of purchase?
         April 2008 (Saturn ion)
         November 2011 (Pontiac Grand Prix)

    b.    Approximate odometer miles at purchase?
         80,000 (Saturn Ion)
         63,000 (grand Prix)

    c.    Approximate purchase price?
         15,000 (Saturn ion)
         23,000 (Grand Prix}

    d.    Current odometer miles?
         N/A

    e.    Approximate odometer miles when you sold the car?
        120,000 (Saturn ion)
        153,000 (Grand Prix )

2.    For each car listed above, what is the name of the owner(s) on the car title?
    Antrinette Anderson

4.    If a finance company required that the car be insured, what was the amount paid for the required
    insurance?    Yes, doesn't recall how much full coverage was versus liability insurance
    175.00 per month full coverage
    2,100.00 per year full coverage
    10,500 for 5 years full coverage

5.    About how many total miles was each car driven?

        a.    Per year? 20,000-25,000 miles (Saturn ion & Grand Prix)

        b.    Per month? 2,500 miles (Saturn ion &Grand Prix )

        c.    Per week?  650-700 miles (Saturn ion & Grand Prix)

6.    What is the percentage of the total miles each car was driven delivering pizza for PJ?  This
    percentage should not include miles driven to and from work at PJ.  90 %

7.    On days that you have worked for PJ, what is the approximate number of miles you drove on
    average each day? 70- 150    miles

8.    On days that you did not work for PJ, what is the approximate number of miles you drove on
    average each day? 10-15    miles

9.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your
    employment with PJ?

        a.    Per year?    $4,800.00

        b.    Per month?    **$400.00**

        c.    Per week?    $ 100.00

10.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your
    job for PJ? This does not include gasoline used to travel to and from work.

        a.    Per year?    $4,800.00

        b.    Per month?    $400.00

       c.    Per week?    $100.00

11.    What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

    a.    Per year?    $ 160.00 (Saturn ion) 160.00 (Grand prix)

    b.    Per month?    $40.00 every 3 months

    c.    Per week?    $ 0

12.    For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. N/A

13.    Did you have repairs done to any of the cars listed above?
Yes, fuel pump replacement, alternator placement, battery, radiator placement

14.    If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
fuel pump replacement part- $250.00 labor- 150.00 December 2012 (Grand prix)
alternator placement part- $85.00 labor-$ 60.00 January 2009 (Saturn ion)
battery $ 135.00  (Saturn ion) February 2009
radiator placement part $175.00 labor $100.00 January 2013 (grand prix)

15.    State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
N/A

16.    If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car?  Do not include amounts paid by someone other than you.

$ 230.00 (Saturn Ion)   432.00 (Grand Prix)

17.    If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you. N/A

    a.     Per year? n/a

    b.     Per month? n/a

    c.     Per week? n/a

18.    If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? N/A

19.    If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

    a.     Per year?    $N/A

    b.     Per month?   $N/A

    c.     Per week?    $N/A

20.    Did your car insurance premium increase solely because you were employed by PJ? If so, by how much?   N/A

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? N/A

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. N/A

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on   June 19  _____, 2017.

Antrinette Anderson_____
Signature

Print Name and Address:
**NAME AND ADDRESS**
**Antrinette S. Anderson**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*          )
                                  )
        Plaintiffs,               )
                                  )          CIVIL ACTION NO.:
v.                                )          7:13-cv-01275-LSC
                                  )
PJ UNITED, INC., *et al.*,        )
                                  )
        Defendants.               )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles. Nissan Pathfinder 03
      GMC 1500 Truck  1998

2.    For each car, state the following:

      a.    Approximate date of purchase? I dont Know

      b.    Approximate odometer miles at purchase? I dont Know

      c.    Approximate purchase price? GMC 1500 Truck $2,500 I dont Know

      d.    Current odometer miles? I dont have either vehicle

      e.    Approximate odometer miles when you sold the car? I dont Know

      f.    Approximate sale price? I dont Know

3.    For each car listed above, what is the name of the owner(s) on the car title?
      Nicholas C. Andrews

4.    If a finance company required that the car be insured, what was the amount paid for the required insurance? Insurance ranged from $252.00 and $175.00

1

PJ United 250

5. About how many total miles was each car driven?

    a. Per year? I dont remember

    b. Per month? I dont remember

    c. Per week? Around 50 miles (estimate)

6. What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. I dont know

7. On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? I dont remember

8. On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? I dont remember

9. On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a. Per year? $3600.00

    b. Per month? $400.00

    c. Per week? $100.00

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a. Per year? I dont know

    b. Per month? $300.00

    c. Per week? $75.00

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a. Per year? I dont remember

    b. Per month? I dont remember

    c. Per week? I dont remember

2

PJ United 250

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. Express Oil and Nissan

13. Did you have repairs done to any of the cars listed above? a few but I dont remember

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
I dont remember

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
I dont remember

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. I dont remember

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

    a. Per year? None,

    b. Per month? none

    c. Per week? None

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? I always had full coverage.

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

    a. Per year? Full insurance

3

Sullivan v. PJ United, et al. 7:13-cv-01275
Exhibit 1, page 024

b.   Per month? _Full Insurance_____

c.   Per week? _Full insurance_____

20.   Did your car insurance premium increase solely because you were employed by PJ? If so, by how much? _Yes_____

21.   If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? _No_____

22.   If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. _No_____

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ____ May ____, 2017.
5-15        15th

_____
Signature

Print Name and Address:
_Nicholas Andrews_

4

PJ United 250

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*           )
                                   )
        Plaintiffs,                )
                                   )     CIVIL ACTION NO.:
v.                                 )     7:13-cv-01275-LSC
                                   )
PJ UNITED, INC., *et al.*,         )
                                   )
        Defendants.                )

### DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.  State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

    2003 Honda Accord

2.  For each car, state the following:

    a.  Approximate date of purchase?  March 2012, in estimate

    b.  Approximate odometer miles at purchase?  104,000  in estimate

    c.  Approximate purchase price?  $7995

    d.  Current odometer miles?  I don't know

    e.  Approximate odometer miles when you sold the car?  159,000

    f.  Approximate sale price?  $2800

3.  For each car listed above, what is the name of the owner(s) on the car title?

    Charles D. Angell

4.  If a finance company required that the car be insured, what was the amount paid for the required insurance?  150.00 Monthly, in estimate

1

PJ United 258

5. About how many total miles was each car driven?

    a. Per year? _13,440 in estimate_

    b. Per month? _1,120 in estimate_

    c. Per week? _280 in estimate_

6. What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. _70_%

7. On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? _45 - 85 in estimate_

8. On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? _5 in estimate_

9. On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a. Per year? _$3360_

    b. Per month? _$280_

    c. Per week? _$70_

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a. Per year? _$2880_

    b. Per month? _$240_

    c. Per week? _$60_

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a. Per year? _$250 - 450_

    b. Per month? _$20_

    c. Per week? _I don't know_

2

PJ United 258

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. _1450 e. main St. Carbondale, IL 6240_
_Wal-Mart  tire and lube express_

13. Did you have repairs done to any of the cars listed above? _yes_

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
_Redacted) Broken front wheel/Axle joint_
_January, 2014  in estimate_
_Arabh: $900_

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
_Brown, PA Automotive        R and M Auto_
_98 murdale Gardey PJ_
_____        murdis aro, IL 6286_

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. _$10?_

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years? Do not include amounts paid by someone other than you.

    a. Per year? _$1920_

    b. Per month? _$160_

    c. Per week? _$40_

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? _6 years_

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

    a. Per year? _$1920_

3

PJ United 258

b.   Per month?        $ 160

c.   Per week?         $ 40

20.   Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much?        I don't know

21.   If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs; what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?        None

22.   If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.        None

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on   April 28th , 2017.

_____
Signature

Print Name and Address:
Charles Angell

4

PJ United 258

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　Plaintiffs,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　　　CIVIL ACTION NO.:
v.　　　　　　　　　　　　　　　　)　　　7:13-cv-01275-LSC
　　　　　　　　　　　　　　　　　)
PJ UNITED, INC., *et al.,*　　　　　)
　　　　　　　　　　　　　　　　　)
　　　Defendants.　　　　　　　　　)

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

　　　For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.　　State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
　　　*Mercedes  E320  2002  - VIN  I don't know - sold*
　　　*(E class sedan.)　　　WDBJF65J02B444010*

2.　　For each car, state the following:

　　a.　　Approximate date of purchase?　*7/22/13*

　　b.　　Approximate odometer miles at purchase?　*93,975  Approx*

　　c.　　Approximate purchase price?　*$6,000*

　　d.　　Current odometer miles?　*I don't know  (sold)*

　　e.　　Approximate odometer miles when you sold the car?　*93,874*

　　f.　　Approximate sale price?　*$6,000  $3,200  Approx*

3.　　For each car listed above, what is the name of the owner(s) on the car title?
　　　*Adam J. Ashton*

4.　　If a finance company required that the car be insured, what was the amount paid for the required insurance?　*State Farm,  About $100.mo.?  I don't know.  Approx*

1

PJ United 316

5. About how many total miles was each car driven?

    a. Per year? _10,000_ _Approx._

    b. Per month? _833 or so. Approx._

    c. Per week? _192 or so. Approx._

6. What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. _about 20%_

7. On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? _40-50 Approx._

8. On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? _640 Approx._

9. On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a. Per year? _IDK_

    b. Per month? _IDK_

    c. Per week? _IDK_ — _Car averaged 23 mpg_

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a. Per year? _IDK_

    b. Per month? _IDK_

    c. Per week? _IDK_

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a. Per year? _At least 3,000 - 4,000_

    b. Per month? _depended — mercedes suck IDK_

    c. Per week? _depended — Mercedes suck IDK_

2

PJ United 316

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. *I changed the 8 quart oil with Mobil one every 5,000 mi.*

13. Did you have repairs done to any of the cars listed above? *Yes*

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
*$ 2,000 — A/C          Approx*
*$ 2,800 — Vent Repair    Approx*
*$ 1,800 — New Key & Trunk Entry + Tow    Approx*

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
*1. Ken Garff Mercedes SLC    575 S dark Street*
*2. Integrity First Automotive   8020, 1300 W  West Jordan UT.*

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. *IDK*

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

   a. Per year? *N/A*

   b. Per month? *N/A*

   c. Per week? *N/A*

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? *I paid for as long as I owned it; 3 years or so Approx*

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

   a. Per year? *IDK. used State Farm Approx. 100 + mo.*

3

PJ United 316

b.   Per month? _____ *IDK* _____

c.   Per week? _____ *IDK* _____

20.  Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much? _____ *IDK* _____

21.  If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? *7/on 7/off 10 hr. Shifts @ ARUP Laboratories (Currently employed FT for 13 years)*

22.  If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. *N/A*

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___ *6/10/17* ___, 2017.

_____
Signature

Print Name and Address:
_____ *Adam J. Ashton* _____

BILL OF SALE

In consideration of _____   $ __6,000__ to me

in hand paid by ASHTON, ADAM JASON _____
                          (Buyer)

the receipt of which is acknowledged, I, JAYNA L HOWARD _____
                                                  (Seller)

by these presents to bargain, sell and convey to the said buyer the following vehicle, as is:

Year 2002__   Make MERCEDES-BENZ_____   Model E CLASS SEDAN 4D E320

Vehicle Identification Number WDBJF65J02B444010 _____

And I, myself, will warrant unto the buyer that said vehicle is free and clear of any lawful claims and demands of all and every person whatsoever.

Signed   _Jayna L Howard_
                     (Seller)

Address  ████████████████████

Subscribed and sworn to before me this the _23_ day of _July_ ,20 _13_

                                          _____
                                          Notary Public

AFCU FORM #64  02/07

America First Federal Credit Union
1344 W. 4675 S.
Riverdale, UT 84405

# AMERICA FIRST CREDIT UNION
## AGREEMENT TO PROVIDE INSURANCE

24225799.2

I understand and agree that the vehicle* listed below must be covered effective immediately and until the loan is paid in full with the following insurance:
1. Collision Coverage ($1000 maximum deductible)
2. Comprehensive Coverage ($1000 maximum deductible)

*Motorcycles and seasonal recreational vehicles must maintain full collision and comprehensive coverage.

**An acceptable policy must meet the following requirements:**

| | |
|---|---|
| 1. Insured's Name and Address | 4. Policy Number and Current Policy Period |
| 2. Vehicle Description and VIN | 5. America First Credit Union listed as Loss Payee |
| 3. Comprehensive and Collision Coverage | 6. No Excluded Drivers on the Policy |

I agree to request that my agent forward proof of this required coverage to America First Federal Credit Union within 72 hours of my loan contract date. I further understand that if for any reason the required insurance is not provided, America First Credit Union may, at its option, secure insurance according to the terms of my loan contract. The premium and related finance charge will be added to my loan balance and my loan payment will be increased. I understand this is high risk insurance and premiums are based solely on my loan balance.

I UNDERSTAND THAT THE INSURANCE SECURED BY AMERICA FIRST CREDIT UNION WILL NOT PROVIDE BODILY INJURY OR PROPERTY DAMAGE LIABILITY INSURANCE COVERAGE AND WILL NOT COMPLY WITH ANY STATE INSURANCE REQUIREMENTS.

| ADAM JASON ASHTON | 2 | 7/22/2013 | $6,000.00 |
|---|---|---|---|
| Borrower's Name | Loan Number | Loan Date | Amount Financed |

| 2002 | MERCEDES-BENZ | E CLASS SEDAN 4D | WDBJF65J02B444010 |
|---|---|---|---|
| Year | Make | Model | Vehicle Identification Number |



| | 7/22/2013 |
|---|---|
| Borrower's Signature | Date |

### Notice to the Agent

Please provide America First Federal Credit Union with an acceptable insurance policy which meets the above requirements.
You may mail or fax this policy to our Insurance Department. Our address for mailing and loss payee information follows:

America First Federal Credit Union
Attn: Insurance Department
P.O. Box 924260
Fort Worth, TX 76124
Telephone (888) 565-7923, Fax (877) 733-1313
www.americafirst.com > Other Services > Insurance Verification
*This form is only a guide, it is not State specific.

AFCU Form #325   03/13

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES SULLIVAN, *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **v.** | ) | **7:13-cv-01275-LSC** |
| | ) | |
| PJ UNITED, INC., *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1. State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
   *2007 Chevrolet Malibu 1G1ZS5BF0TF3D266oB*
   *2016 Kia Soul KNDJN2A24G7250178*

2. For each car, state the following:

   a. Approximate date of purchase? *Malibu June 2007 / Kia Soul Oct. 2015*

   b. Approximate odometer miles at purchase? *Malibu 2*

   c. Approximate purchase price? *25,000.00 Malibu / 28,000.00 Kia Soul*

   d. Current odometer miles? *Malibu 78,000    Soul 39,000*

   e. Approximate odometer miles when you sold the car? *78,000 Malibu*

   f. Approximate sale price? *2,000.00*

3. For each car listed above, what is the name of the owner(s) on the car title?
   *Malibu   Le Latonya Sabbath Ashton*
   *Kia Soul  Mamie Sabbath*

4. If a finance company required that the car be insured, what was the amount paid for the required insurance? *130.00 per month  both cars*

1

PJ United 317

5. About how many total miles was each car driven?

   a. Per year? *Malibu only 3 months / Kia Soul 22,000*

   b. Per month? *Malibu 1200 / Kia Soul 1000*

   c. Per week? *Malibu 300 / Kia Soul 250*

6. What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ.
   *Malibu 3600       Kia Soul 30,000*

7. On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? *70 to 100*

8. On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? *20 to 30*

9. On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

   a. Per year? *1,200.00 to 1,680.00*

   b. Per month? *100.00 to 140.00*

   c. Per week? *25.00 to 35.00*

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a. Per year? *720.00 to 1200.00*

    b. Per month? *60.00 to 100.00*

    c. Per week? *15.00 to 25.00*

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a. Per year? *200.00*

    b. Per month? *50.00 / every 3 months*

    c. Per week? *10.00 or 5.00 tire check*

2

PJ United 317

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. *Courtesy Chevrolet Inc 7500 Youree Dr, Shreveport, La 71105*
*Kia Shreveport Bossier 8748 Odimper Pl Shreveport, La. 71105*
*Time It Lube 6828 Pine Rd Shreveport, La. 7429*

13. Did you have repairs done to any of the cars listed above? *Yes*
*Yes Malibu but was not working to PJ.*

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
*The Kia Soul Pairs and service was still under warranty. April 2017*

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
*Kia Shreveport Bossier 8748 Quimper Pl Shreveport, La. 71105*

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you.

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years? Do not include amounts paid by someone other than you.

    a. Per year? *1800.00*

    b. Per month? *150.00*

    c. Per week? *57.50*

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? *Since 7/22/2015*

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

    a. Per year? *1800.00*

3

PJ United 317

b.   Per month? _150.00_

c.   Per week? _37.50_

20.   Did your car insurance premium increase solely because you were employed by PJ? If so, by how much? _No._

21.   If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? _Caddo Parish School Board 1961 Midway St Sport, La. 71108_ _employment date 7/2006   Work Mon-Fri 35 hours_

22.   If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. _____

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _July 10_ , 2017.

_Le L. Ashton_
Signature

Print Name and Address:
_Le Latonya Sabbath Ashton_

4

PJ United 317



| | Ticket: | 10-2120527 |
|---|---|---|
| | Date: | June 17, 2016  11:29 |
| | Crew: | T:STR B:KMR S:STR M:AEP |

## CUSTOMER INFORMATION

Latonya Ashley
No Mail

(318)606-8976

### VEHICLE INFORMATION

| | | | |
|---|---|---|---|
| Year: | 2016 | License: | ZMC665 |
| Make: | KIA | VIN: | KNDJN2A24G7250175 |
| Model: | SOUL | Mileage: | 15,905 |
| Engine: | L6L 4-CYL ([2]) FI | | |

### FLEETS

### SERVICE HISTORY

| Date | Mileage | Service |
|---|---|---|
| 06/17/16 | 15,905 | FS1 5/20 OF4622BP |

### P.O. NUMBER

### SERVICE CHECKLIST

| | |
|---|---|
| HOSES | Good |
| BELTS | Good |
| WIPER BLADES | Good |
| COOLANT | Checked Full |
| AIR FILTER | Good |
| BREATHER FILTER | N/A |
| PCV VALVE | Checked |
| REAR DIFFERENTIAL | N/A |
| FRONT DIFFERENTIAL | N/A |
| TRANSFER CASE FLUID | N/A |
| TRANSMISSION FLUID | N/A |
| BRAKE FLUID | Full- Visual Check Only |
| CLUTCH FLUID | N/A |
| POWER STEERING FLUID | Full |
| WASHER FLUID | Added |
| BATTERY FLUID | Maintenance Free |
| EXHAUST SYSTEM | Checked |
| DRIVE TRAIN/U JOINTS | N/A |
| BOOTS/FITTINGS | Sealed |
| TIRE PRESSURE | 35 |

### DESCRIPTION

| DESCRIPTION | PART | QTY | PRICE | AMOUNT |
|---|---|---|---|---|
| Full Service Oil Change | FS1 | 1.00 | 41.99 | 41.99 |
| 5W20 BULK OIL Quantum Syn | 15/20 | 3.75 | 0.00 | 0.00 |
| OF4622BP OIL FILTER | OF4622BP | 1.00 | 0.00 | 0.00 |
| LUBE WASH | LUBEWASH | 1.00 | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| SubTotal | 41.99 | | |
| Coupon | 0.00 | Total | 46.02 |
| Discount | 0.00 | VISA | (46.02) |
| Sale | 41.99 | | |
| Taxable Amt | 41.99 | Balance Due | 0.00 |
| Sales Tax | 4.03 | Change Due | 0.00 |

### SERVICE COMMENTS

### MESSAGES

Recommended next service on 09/17/2016 or 18,905 miles.

X _____
AUTHORIZED SIGNATURE

Customer acknowledges and is liable for items identified at service comments section above. Cardholder acknowledges receipt of goods and/or services in the amount of the total shown hereon and agrees to perform the obligations set forth in the Cardholders' agreement with the issuer.



**XPRESS OIL CHANGE**
**TIME IT LUBE**
FAST • FRIENDLY • PROFESSIONAL

Ticket: 10-2123810
Date: August 20, 2016 11:37
Crew: T:AEP B:CDM S:AEP M:AEP

## CUSTOMER INFORMATION          VEHICLE INFORMATION

Latonya Ashley
No Mail

(318)606-3076

Year: 2016
Make: KIA
Model: SOUL
Engine: 1.6L 4-CYL. (2l) FI

License: ZMC665
VIN: KNDJN2A24G7250179
Mileage: 19,753

## FLEETS          SERVICE HISTORY

| Date | Mileage | Service |
|---|---|---|
| 08/20/16 | 19,753 | FS1 5/20 OF4622BP |
| 06/17/16 | 15,905 | FS1 5/20 OF4622BP |

## SERVICE CHECKLIST

| | |
|---|---|
| HOSES | Good |
| BELTS | Good |
| WIPER BLADES | Good |
| COOLANT | Checked Full |
| AIR FILTER | Good |
| BREATHER FILTER | N/A |
| PCV VALVE | Checked |
| REAR DIFFERENTIAL | N/A |
| FRONT DIFFERENTIAL | N/A |
| TRANSFER CASE FLUID | N/A |
| TRANSMISSION FLUID | N/A |
| BRAKE FLUID | Full- Visual Check Only |
| CLUTCH FLUID | N/A |
| POWER STEERING FLUID | N/A |
| WASHER FLUID | Added |
| BATTERY FLUID | Maintenance Free |
| EXHAUST SYSTEM | Checked |
| DRIVE TRAIN/U JOINTS | N/A |
| BOOTS/FITTINGS | Sealed |
| TIRE PRESSURE | 32t/32r |

## PO NUMBER          DESCRIPTION    PART    QTY    PRICE    AMOUN

| DESCRIPTION | PART | QTY | PRICE | AMOUN |
|---|---|---|---|---|
| Full Service Oil Change | FS1 | 1.00 | 41.99 | 41.99 |
| 5W20 DuraMax Syn Blend | 5/20 | 3.75 | 0.00 | 0.00 |
| OF4622BP OIL FILTER | OF4622BP | 1.00 | 0.00 | 0.00 |
| LUBE WASH | LUBEWASH | 1.00 | 0.00 | 0.00 |
| BOUNCE BACK SAVE 5$ | BB1 | 1.00 | -5.00 | -5.00 |

| | |
|---|---|
| SubTotal | 41.99 |
| Coupon | (5.00) |
| Discount | 0.00 |
| Sale | 36.99 |
| Taxable Amt | 36.99 |
| Sales Tax | 3.55 |

Total          4C
VISA          (40
Balance Due
Change Due

## SERVICE COMMENTS

Other:rec gdi cleaning

## MESSAGES

Recommended next service on 11/20/2016 or 22,753 miles.

X _____
AUTHORIZED SIGNATURE



| | | |
|---|---|---|
| | Ticket: | 10-2129097 |
| | Date: | December 3, 2016  10:37 |
| | Crew: | T:AEP B:CDM S:AEP M:AEP |

### CUSTOMER INFORMATION

Latonya Ashley
No Mail

(318)606-8976

### VEHICLE INFORMATION

| | | | |
|---|---|---|---|
| Year: | 2016 | License: | ZMC665 |
| Make: | KIA | VIN: | KNDJN2A24G7250171 |
| Model: | SOUL | Mileage: | 24,518 |
| Engine: | 1.6L 4-CYL ([2]) FI | | |

### SERVICE HISTORY

| Date | Mileage | Service |
|---|---|---|
| 12/03/16 | 24,518 | FS1 5/20 OF4622BP |
| 08/20/16 | 19,753 | FS1 5/20 OF4622BP |
| 06/17/16 | 15,905 | FS1 5/20 OF4622BP |

### SERVICE CHECKLIST

| | |
|---|---|
| HOSES | Good |
| BELTS | Good |
| WIPER BLADES | Good |
| COOLANT | Checked Full |
| AIR FILTER | Good |
| BREATHER FILTER | N/A |
| PCV VALVE | Checked |
| REAR DIFFERENTIAL | N/A |
| FRONT DIFFERENTIAL | N/A |
| TRANSFER CASE FLUID | N/A |
| TRANSMISSION FLUID | N/A |
| BRAKE FLUID | Full- Visual Check Only |
| CLUTCH FLUID | N/A |
| POWER STEERING FLUID | N/A |
| WASHER FLUID | Added |
| BATTERY FLUID | Maintenance Free |
| EXHAUST SYSTEM | Checked |
| DRIVE TRAIN/U JOINTS | N/A |
| BOOTS/FITTINGS | Sealed |
| TIRE PRESSURE | 32F 32R |

### P.O. NUMBER:

| DESCRIPTION | PART | QTY | PRICE | AMOUNT |
|---|---|---|---|---|
| Full Service Oil Change | FS1 | 1.00 | 41.99 | 41.99 |
| 5W20 DuraMax Syn Blend | 5/20 | 3.75 | 0.00 | 0.00 |
| OF4622BP OIL FILTER | OF4622BP | 1.00 | 0.00 | 0.00 |
| LUBE WASH | LUBEWASH | 1.00 | 0.00 | 0.00 |
| BOUNCE BACK SAVE $5 | BB1 | 1.00 | -5.00 | -5.00 |

| | | | |
|---|---|---|---|
| SubTotal | 41.99 | | |
| Coupon | (5.00) | Total | 40.54 |
| Discount | 0.00 | Cash Payment | (45.00 |
| Sale | 36.99 | | |
| Taxable Amt | 36.99 | Balance Due | 0.00 |
| Sales Tax | 3.55 | Change Due | 4.46 |

### SERVICE COMMENTS

Other::rec gdi cleaning

### MESSAGES

Recommended next service on 03/03/2017 or 27,518 miles.

Customer acknowledges and is liable for items identified in service comments section above.
The undersigned acknowledges receipt of goods and/or services in the amount of the total shown hereon and agrees to perform the obligations set forth in the Customer's sales agreement with this issuer.

AUTHORIZED SIGNATURE









Circle K                27077774
6704 Pines Rd
ShreveportLA 71129
(318) 687-4154

SHEL
6704 PINES ROAD
SHREVEPORT          LA
71129
Merch #: 5754238658t
Appr#: 256582
Invoice #: 120352
PUMP No.            04
UNL-PREM
Gallons          11.185
PRICE/G          $2.429
TOTAL FUEL       $26.97
TOTAL SALE       $26.97
Debit
XXXXXXXXXXXX2239

PIN USED

Save at least
$0.05/gal on every
fuel purchase with
INSTANT GOLD STATUS.
Download the fuel
Rewards app and join
today!

07/08/2017 19:53:02

THANK YOU
HAVE A NICE DAY

*** REPRINT *** REPRINT *** REPRINT ***
2450 Lakeshore Drive
Shreveport La 71103
Lakeshore Food Mart
00357310
2450 Lakeshore Dr
Shreveport, la
07/03/2017 91879485
02:07:59 PM

XXXXXXXXXXXX2339
VISA
INVOICE E/1018227
AUTH 478511

PUMP# 6
UNL S9P US    10.901G
PRICE/GAL      2.899

FUEL TOTAL  $ 31.60
*** REPRINT *** REPRINT ***

CREDIT      $ 31.60
*** REPRINT *** REPRINT ***

Learn how to
EARN REWARDS
with a Chevron
or Texaco
Credit Card
See application
for details

thank you for your Business!!

*** REPRINT *** REPRINT ***

Super 1 Foods #608

2640 Waggoner
Shreveport, LA 71108
(318) 636-9733

Date  : 06/30/17
Time  : 07:36:53pm
Trans# : 12066
XXXXXXXXXXX2339

Product: PRM UNL
Pump# : 1
Price : 2.469
Gallons: 10.970
Amount : 27.08
Total : 27.08

THANK YOU
FOR SHOPPING AT
Super 1 Foods

**StateFarm**

State Farm Payment Plan
PO Box 44110
Jacksonville FL 32231-4110

1125-0431-22  1B-1556

ASHTON, LE

| Notice of Automated Payment | |
| --- | --- |
| State Farm Payment Plan: | 1125-0431-22 |
| Accountholder Name: | ASHTON, LE |
| Total Amount: | $324.27 |
| To Be Paid On: | June 28, 2017 |
| See Important Information | |

Agent Michael Flentroy CPCU
3705 1/2 Greenwood Rd
Shreveport LA 71109-5109
Phone: 318-635-3421

## Important Information

- A paper billing notice was not produced. This bill copy is for informational purposes only.

- NOTE:  Recurring payment of $324.27 will be entered JUN 28, 2017 through your financial institution.

- Future notices will only be mailed if your amount due changes.  Please continue to account for this amount in your financial records each month.

- State Farm cares about the security of your information.  We have recently enhanced how customers are verified.  You may be asked new questions to verify your identity when you access your account online or call into our contact center.

- Changes and payments made after June 9, 2017 will be reflected on a subsequent billing notice.

- If you have any questions or would like to discuss other State Farm products, your agent is ready to assist you.

*Thanks for letting us serve you!*



# Don't just cherish
# the moments,
# protect them.

Marriage. Adding to the family. Retirement.

These are big moments in life for you to enjoy –
and also protect. Your State Farm® agent is *here to help
life go right.*℠

Call your State Farm agent today.

SFPP Account  1125-0431-22          Page 1 of 2                    Prepared June 9, 2017

**State Farm**

### Account Summary

| | |
|---|---|
| Last Amount Billed | $324.27 |
| Last Amount Paid MAY 28, 2017 | -324.27 |
| Difference | 0.00 |
| Current Installment | 246.06 |
| Policy Changes | 77.21 |
| Service Charge | 1.00 |
| Total Amount Due By JUN 28, 2017 | $324.27 |

*This* ↘

Not This

### Policy Details

| Policy Number | Description | Installment & Current Changes | Amount |
|---|---|---|---|
| 215 9364-E03-18B | 2016 KIA | ➤ Monthly Installment<br>➤ Change in vehicle rating group for comprehensive coverage. • Rates have been changed. • Change of vehicle rating group for collision coverage. • This is the third and final bill to include the policy change(s). | $155.59<br>47.04 |
| 18-BM-W915-7 | HOMEOWNERS | ➤ Monthly Installment<br>➤ This is the third and final bill to include the policy change(s). | $90.47<br>30.17 |

When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

*SFPP Account 1125-0431-22*        Page 2 of 2        *Prepared June 9, 2017*

Sullivan v. PJ United, et al. 7:13-cv-01275
Exhibit 1, page 045

**State Farm**

State Farm Payment Plan
PO Box 44110
Jacksonville FL 32231-4110

AT1        0006      1125-0431-22  18-1556

ASHTON, LE

---

### Notice of Automated Payment

| | |
|---|---|
| State Farm Payment Plan: | 1125-0431-22 |
| Accountholder Name: | ASHTON, LE |
| Total Amount: | $208.40 |
| To Be Paid On: | UPON RECEIPT |

See Important Information

Agent Michael Flentroy CPCU
3705 1/2 Greenwood Rd
Shreveport LA 71109-5109
Phone: 318-635-3421

---

**Important Information**

- NOTE: Recurring payment of $208.40 will be entered AUG 2, 2015 through your financial institution.
- Future notices will only be mailed if your amount due changes. Please continue to account for this amount in your financial records each month.
- State Farm® cares about the security of your information. We have recently enhanced how customers are verified. You may be asked new questions to verify your identity when you access your account online or call into our contact center.
- This notice is for premium that would normally be due JUL 28, 2015.
- Changes and payments made after July 22, 2015 will be reflected on a subsequent billing notice.
- If you have any questions or would like to discuss other State Farm products, your agent is ready to assist you.

*Thanks for letting us serve you!*



# Retirement planning
## shouldn't feel
# like work.

You work hard so that one day you won't have to.
We'll do the work of helping you prepare.

*Call your State Farm® agent today.*

---

SFPP Account 1125-0431-22                    Page 1 of 2                    Prepared July 22, 2015



---

### Account Summary

| | |
|---|---|
| Last Amount Billed | $208.40 |
| Last Amount Paid JUL 22, 2015 | -208.40 |
| Difference | 0.00 |
| Current Installment | 207.40 |
| Service Charge | 1.00 |
| **Total Amount Due Upon Receipt** | **$208.40** |

| Policy Details | | | |
|---|---|---|---|
| **Policy Number** | **Description** | **Installment & Current Changes** | **Amount** |
| 216 9354-E03-18 | 2007 CHEVROLET | ▶ Monthly Installment | $108.21 |
| 18-BM-W915-7 | HOMEOWNERS | ▶ Monthly Installment | $99.19 |

When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

*SFPP Account 1126-0431-22*                    *Page 2 of 2*                    *Prepared July 22, 2015*

Sullivan v. PJ United, et al. 7:13-cv-01275
Exhibit 1, page 047

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*            )
                                    )
        Plaintiffs,                 )
                                    )
v.                                  )        CIVIL ACTION NO.:
                                    )        7:13-cv-01275-LSC
PJ UNITED, INC., *et al.*,          )
                                    )
        Defendants.                 )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

        For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.   State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.  *91 OLDS CUTLASS     2002 SUZUKI AERO*

2.   For each car, state the following:

     a.   Approximate date of purchase?  *5/2009  /  4/12*

     b.   Approximate odometer miles at purchase?  *NO IDEA*

     c.   Approximate purchase price?  *1200  /  4200*

     d.   Current odometer miles?  *?*

     e.   Approximate odometer miles when you sold the car?  *3.20(12)  220,000/200,000*

     f.   Approximate sale price?  *300.00  /  500.00*

3.   For each car listed above, what is the name of the owner(s) on the car title?  *JESSE BAIN*

4.   If a finance company required that the car be insured, what was the amount paid for the required insurance?  *idk  /  140.00 a month*

1

PJ United 383

5.  About how many total miles was each car driven?

    a.  Per year?_____

    b.  Per month?_____

    c.  Per week?  500 / 500 _____

6.  What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ.  80%

7.  On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?  100

8.  On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?  20

9.  On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.  Per year?_____

    b.  Per month?_____

    c.  Per week?  $80.00 _____

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.  Per year?_____

    b.  Per month?_____

    c.  Per week?  80.00 _____

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

    a.  Per year?  1500.00 _____

    b.  Per month?_____

    c.  Per week?_____

2

PJ United 383

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. _my self_

13. Did you have repairs done to any of the cars listed above? _yes_

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

    _Cant Remember_

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

    _Cant Remember_

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. _140.00 yr_

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?   Do not include amounts paid by someone other than you.

    a.  Per year? _N/A_

    b.  Per month? _N/A_

    c.  Per week? _N/A_

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? _12 yrs_

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

    a.  Per year? _N/A_

3

b.   Per month?_____

c.   Per week?_____

20.   Did your car insurance premium increase solely because you were employed by PJ? If so, by how much?  ~~XXX~~ Yes_____

21.   If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?_____
_____NO OTHER_____

22.   If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.  Ø_____

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on ___15 MAY___, 2017.

___Jesse B___
Signature

Print Name and Address:
   Jesse Bal
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4

PJ United 383

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES SULLIVAN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO.: |
| v. | ) | 7:13-cv-01275-LSC |
| | ) | |
| PJ UNITED, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.      State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

       **2008 Chevy Impala, VIN ??**
       **2012 Nissan Altima, VIN 1N4AL2AP8CN572028**

2.      For each car, state the following:

    a.   Approximate date of purchase? Chevy; October 2011
Nissan; January 2014

    b.   Approximate odometer miles at purchase?  Chevy; 20,000 miles
Nissan; 44,000 miles

    c.   Approximate purchase price? Chevy; $12,000
Nissan; $16,000

    d.      Current odometer miles? Nissan; 124,000 miles

    e.      Approximate odometer miles when you sold the car?  Chevy; approximately 110,000 miles

3.      For each car listed above, what is the name of the owner(s) on the car title?  Leroy York (father in law)

4.    If a finance company required that the car be insured, what was the amount paid for the required insurance?

    $160 a month

5.    About how many total miles was each car driven?

    a.    Per year? Approximately 30,000+ miles per year

    b.    Per month? 2,500 miles a month

    c.    Per week?   Approximately 577 miles a week

6.    What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ.  More than 90% of the miles driven were for Papa Johns.

7.    On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? Over 100 miles per day

8.    On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?  Less than 25 miles per day

9.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

        a.    Per year? Approximately $6,240 per year for the Chevy; approximately $4,680 per year for the Nissan.

        b.    Per month?  **Approximately $520.00 per month for the Chevy; Approximately $390 per month for the Nissan.**

        c.    Per week? Approximately $120 per week for the Chevy; approximately $90 per week for the Nissan.

10.   On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.    Per year? Approximately $6,240 per year for the Chevy; $4,680 for the Nissan.

    b.    Per month? Approximately $520.00 per month for the Chevy; $390 for the Nissan

    c.    Per week? Approximately $120 per week for the Chevy; $90 for the Nissan.

11.     What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

     a.     Per year? Approximately $2,700 per year on average

     b.     Per month? Approximately $225.00 per month on average

     c.     Per week? Approximately $52 per month

12.     For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.

     Jiffy Lube
Usually the one on State Street

13.     Did you have repairs done to any of the cars listed above?
Yes.

14.     If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

     Tires replaced every 30,000 miles from Discount Tires. Usually pay around $60 per tire.

15.     State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

     Had the Transmission replaced in the Chevy which cost approximate $3,500.00

16.     If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you.

     Registration $170 per year

17.     If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years? Do not include amounts paid by someone other than you.

     a.     Per year? n/a

     b.     Per month? n/a

     c.     Per week? n/a

18.     If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?  Over 5 years

19.     If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

      a.      Per year? $948.00

      b.      Per month? $79.00

      c.      Per week? $18.23

20.     Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much? No.

21.     If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?

      n/a

22.     If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.

      n/a

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _____*O6 ~ 19*_____, 2017.

_____
Signature

Print Name and Address:
**Larry Baker**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*      )
      )
   Plaintiffs,      )
      )    CIVIL ACTION NO.:
v.      )    7:13-cv-01275-LSC
      )
PJ UNITED, INC., *et al.*,      )
      )
   Defendants.      )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

**Mercury Villager 1998**
**Toyota Camry 1997**
**Toyota Sienna 2008**
**Toyota Sienna 2006**

2.    For each car, state the following:

    a.    Approximate date of purchase? Villager June of 2012; Camry 2015; 2008 Sienna in 2014; 2006 Sienna was bought in 2013.

    b.    Approximate odometer miles at purchase? Can't recall. Drove a lot

    c.    Approximate purchase price? 2006 Sienna $7200; 2008 Sienna $7,565; Camry $2,250; Villager $1,600.

    d.    Current odometer miles? Camry has over 300,000 miles. Sienna 2008 has 195,052.

    e.    Approximate odometer miles when you sold the car? Doesn't recall

3.    For each car listed above, what is the name of the owner(s) on the car title? Samei Bakheit and/or his wife's name.

4.    If a finance company required that the car be insured, what was the amount paid for the required insurance?

n/a

5.    About how many total miles was each car driven?

   a.    Per year? Unsure; drove 8 hours a day; 5 days a week for almost three years

   b.    Per month? unsure

   c.    Per week?   Unsure

6.    What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ.  unknown

7.    On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? Over 100 miles per day

8.    On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?  Less than 10 miles per day

9.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

   a.    Per year? Up to $3 a gallon during that time.

   b.    Per month? **unknown**

   c.    Per week? One or two times a day he had to fill up.

10.   On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

   a.    Per year? Paid up to $3 a gallon and had to fill up one or two times a day during that three year period.

   b.    Per month? unsure

   c.    Per week? unsure

11.   What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

   a.    Per year? Unknown; tires, brake pads, oil changes, one car needed a new axle.

    b.     Per month? unknown

    c.     Per week? unknown

12.    For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.

    Minute Lube or Minute Fix?

13.    Did you have repairs done to any of the cars listed above?
Yes

14.    If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

    Can't recall exact dates but had axle replaced on one vehicle, new tires, new brake pads, etc.

15.    State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

    Doesn't recall

16.    If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car?  Do not include amounts paid by someone other than you.

    Approximately $300 in registration fees each year.

17.    If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

    a.     Per year? n/a

    b.     Per month? n/a

    c.     Per week? n/a

18.    If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?  Several years

19.     If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

      a.     Per year? $720.00

      b.     Per month? $60.00

      c.     Per week? $13.85

20.     Did your car insurance premium increase solely because you were employed by PJ? If so, by how much? No.

21.     If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?

n/a

22.     If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.

     n/a

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on ___06/30_____, 2017.

_____
Signature

Print Name and Address:
**Samei Bakheit**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*        )
                                )
        Plaintiffs,             )
                                )
v.                              )    CIVIL ACTION NO.:
                                )    7:13-cv-01275-LSC
                                )
PJ UNITED, INC., *et al.*,      )
                                )
        Defendants.             )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.   State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
     White  1998 ford explorer  4 door  vin #
     1FM2U32EBWUB21801

2.   For each car, state the following:

     a.   Approximate date of purchase?  2/25/2013

     b.   Approximate odometer miles at purchase?  I don't remember

     c.   Approximate purchase price?  $1,500 cash

     d.   Current odometer miles?  totaled out don't remember

     e.   Approximate odometer miles when you sold the car?  don't remember totaled

     f.   Approximate sale price?  $1,500 plus tax & tag /title fee.

3.   For each car listed above, what is the name of the owner(s) on the car title?
     Vickie Denise Banks

4.   If a finance company required that the car be insured, what was the amount paid for the required insurance?  don't remember (cash)

1

PJ United 439

5.   About how many total miles was each car driven?

    a.   Per year? don't remember

    b.   Per month? estimate 400

    c.   Per week? estimate 50-80 miles

6.   What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. 85%

7.   On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? estimate roughly 80 depending

8.   On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? 10 estimate

9.   On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.   Per year? don't remember

    b.   Per month? $300 estimate

    c.   Per week? $50-$65 estimate

10.  On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.   Per year? don't remember

    b.   Per month? $300.00 estimate

    c.   Per week? $50-$65 estimate

11.  What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a.   Per year? Oil Change $76.00 estimate Tires (3) $189.74 estimate Tune-Up $156.00

    b.   Per month? Anti Freeze (2

    c.   Per week? Gas $50.00 weekly

2

PJ United 439

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. Express oil Change  Birmingham, Al  not certain

13. Did you have repairs done to any of the cars listed above?  NO

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

    N/A

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

    N/A

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you.  don't remember listed @ DMV

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

    a.  Per year? $600⁰⁰ estimate only

    b.  Per month? $80⁰⁰ estimate only

    c.  Per week?  N/A

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?  N/A

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

    a.  Per year? don't remember

3

PJ United 439

    b.    Per month?   N/A

    c.    Per week?   N/A

20.    Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much? *don't remember*

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? *don't remember*

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. *N/A*

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on *May 10, 2017* , 2017.

*Vickie Edenise Banks*
Signature

Print Name and Address:
*Vickie Denise Banks*

PJ United 439

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION**

JAMES SULLIVAN, *et al.*           )
                                   )
    Plaintiffs,                )
                                   )       **CIVIL ACTION NO.:**
v.                                 )       **7:13-cv-01275-LSC**
                                   )
PJ UNITED, INC., *et al.*,          )
                                   )
    Defendants.                )

<u>DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS</u>

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.  State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

    <u>2005   Honda CRV</u>

2.  For each car, state the following:

    a.   Approximate date of purchase? <u>May, 2013</u>

    b.   Approximate odometer miles at purchase? <u>160,000</u>

    c.   Approximate purchase price? <u>$6500</u>

    d.   Current odometer miles? <u>Sold @ 210,000</u>

    e.   Approximate odometer miles when you sold the car? <u>210,000</u>

    f.   Approximate sale price? <u>$4500</u>

3.  For each car listed above, what is the name of the owner(s) on the car title?
    <u>Robert L. Barber, Sr.</u>

4.  If a finance company required that the car be insured, what was the amount paid for the required insurance? ___

1

PJ United 446

5.  About how many total miles was each car driven?

    a.  Per year?                    1,8,0    18,000

    b.  Per month?                            1,500

    c.  Per week?                             375

6.  What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ.    90 %

7.  On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?                    100

8.  On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?                    20

9.  On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.  Per year?

    b.  Per month?                    $ 120

    c.  Per week?                     $ 30

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ?  This does not include gasoline used to travel to and from work.

    a.  Per year?

    b.  Per month?                    $ 80

    c.  Per week?                     $ 20

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

    a.  Per year?

    b.  Per month?                    $ 25

    c.  Per week?

2

PJ United 446

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. _____ Express Lube, Starkville, MS _____

13. Did you have repairs done to any of the cars listed above? _____ No _____

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

_____

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

_____

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. _____ $50

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

a.  Per year? _____ $1200

b.  Per month? _____ $100

c.  Per week? _____ $25

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? _____ since purchase _____

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

a.  Per year? _____ included in above _____

3

PJ United 446

b.   Per month?_____

c.   Per week?_____

20.  Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much?_____ No_____

21.  If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?_____

22.  If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school._____

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on ___May 2_____, 2017.

_____
Signature

Print Name and Address:
John Benjamin Busby

To the best of
my knowledge

4

PJ United 446

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JAMES SULLIVAN, *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION NO.:** |
| v. | ) | **7:13-cv-01275-LSC** |
| | ) | |
| PJ UNITED, INC., *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

<u>DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS</u>

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.      State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

        2010 Nissan Altima

2.      For each car, state the following:

        a.      Approximate date of purchase?      Unknown

        b.      Approximate odometer miles at purchase?  30,000

        c.      Approximate purchase price?      $17,000

        d.      Current odometer miles?      n/a

        e.      Approximate odometer miles when you sold the car?  85,000

3.      For each car listed above, what is the name of the owner(s) on the car title?  Mahlon Barber

4.      If a finance company required that the car be insured, what was the amount paid for the required insurance?

        Yes, $140 total

5.      About how many total miles was each car driven?

      a.      Per year?

      b.      Per month?    7,000 or 8,000

      c.      Per week?

6.      What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ.    85%

7.      On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?  40

8.      On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?          10

9.      On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

      a.      Per year?      $

      b.      Per month?    $

      c.      Per week?      $120.00

10.     On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

      a.      Per year?      $

      b.      Per month?    $

      c.      Per week?      $100.00

11.     What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

      a.      Per year?      $200.00

      b.      Per month?    $

      c.      Per week?      $

12.    For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.

    Jiffy Lube

13.    Did you have repairs done to any of the cars listed above?

    No, just tires.

14.    If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

    n/a

15.    State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

    n/a

16.    If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car?  Do not include amounts paid by someone other than you.

    $200.00

17.    If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?   Do not include amounts paid by someone other than you.

    a.    Per year? n/a

    b.    Per month? n/a

    c.    Per week? n/a

18.    If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?  43 years

19.    If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

    a.    Per year?

    b.    Per month?    $140.00 (that's for full coverage)

    c.    Per week?

20.    Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much?    No.

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?

No.

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.

No.

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____June____26_____, 2017.

_Mahlon Barber_

Signature

Print Name and Address:
**Mahlon Barber**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, et al,          )
                                )
        Plaintiffs,             )
                                )          CIVIL ACTION NO.:
v.                              )          7:13-cv-01275-LSC
                                )
PJ UNITED, INC., et al.,        )
                                )
        Defendants.             )

### DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Chelse, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1. State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

   2004  TOYOTA  TECOMA  PRE RUNNER
   2003  Nissan  Xterra

2. For each car, state the following:

   a. Approximate date of purchase?      TOY: 2008
                                         NIS: 2004
   b. Approximate odometer miles at purchase?  TOY) 24,000
                                         NIS! <100
   c. Approximate purchase price?        TOY: 13,000
                                         Niss: 24,000
   d. Current odometer miles?            Toy - sold
                                         Niss - 168000
   e. Approximate odometer miles when you sold the car?  TOY - 86,000
                                         Nissan - still have

3. For each car listed above, what is the name of the owner(s) on the car title?

   Both   Jeffrey Barrett

4. If a finance company required that the car be insured, what was the amount paid for the required insurance?

   ~ 100/month                          Only Estimate

   # ALL ANSWERS
     ARE BEST GUESS

06/21/2017  14:10   7574307883                    UPS4609                    PAGE  03/05

5.   About how many total miles was each car driven?

    a.   Per year?   12,000

    b.   Per month?   1,000        *ONLY*

    c.   Per week?   230            *Estimate*

6.   What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ.   90 %

7.   On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?   ~ 100        *ONLY Estimate*

8.   On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?   5

9.   On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.   Per year?   $ 3000

    b.   Per month?   $ 250        *ONLY*

    c.   Per week?   $ 60         *Estimate*

10.  On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.   Per year?   $ 2500

    b.   Per month?   $ 210

    c.   Per week?   $ 50

11.  What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a.   Per year?   $ 300

    b.   Per month?   $ 25

    c.   Per week?   $ 6

ALL ANSWERS ARE BEST GUESS

06/21/2017  14:18    7574307003              UPS4005                        PAGE  04/05

12.   For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. Merchants Tire

5222 INDIAN RIVER ROAD     VA Bch VA 23464

13.   Did you have repairs done to any of the cars listed above?

Same as above

14.   If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

Inspection Repairs needed Lamps / Breaks / REAR LEAF SPRINGS Tires

15.   State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

Same as above   merchant tire

16.   If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car?  Do not include amounts paid by someone other than you.

$ ~ 100

17.   If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

a.   Per year?  $ 800

b.   Per month?  $ 100          only Estimate

c.   Per week?  $ 25

18.   If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?  13 years

19.   If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

a.   Per year?  included in above Numbers

b.   Per month?

＊ ALL ANSWERS ARE BEST GUESS

06/21/2017  14:10    7574387883                    UPS4809                            PAGE  05/05

       c.    Per week?

20.    Did your car insurance premium increase solely because you were employed by PJ? If so, by how much?   Not   Sure

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your *approximate employment dates*, and about how many days per week did you usually work at each of those jobs?

                       N/A

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify *the address of the school*, the approximate dates of attendance, and state how many days per week you attended each school.   N/A

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _____ 6/21 _____, 2017.

_____
Signature

Print Name and Address:
NAME AND ADDRESS

Jeff Barrett                    (214) 537-3241

ALL ANSWERS ARE
BEST GUESS. ONLY
APROX