FILED
2018 Jan-12  AM 11:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 2

## DEFENDANTS' INITIAL SUMMARY JUDGMENT SUBMISSION

## JAMES SULLIVAN V. PJ UNITED, INC., *ET AL.*
## CASE#: 7:13-CV-01275

## INDEX

**Page Number**

Discovery Response of Ethan Barsketis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1 - 4

Discovery Response of Donald Beard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5 - 8

Discovery Response of Micah Bedsole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9 - 12

Discovery Response of Anthony Benson . . . . . . . . . . . . . . . . . . . . . . . . . . . 13 - 16

Discovery Response of Edna Blair . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17 - 20

Discovery Response of Michael Blocker . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21 - 26

Discovery Response of James Boartfield . . . . . . . . . . . . . . . . . . . . . . . . . . . 27 - 30

Discovery Response of Kristy Bogle . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31 - 34

Discovery Response of Robin Bonham . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35 - 38

Discovery Response of David Bourgeau . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39 - 42

Discovery Response of Robyn Bourque . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43 - 46

Discovery Response of Antonio Boyd . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47 - 50

Discovery Response of Christopher Boyd . . . . . . . . . . . . . . . . . . . . . . . . . . . 51 - 54

Discovery Response of Thomas Boyette . . . . . . . . . . . . . . . . . . . . . . . . . . . 55 - 58

# EXHIBIT 2

**DEFENDANTS' INITIAL SUMMARY JUDGMENT SUBMISSION**

**JAMES SULLIVAN V. PJ UNITED, INC.,** *ET AL.*
**CASE#: 7:13-CV-01275**

**INDEX**

**Page Number**

Discovery Response of Dawn Branham. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59 - 66

Discovery Response of Ryan Brock. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67 - 70

Discovery Response of Steven Brooks . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71 - 74

Jul 20, 2011 03:20 PM  To: 12003000072   Page 1/4  From: TBS Inc.  Fax: 01432174557

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*                    )
                                            )
         Plaintiffs,                        )
                                            )          CIVIL ACTION NO.:
v.                                          )          7:13-cv-01275-LSC
                                            )
PJ UNITED, INC., *et al.*,                  )
                                            )
         Defendants.                        )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

    For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.   State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
     Lexus ES 300 2001   TT8BF28G8Y5083632

2.   For each car, state the following:

     a.   Approximate date of purchase?   August 20, 2015

     b.   Approximate odometer miles at purchase?   185,000

     c.   Approximate purchase price?   $3,500

     d.   Current odometer miles?   225,345

     e.   Approximate odometer miles when you sold the car?   havent sold

     f.   Approximate sale price?   $2,500 when sold

3.   For each car listed above, what is the name of the owner(s) on the car title?
     Ethan Dursleens

4.   If a finance company required that the car be insured, what was the amount paid for the required insurance?   $89.00

1

5. About how many total miles was each car driven?

   a.   Per year?   33,000

   b.   Per month?   2,000

   c.   Per week?   500-500

6. What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ.   %630   %630

7. On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?   70

8. On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?   15

9. On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

   a.   Per year?   $3,000

   b.   Per month?   $250

   c.   Per week?   $60

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.   Per year?   $2,400

    b.   Per month?   $200

    c.   Per week?   $55

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

    a.   Per year?   $1,200

    b.   Per month?   $100

    c.   Per week?   $30

2

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. _Jiffy Lube 1577 Foothill drive_ _Salt Lake City, Utah_

13. Did you have repairs done to any of the cars listed above? _yes_

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair. _valve misfiring cost $500 around april_ _Breck pad $300 around january_

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ. _Autozone 1240 S Redwood Rd Salt Lake City, Ut_

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. _$100_

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years? Do not include amounts paid by someone other than you.

   a. Per year? _$1068_

   b. Per month? _$87_

   c. Per week? _$20_

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? _Dont know what this is I Just know I have_ _Insurance for my cab_

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

   a. Per year?

3

Jul 20, 2017 05:28 PM To: 120035000012   Page 4/4   From: PBS Inc.   Fax: 6145217455?

b.  Per month?_____

c.  Per week?_____

20.  Did your ear insurance premium increase solely because you were employed by PJ? If so, by how much?  I don't know

21.  If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work in each of those jobs?  No other job

22.  If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school:  Salt Lake Community College
4600 south Richmond Rd   salt Lake City
5 days a week

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on  7 / 20 , 2017.

_Ethan Barsketis_
Signature

Print Name and Address:
Ethan Barsketis

Ethan Barsketis

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*              )
                                      )
        Plaintiffs,                   )
                                      )    CIVIL ACTION NO.:
v.                                    )    7:13-cv-01275-LSC
                                      )
PJ UNITED, INC., *et al.*,            )
                                      )
        Defendants.                   )

<u>DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS</u>

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.      State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

        **2010 Kia Rio, VIN ??**
        1987 Oldsmobile, VIN ??

2.      For each car, state the following:

        a.      Approximate date of purchase? Kia July 2012; Oldsmobile December 2011

        b.      Approximate odometer miles at purchase? Kia ??; Oldsmobile ??

        c.      Approximate purchase price? Kia $12,000; Oldsmobile $500

        d.      Current odometer miles? Kia – doesn't know, his wife drives it now.  118000

        e.      Approximate odometer miles when you sold the car? unknown  120 000

3.      For each car listed above, what is the name of the owner(s) on the car title? Deanna Beard (his wife).

4.      If a finance company required that the car be insured, what was the amount paid for the required insurance?

        Approximately $160 a month

5.      About how many total miles was each car driven?

    a.      Per year? Approximately 20,000 miles per year

    b.      Per month? 1,600 + miles a month

    c.      Per week?   Approximately 385 miles a week

6.      What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ.  Most of the miles driven were for Papa Johns.

7.      On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? Over 100 miles per day

8.      On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?  Less than 40 miles per day

9.      On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.      Per year? unknown

    b.      Per month? **unknown**   $480

    c.      Per week? unknown   $120

10.     On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.      Per year? Unknown; filled up the tank every night or every other night.

    b.      Per month? unknown

    c.      Per week? unknown

11.     What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

    a.      Per year? Approximately $4,800.00 per year on average

    b.      Per month? On the Oldsmobile it was about $300.00 per month and the Kia was about $100 per month.

   c.  Per week? Approximately $400 per month

12.  For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.

   Main Street Oil

13.  Did you have repairs done to any of the cars listed above?
   Yes.


14.  If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

   The Oldsmobile broke down several times due to overheating. He can't remember exactly what was done to correct the problem but it was in and out of the shop several times. Repairs were done by Master Muffler in Leighton.

15.  State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

   Master Mufflers


16.  If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you.

   Registration $400 per year for both cars (due to safety emissions repairs on the Oldsmobile)

17.  If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years? Do not include amounts paid by someone other than you.

   a.  Per year? n/a

   b.  Per month? n/a

   c.  Per week? n/a

18.  If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? Over 5 years

19.    If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

      a.    Per year? $1,920.00

      b.    Per month? $160.00

      c.    Per week? $37

20.    Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much? No.

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?

Davis School District as a bus driver
2011 through 2013

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.

      n/a

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on ___06/23/2017___, 2017.

_____
Signature

Print Name and Address:
**Donald Beard**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*         )
                                        )
        Plaintiffs,           )
                                        )     **CIVIL ACTION NO.:**
**v.**                                      )     **7:13-cv-01275-LSC**
                                        )
PJ UNITED, INC., *et al.*,      )
                                        )
        Defendants.        )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.     State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

     **2005 Chevy Malibu, VIN ??**

2.     For each car, state the following:

     a.     Approximate date of purchase? January 2010

     b.     Approximate odometer miles at purchase?  55,000 miles

     c.     Approximate purchase price? $1.00

     d.     Current odometer miles? No longer owns the vehicle

     e.     Approximate odometer miles when you sold the car?  168,000 miles

3.     For each car listed above, what is the name of the owner(s) on the car title?  Micah Bedsole.

4.     If a finance company required that the car be insured, what was the amount paid for the required insurance?

     n/a

5.     About how many total miles was each car driven?

      a.    Per year? Approximately 20,000 miles per year

      b.    Per month? 1,600 + miles a month

      c.    Per week?   Approximately 385 miles a week

6.    What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ.  He only worked there for a couple of months but the majority of miles driven during his employment were for deliveries for Papa John's.

7.    On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? Over 100 miles per day

8.    On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?  Approximately 25 miles per day

9.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

      a.    Per year? $5,200

      b.    Per month? **$434.00**

      c.    Per week? $100.00

10.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

      a.    Per year? $5,200

      b.    Per month? $434.00

      c.    Per week? $100

11.    What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

      a.    Per year? Approximately $40 during the short time he worked for Papa John's

      b.    Per month? n/a.

      c.    Per week? n/a

12.    For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.

Murphy Tires
West 70th Street

13.    Did you have repairs done to any of the cars listed above?
No.

14.    If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

n/a

15.    State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

n/a

16.    If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you.

Approximately $40 in registration fees that year.

17.    If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?   Do not include amounts paid by someone other than you.

a.    Per year? n/a

b.    Per month? n/a

c.    Per week? n/a

18.    If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?  Several years

19.    If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

a.    Per year? $1,200.00

    b.     Per month? $100.00

    c.     Per week? $50

20.    Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much? No.

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?

    n/a

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.

    He was in High School.

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ____June 18_____, 2017.

_____
Signature

Print Name and Address:
**Micah Bedsole**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES SULLIVAN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO.: |
| v. | ) | 7:13-cv-01275-LSC |
| | ) | |
| PJ UNITED, INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.     State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

    Audi A4 2003

2.     For each car, state the following:

    a.     Approximate date of purchase? 2013

    b.     Approximate odometer miles at purchase?  180,000

    c.     Approximate purchase price? $4,000

    d.     Current odometer miles? n/a

    e.     Approximate odometer miles when you sold the car?  220,000

3.     For each car listed above, what is the name of the owner(s) on the car title?  Anthony Benson

4.     If a finance company required that the car be insured, what was the amount paid for the required insurance?

    n/a

5.  About how many total miles was each car driven?

    a.    Per year?    20,000

    b.    Per month?

    c.    Per week?

6.  What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ.   60%

7.  On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?  100

8.  On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?      20 to 30

9.  On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.    Per year?    $

    b.    Per month?    $

    c.    Per week?  - $60 to $70

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.    Per year?    $

    b.    Per month?    $

    c.    Per week?    $50

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

    a.    Per year?    $

    b.    Per month?    $150.00

    c.    Per week?    $

12.     For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.

      Did the work himself

13.     Did you have repairs done to any of the cars listed above?

      Yes

14.     If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

      Timing chain broke and he had to scrap the car
      New radiator = $800
      Tires = $400
      Radio = $100 (modulator when out)

15.     State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

      Radio, he did the repairs himself; Fine Line Collision did the new radiator; new tires at Kenmore Tire.

16.     If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car?  Do not include amounts paid by someone other than you.

      $65

17.     If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

      a.     Per year? n/a

      b.     Per month? n/a

      c.     Per week? n/a

18.     If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?  Since he's been driving; at least ten years

19.     If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

    a.    Per year?

    b.    Per month?   $100

    c.    Per week?

20.    Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much?    Unsure

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?

Yes, fulltime union pipefitter.

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.

Yes, apprenticeship for pipefitter, 2 days a week.

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____June 23th_____, 2017.

_____
Signature

Print Name and Address:
Anthony Benson

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES SULLIVAN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO.: |
| v. | ) | 7:13-cv-01275-LSC |
| | ) | |
| PJ UNITED, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

1997 Saturn SL2; 2007 Kia Spectra; 2010 Nissan Sentra

2.    For each car, state the following:

   a.    Approximate date of purchase? Saturn 2002; Kia 2007; Nissan 2011

   b.    Approximate odometer miles at purchase?  Saturn – unknown; Kia - 13 miles; Nissan – 13,000

   c.    Approximate purchase price? Saturn - $9,900; Kia - $19,000; Nissan - $19,000

   d.    Current odometer miles? Nissan – 125,000

   e.    Approximate odometer miles when you sold the car?  Saturn – 110,000; Kia – the car was totaled, but she doesn't remember.

3.    For each car listed above, what is the name of the owner(s) on the car title?  Edna Blair

4.    If a finance company required that the car be insured, what was the amount paid for the required insurance?

      unknown

5.    About how many total miles was each car driven?

    a.    Per year? 18,000

    b.    Per month? 1,500

    c.    Per week?  346.

6.    What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ.  90%

7.    On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? 75 miles a day

8.    On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?  5 miles approximately

9.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.    Per year?    $3,000.00

    b.    Per month?   $250.00

    c.    Per week?    $58.00

10.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.    Per year? $2,700.00

    b.    Per month? $225.00

    c.    Per week? $52.00

11.    What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

    a.    Per year?    $1,400.00 for mostly oil changes and tires

    b.    Per month?   $117.00

    c.    Per week?    $27.00

12.    For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.

Various places but usually Jiffy Lube or Valvoline.

13.    Did you have repairs done to any of the cars listed above?

Yes; transmission on the Saturn, approximately $1,600.00. Had warranty for the vehicles purchased new.

14.    If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

Transmission was approximately $1,600.00. Purchased the warranty when buying new cars so they covered most of the repairs for the Kia and the Nissan.

15.    State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

McCarty's in Newport News VA

16.    If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you.

$300 a year includes property tax

17.    If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

a.    Per year? n/a

b.    Per month? n/a

c.    Per week? n/a

18.    If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?  Over six years

19.    If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

a.    Per year? $1,200.00

    b.     Per month? $100.00

    c.     Per week? $23.00

20.    Did your car insurance premium increase solely because you were employed by PJ? If so, by how much? No.

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?

Yes, I worked at BP Gas station for a few months

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.

n/a

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _____July 6_____, 2017.

_Edna Blair_
Signature

Print Name and Address:
**Edna Blair**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*      )
                             )
       **Plaintiffs,**        )
                             )       **CIVIL ACTION NO.:**
**v.**                        )       **7:13-cv-01275-LSC**
                             )
PJ UNITED, INC., *et al.,*    )
                             )
       **Defendants.**        )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.   State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
     *2000 HONDA CRV - JHLRD1847YS000945*

2.   For each car, state the following:

     a.   Approximate date of purchase? *2001*

     b.   Approximate odometer miles at purchase? *200-300*

     c.   Approximate purchase price? *PURCHASED NEW - I DON'T REMEMBER*

     d.   Current odometer miles? *362340*

     e.   Approximate odometer miles when you sold the car? *N/A STILL OWN THE CAR*

     f.   Approximate sale price? *N/A*

3.   For each car listed above, what is the name of the owner(s) on the car title?
     *MICHAEL + TERESA BLOCKER*

4.   If a finance company required that the car be insured, what was the amount paid for the required insurance? *I DON'T REMEMBER*

1

PJ United 693

5.  About how many total miles was each car driven?

    a.    Per year?_____

    b.    Per month?_____

    c.    Per week?_____

6.  What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ._____

7.  On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? *50 – 70*_____

8.  On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? *I DON'T KNOW*_____

9.  On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.    Per year?_____

    b.    Per month?_____

    c.    Per week?_____

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.    Per year?_____

    b.    Per month?_____

    c.    Per week?_____

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a.    Per year?_____

    b.    Per month?_____

    c.    Per week?_____

2

PJ United 693

12.  For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. _____
_____

13.  Did you have repairs done to any of the cars listed above? _____

14.  If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
_____
_____
_____
_____

15.  State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
_____
_____
_____
_____

16.  If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. _____
_____

17.  If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

   a.  Per year? _____

   b.  Per month? _____

   c.  Per week? _____

18.  If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? *AT LEAST 20 YEARS or MORE* _____

19.  If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

   a.  Per year? _____

3

PJ United 693

b.   Per month?_____

c.   Per week?_____

20.   Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much? _NOT THAT I KNOW OF_____

21.   If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? _SELF_ _Employed   HOURS & DAYS WERE VERY SPORADIC_____

22.   If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. _N/A_____

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _MAY 12_____, 2017.

_____
Signature

Print Name and Address:
_MICHAEL C. BLOCKER_

4

PJ United 693

```
03/27/2009                        PAPA JOHNS PIZZA - RESTAURANT 0591                          Page 1 of 1
09:20:02 pm                       Team Member Checkout Report - Final                          TIMOUTRP
                                              03/27/2009

        Emp Id      Name
        1780        MICHAEL C BLOCKER

                                                                    Starting    Ending    Miles
        Time In     Time Out    Store Hrs   Road Hrs   Total Hrs    Bank    Odometer   Odometer  Driven   Mileage Rate
        04:55:48pm  09:17:50pm     1.64       2.73       4.37     20.00       0         120      120        1.40


        Total Orders :    12        Bad Orders :     0   Cancelled Orders :   0    Late Orders :     1   Total Beverages :     4
        Total Pizzas :    16        Bad Pizzas :     0   Cancelled Pizzas :   0    Late Pizzas :     8

        Collectable Gross :    281.91              Driver Net Sales :   216.74    Drops :
            + Total Bank :      20.00                 Tips reported :     5.00        09:18pm    -239.42
        + Papa Card Issues :     0.00                                                          Cash      -147.49
        + Drops To Driver :      0.00                                                          Check      -57.59
            - Cash Drops :     239.42                      Incentive :     0.00            Mastercard     -19.63
             - Prepaid :        0.00                                                          Papa Card   -14.71
        - Coupon/Discount :     48.69              Total miles driven :    120
            - Reg.mileage :     16.80                  Max mileage :      66.00
        + Mileage over max :     0.00             Computed Mileage :      16.80
            - Extra mileage :    0.00      Mileage over max paid 03/27 :   0.00
        - Bad Orders Amount :    0.00                  Extra Mileage :     0.00
    - Cancelled Order Amount :   0.00
        ---------------
               Over/Short :      0.00


        Order  Customer Address        Customer Phone.      Amount    Discount Time       OTD       Trip Time
        0050PD 720 Nytol Cir           (205)956-2812         24.49     10.77 04:56:11pm  00:11:44    00:23:54
        0060PD 634 39th St S           (205)591-9646         25.38      0.00 05:15:07pm  00:23:03    00:33:40
        0066PD 525 55th Pl S           (205)595-9698         37.43     11.59 05:24:48pm  00:13:22    00:33:40
        0087PD 215 21st St N           (205)566-9763         15.63      0.00 06:01:49pm  00:21:16    00:23:18
        0096WO 140 FERN ST             (205)743-8203         10.62      1.39 06:11:08pm  00:11:57    00:23:18
        0110PD 3707 Montrose Rd        (205)870-4056         20.79      0.00 06:33:43pm  00:17:16    00:22:54
        0111PD 4128 Old Leeds Ln       (205)879-4320         20.69      4.00 06:34:35pm  00:16:26    00:22:54
        0140PD 4326 Cliff Rd S         (205)592-2745         14.70      0.60 07:01:30pm  00:23:53    00:33:03
        0142PD 14 Honeysuckle Ln       (205)871-2638         14.79      0.00 07:03:08pm  00:22:16    00:33:03
        0144PD 1222 Gladstons Ave      (205)595-0397         10.88      4.60 07:07:22pm  00:18:02    00:33:03
        0166WO 125 LORENA LN           (205)586-5838         14.71      4.00 07:41:48pm  00:17:22    00:15:04
        0187WO 661 MERRIMONT CIR       (205)240-9748         25.11      8.74 08:22:57pm  00:11:11    00:11:59


        * Denotes bad orders
        ** Denotes cancelled orders


        The information above is correct and my mileage has been paid

        _____        _____
```

May 12, 2017

Mark,

      In reference to the questionnaire you sent to me on the Case No.7:13-cv-01275-LSC Sullivan v. P J United.

The numbers that I have sent to you are the actual numbers that I have keep up with for the delivery of food products for Papa Johns Pizza. Enclosed you will find an old checkout report from 2009. I get one of these sheets for each night that I work. I think I have them back to 2008. I usually work 5 or 6 days/week or about 300 days each year.

Question 5a. Miles -2012 -12246       2013-13554     2014-10389     2015-13490     2016-16204

            2017-5800 (as of 5/10/17)

Question 6. 100%

Question 9. The Honda CRV gets an average of 20 - 24 miles /gal. I am not sure of the price of gasoline or the number of years involved. Hope this will help.

Question 10. Same as #9

Question 11. I have records of repairs and maintenance on the vehicle but not sure of the years needed.

Questions 12, 13, 14, 15. Can provide copies of work done and locations if needed. Not sure of the years.

Question 16. Car Tag -2012-74.09      2013-73.88     2015-27.80     2016-28.23     2017-28.23

Question 17. Car Insurance- 2012- 800.00       2013 – 830.00       2014 – 950.00

            2015 – 900.00     2016 – 850.00  (all are yearly estimates for full coverage.)

Question 21.     Self Employed – Days and hours were very sporadic. The address was the home address.

I can send you copies of any of this information that might be helpful or needed.

Please let me know what years we are working with.

If you have any questions or need anything else,

Please feel free to contact me @205-655-0657 or email me @F11mike@aol.com or

F11mike@hotmail.com.

Thanks,

Michael C. Blocker

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*      )
                          )
    Plaintiffs,        )
                          )    CIVIL ACTION NO.:
v.                      )    7:13-cv-01275-LSC
                          )
PJ UNITED, INC., *et al.*,    )
                          )
    Defendants.      )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

    For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

    *2005 meRCuRy maRineR*

2.    For each car, state the following:

    a.    Approximate date of purchase? *I Dont Know*

    b.    Approximate odometer miles at purchase? *I Dont Know*

    c.    Approximate purchase price? *16,000*

    d.    Current odometer miles? *I dont Know*

    e.    Approximate odometer miles when you sold the car? *I Dont know*

    f.    Approximate sale price? *Repo=*

3.    For each car listed above, what is the name of the owner(s) on the car title? *James and Brendie Bartfield*

4.    If a finance company required that the car be insured, what was the amount paid for the required insurance? *80 a month*

1

PJ United 699

5. About how many total miles was each car driven?

    a.   Per year? *I dont Know*

    b.   Per month? *I dont know*

    c.   Per week? *I dont know*

6. What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. *I Dont leno*

7. On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? *30*

8. On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? *30*

9. On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.   Per year? *I dont know*

    b.   Per month? *I dont know*

    c.   Per week? *I dont know*

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.   Per year? *I dont know*

    b.   Per month? *I dont know*

    c.   Per week? *I dont know*

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a.   Per year? *I dont know*

    b.   Per month? *I dont know*

    c.   Per week? *I dont know*

2

PJ United 699

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. *30 Dollars Wal Mart*

13. Did you have repairs done to any of the cars listed above? *Battery*

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

    *Regular maintence And Battery Died*

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
    *N/A*

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. *120.00*

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

    a. Per year?

    b. Per month? *80.00*

    c. Per week?

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? *10 years*

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

    a. Per year? *I Dont Know*

3

PJ United 699

b. Per month? $256.00

c. Per week? I Dont know

20. Did your car insurance premium increase solely because you were employed by PJ? If so, by how much? NO

21. If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? N/A

22. If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. N/A

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on ___5/2___, 2017.

_____
Signature

Print Name and Address:
James Bonatfield

PJ United 699

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*                )
                                      )
    Plaintiffs,                )
                                        )      CIVIL ACTION NO.:
v.                                       )      7:13-cv-01275-LSC
                                        )
PJ UNITED, INC., *et al.,*               )
                                        )
    Defendants.                )

## DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1. State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
   2005 Nissan Sentra. Does not recall VIN.

2. For each car, state the following:

   a. Approximate date of purchase? Does not recall.

   b. Approximate odometer miles at purchase? Does not recall.

   c. Approximate purchase price? Does not recall.

   d. Current odometer miles? No longer owns.

   e. Approximate odometer miles when you sold the car? 35,000 miles

   f. Approximate sale price? $1,000.00

3. For each car listed above, what is the name of the owner(s) on the car title?
   Charles R. Bogle

4. If a finance company required that the car be insured, what was the amount paid for the required insurance? Does not recall.

1

5.   About how many total miles was each car driven?

   a.   Per year? 24,000 miles

   b.   Per month? 2,000 miles

   c.   Per week? 500 miles

6.   What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ. Does not recall.

7.   On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? 100 miles

8.   On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? Very few.

9.   On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

   a.   Per year? Appx. $8,400.00

   b.   Per month? Appx. $700.00

   c.   Per week? Appx. $180.00

10.   On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

   a.   Per year? Appx. $8,400.00

   b.   Per month? Appx. $700.00

   c.   Per week? Appx. $ 180.00

11.   What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

   a.   Per year? Appx. $1,000.00

   b.   Per month? Does not recall.

   c.   Per week? Does not recall.

2

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. Changed the oil herself.

13. Did you have repairs done to any of the cars listed above? Yes.

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
New set of tires— Does not recall cost or date.

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
Father performed the repairs.

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. Father paid it.

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

    a. Per year? Does not recall.

    b. Per month? Does not recall.

    c. Per week? Does not recall.

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? Not applicable.

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

    a. Per year? Not applicable.

3

b.  Per month? Not applicable. _____

c.  Per week? Not applicable. _____

20. Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much? Not applicable. _____

21. If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?_____
No.

22. If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. _____
No.

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _____, 2017.

_Kristy M. Bogle_
Signature

Print Name and Address:
Kristy Bogle
_____
_____

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*                )
                                        )
        Plaintiffs,                     )
                                        )    CIVIL ACTION NO.:
v.                                      )    7:13-cv-01275-LSC
                                        )
PJ UNITED, INC., *et al.*,              )
                                        )
        Defendants.                     )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.  State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles. Vollswagen Jetta TDI (Diesel) 2001
    I don't know the VIN, car has since been sold.

2.  For each car, state the following:

    a.  Approximate date of purchase? march 2010

    b.  Approximate odometer miles at purchase? 202,000 (only an estimate)

    c.  Approximate purchase price? $3,300 - $3,800 → (I don't remember)
        (only an estimate)

    d.  Current odometer miles? I don't know, car has since been sold.

    e.  Approximate odometer miles when you sold the car? 250,000 (only Estimate)

    f.  Approximate sale price? $1,000.00 (I don't remember specifically, only an estimate)

3.  For each car listed above, what is the name of the owner(s) on the car title? Robin D. Bonham

4.  If a finance company required that the car be insured, what was the amount paid for the required insurance? Not financed.

1

PJ United 731

5.  About how many total miles was each car driven?

    a.  Per year? ~~~~~ 15,000 + (only an estimate)

    b.  Per month? 1,300 (only an estimate)

    c.  Per week? 325 (only an estimate)

6.  What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. 75% (only estimate)

7.  On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? 60 - 75 (only an estimate)

8.  On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? 25 - 30 (only an estimate)

9.  On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.  Per year? $1,440 (only an estimate)

    b.  Per month? $120 (only an estimate)

    c.  Per week? $30 (only an estimate)

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.  Per year? ~~~~~ $960 (only an estimate)

    b.  Per month? $80 (only an estimate)

    c.  Per week? $20 (only an estimate)

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a.  Per year? $1,000 (only an estimate) (Estimate)

    b.  Per month? ~~~~~ $80 $100 month

    c.  Per week? $20 - $25 (only an estimate)

2

PJ United 731

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. *Memphis Motorworks, Cordova TN 38016 Express Oil change, Cordova, TN 38018*

13. Did you have repairs done to any of the cars listed above? *Yes.*

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
*I don't remember specifically, as there were a multitude of repairs.*

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
*Memphis Motorworks, Cordova TN 38016 Macon Road Express Oil Change & Service Germantown Parkway, Cordova, TN 38018*

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. *$145.00*

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years? Do not include amounts paid by someone other than you.

   a. Per year? *$100* *only an*

   b. Per month? *$80* *estimate*

   c. Per week? *$20*

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? *Ever since I began driving at 16*

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

   a. Per year? *I don't know / I don't remember*

3

PJ United 731

b.  Per month? _I don't Know / I don't remember_

c.  Per week? _I don't Know / I don't remember_

20.  Did your car insurance premium increase solely because you were employed by PJ? If so, by how much? _No, Not to my Knowledge_

_Only an estimate Memphis, TN Only_

21.  If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? _Chick- Fil-A 2011- 2013  4 days wk   Krwenger Company 2013- an estimate for both companies  Memphis, TN     2015  5 days/ wk_

22.  If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. _N/A_

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _May 12 th_ , 2017.

_Robin D. Banham_
Signature

Print Name and Address:
_Robin D. Banham_

4

PJ United 731

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JAMES SULLIVAN, *et al.* )<br><br>Plaintiffs, )<br><br>v. )<br><br>PJ UNITED, INC., *et al.*, )<br><br>Defendants. ) | CIVIL ACTION NO.:<br>7:13-cv-01275-LSC |

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.  State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
    05 Buick LeSabre                     03 Linc. Aviator
    99 Saturn SC1

2.  For each car, state the following:

    a.  Approximate date of purchase? LeSabre 2014  Saturn 1/2016  Aviator 9/14

    b.  Approximate odometer miles at purchase? I dont know

    c.  Approximate purchase price? LeSabre - gift  Saturn 2000  Aviator 7490

    d.  Current odometer miles? LeSabre 141986  Saturn 191243  Aviator i dont know

    e.  Approximate odometer miles when you sold the car? Still own LeSabre + Saturn  I dont know - Lincoln

    f.  Approximate sale price? — not sold

3.  For each car listed above, what is the name of the owner(s) on the car title?
    LeSabre Cinda Bourgeau (sp) Saturn David Bourgeau
    Aviator David + Cinda Bourgeau

4.  If a finance company required that the car be insured, what was the amount paid for the required insurance? was not required but $?mo for full on LeSabre

42

1

PJ United 769

5.  About how many total miles was each car driven? *3K*

    a.  Per year? *LeSabre 24K*    *Saturn 8K*    *Aviator 2K*

    b.  Per month?

    c.  Per week?

6.  What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. *60%   15%*
    *LeSabre   Saturn*

7.  On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? *80 – 120   40   only drove*
    *LeSabre    Saturn    Aviator   a few times*

8.  On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? *20-60   10*
    *LeSabre    Saturn*

9.  On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.  Per year? *I dont know*

    b.  Per month? *I dont know*

    c.  Per week? *I dont know*

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.  Per year?

    b.  Per month? *I dont know*

    c.  Per week?

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a.  Per year? *LeSabre 200   Saturn 50   Aviator - N/A*

    b.  Per month?

    c.  Per week?

2

PJ United 769

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. _I don't know_

13. Did you have repairs done to any of the cars listed above? _Yes_

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair. _Lesabre Rautine maint, repair harness, brakes not sure when or how much_

_Cedar Rocks Auto       Wheeling WV  (Aviator +Lesabre)_
_Brown St Auto       Brown St   Akron OH    ( Aviator + Lesabre_

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

_____

_____

_____

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. _Lesabre 54/year_ _Aviator 78/year       Saturn 54/year_

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

    a. Per year? ~~900~~ 504

    b. Per month? ~~80~~ 42

    c. Per week? N/A     N/A

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? _3 years_

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

    a. Per year? ~~900~~ 456

3

PJ United 769

       b.     Per month? __38_____

       c.     Per week? __N/A_____

20.    Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much? No_____

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?_____
    N/A

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. _Spt-_
    Cuyahoga Comm. College  2013 – present  3days/week

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _May 1_____, 2017.

_David L Bourdeau_ (signature)
Signature

Print Name and Address:
David L. Bourdeau
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4

Sullivan v. PJ United, et al. 7:13-cv-01275
Exhibit 2, page 042

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*      )
                             )
      Plaintiffs,           )
                             )     CIVIL ACTION NO.:
v.                           )     7:13-cv-01275-LSC
                             )
PJ UNITED, INC., *et al.*,    )
                             )
      Defendants.        )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.     State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

      2011 Mazda 3

2.     For each car, state the following:

      a.     Approximate date of purchase?     January 2011

      b.     Approximate odometer miles at purchase?     11 miles

      c.     Approximate purchase price?     $18,000.00

      d.     Current odometer miles?     116,400 miles

      e.     Approximate odometer miles when you sold the car?     Still own the car

3.     For each car listed above, what is the name of the owner(s) on the car title?     Robyn Bourque

4.     If a finance company required that the car be insured, what was the amount paid for the required insurance?     n/a

5.     About how many total miles was each car driven?

      a.     Per year?     12,000 miles

  b.  Per month?  1,000 miles

  c.  Per week?  Approximately 250 miles per week

6. What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ.  75%

7. On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?  75 to 100 miles

8. On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?  20 miles approximately

9. On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

  a.  Per year?  $1,500.00

  b.  Per month?  **$125**

  c.  Per week?  $29.00

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ?  This does not include gasoline used to travel to and from work.

  a.  Per year?  $1,200.00

  b.  Per month?  $100.00

  c.  Per week?  $25.00

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

  a.  Per year?  $300.00

  b.  Per month?  $25.00

  c.  Per week?  $6.00

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.

Express Oil Change for oil changes and Topline Tire for everything else

13.    Did you have repairs done to any of the cars listed above?

Yes, she just recently replaced the wheel bearing on the car

14.    If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

Had to replace the wheel bearing on the car; cost was $275; repair was done about a month ago

15.    State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

Topline Tire

16.    If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car?  Do not include amounts paid by someone other than you.

$85 a year

17.    If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?   Do not include amounts paid by someone other than you.

a.    Per year?    n/a

b.    Per month?    n/a

c.    Per week?    n/a

18.    If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?  About 7 years

19.    If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

a.    Per year?    $1,176.00

b.    Per month?    $98.00 month

c.    Per week?    $23.00 a week

20.     Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much?          No.

21.     If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?

No

22.     If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.

        5 days a week; UAH – University of Alabama in Huntsville
        Started in 2014 and she's still in school

Please attach any supporting documentation you have for your responses to the questions above.


I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _____ June 19 _____, 2017.


_____
Signature

Print Name and Address:
**Robyn Bourque**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES SULLIVAN, *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION NO.:** |
| v. | ) | **7:13-cv-01275-LSC** |
| | ) | |
| PJ UNITED, INC., *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc.,
PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as
PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if
you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
'02 Chrysler 300        Chevy Impala LS 2011            2010/11-2012

2.    For each car, state the following:

       a.    Approximate date of purchase?
       09            2012

       b.    Approximate odometer miles at purchase?
Unsure        -        40,000

       c.    Approximate purchase price?
11,000        -        31,000

       d.    Current odometer miles?
Nearing 300,000

       e.    Approximate odometer miles when you sold the car?
              NA        -        2017  140,000

3.    For each car listed above, what is the name of the owner(s) on the car title?
He was,

4.      If a finance company required that the car be insured, what was the amount paid for the required insurance?
Impala – required full coverage, Chrysler was cash

5.      About how many total miles was each car driven?

    a.      Per year? 150,000 PER YEAR          -          150,000 for Impala as well.

    b.      Per month?

    c.      Per week?

6.      What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ.
66%      -          same

7.      On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?
        200

8.      On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?
None for Chrysler – 10 for impala

9.      On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.      Per year?

    b.      Per month?

    c.      Per week? 270

10.     On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.      Per year?

    b.      Per month?

    c.      Per week?      230

11.     What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

    a.    Per year? 1,000 – brakes tire, oil

    b.    Per month?

    c.    Per week?

12.    For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.
    Dealer in Memphis, TN

13.    Did you have repairs done to any of the cars listed above?
    Radiator, transmission in Chrysler    1750$
    Impala – sensor, muffler,    1750$
Repairs at mechanic in Memphis, TN

14.    If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

15.    State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

16.    If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you.
    unsure

17.    If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years? Do not include amounts paid by someone other than you.

    a.    Per year?

    b.    Per month? Impala 413 $    same x 6 x12

    c.    Per week?

18.    If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?
    2010

19.   If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

  a.    Per year?

  b.    Per month?

  c.    Per week?

20.   Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much?
      Yes – by about 200$ or 250$

21.   If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?
NO

22.   If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.
      NO

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on ___7/1/17_____, 2017.

_____
Signature

Print Name and Address:

Antonio Boyd

Jun. 22. 2017 11:19AM                                    No. 1099   P. 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

JAMES SULLIVAN, *et al.*     )
                               )
     Plaintiffs,            )
                               )     CIVIL ACTION NO.:
v.                           )     7:13-cv-01275-LSC
                               )
PJ UNITED, INC., *et al.*,     )
                               )
     Defendants.           )

## DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

    *2006 Kia Spectra*

2.    For each car, state the following:

    a.    Approximate date of purchase? *May 2011*

    b.    Approximate odometer miles at purchase? *67k*

    c.    Approximate purchase price? *8k*

    d.    Current odometer miles? *? sold car with 153k*

    e.    Approximate odometer miles when you sold the car? *153 k*

3.    For each car listed above, what is the name of the owner(s) on the car title?

    *DriveTime was who the vehicle was purchased thru*

4.    If a finance company required that the car be insured, what was the amount paid for the required insurance?
    *$109 monthly*

5.   About how many total miles was each car driven?

    a.   Per year? *15k - 16k*

    b.   Per month? *1300-1400*

    c.   Per week? *200 - 300*

6.   What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. *50%*

7.   On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? *50-60*

8.   On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? *10-15*

9.   On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.   Per year? $ *1920*

    b.   Per month? $ *160*

    c.   Per week? $ *40*

10.   On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.   Per year? $ *1200*

    b.   Per month? $ *100*

    c.   Per week? $ *25*

11.   What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a.   Per year? $ *200 (4 oil changes)*

    b.   Per month? $

    c.   Per week? $

12.   For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.

      N/A

13.   Did you have repairs done to any of the cars listed above?

      oil changes & tires

14.   If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

      I did the oil changes myself but purchased tires from Firestone

15.   State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

      Firestone
      1921 Whitten Rd.
      Memphis, TN  38133

16.   If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car?  Do not include amounts paid by someone other than you.

      $ Registration  $103 annually

17.   If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?   Do not include amounts paid by someone other than you.

      a.   Per year?  1308

      b.   Per month? $109

      c.   Per week?

18.   If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?   see #17

19.   If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

      a.   Per year?   see #17

      b.   Per month?

Jun. 22. 2017 11:19AM                                          No. 1689   P. 4

     c.    Per week?

20.  Did your car insurance premium increase solely because you were employed by PJ? If so, by how much?

*No*

21.  If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?

*Avani Granite + Marble*    *5 days a week*    *I worked here the entire*
*4895 Oakland Center Dr.*                    *time I worked for PJ*

22.  If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.

*N/A*

Please attach any supporting documentation you have for your responses to the questions above.

*I no longer own this vehicle and no longer*
*have any documentation for it.*

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____*June 22*_____, 2017.

*[signature]*
_____
Signature

Print Name and Address:
NAME AND ADDRESS

*Christopher L. Boyd*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES SULLIVAN, *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **v.** | ) | **7:13-cv-01275-LSC** |
| | ) | |
| PJ UNITED, INC., *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

<u>DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS</u>

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.     State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

    2000 Hyundai Elantra; 2002 Mazda B3000; 2000 Ford Focus

2.     For each car, state the following:

    a.     Approximate date of purchase? Elantra = 2003; Mazda = 2005; Focus = 2007

    b.     Approximate odometer miles at purchase?  Elantra = 60,000; Mazda = 90,000; Focus = 120,000

    c.     Approximate purchase price? Elantra = $1,000; Mazda = $4500; Focus = $5000

    d.     Current odometer miles? Doesn't own any of these vehicles anymore

    e.     Approximate odometer miles when you sold the car?  Focus = 169,000; Mazda = 161,000; Elantra = 130,000

3.     For each car listed above, what is the name of the owner(s) on the car title?  Thomas Boyette

4.     If a finance company required that the car be insured, what was the amount paid for the required insurance?

Yes, the Mazda; not sure how much the full coverage was versus liability

5.    About how many total miles was each car driven?

     a.    Per year?    Elantra = 18,000; Mazda = 8,000; Focus = 8,000

     b.    Per month?

     c.    Per week?

6.    What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ.   Elantra = 15%; Mazda = 40%; Focus = 10%

7.    On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?  80

8.    On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?          20

9.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

     a.    Per year?    $

     b.    Per month?    $

     c.    Per week?    $90 to 100

10.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

     a.    Per year?    $

     b.    Per month?    $

     c.    Per week?    $80

11.    What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

     a.    Per year?    $

      b.     Per month?   $80

      c.     Per week?   $

12.    For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.

      Sometimes he did the work himself and sometimes took it to Pep Boys

13.    Did you have repairs done to any of the cars listed above?

      Yes

14.    If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

      Elantra = Head Gasket replaced; $2,000
      Mazda = didn't pass inspection so he ended up spending $1,000 to bring it up to code.

15.    State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

      Oil Time repair; Buckey's transmissions

16.    If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you.

      $90.00

17.    If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?   Do not include amounts paid by someone other than you.

      a.     Per year?

      b.     Per month? n/a

      c.     Per week?

18.    If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?  Since he's been driving; 26 years

19.     If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

    a.      Per year?

    b.      Per month? $120

    c.      Per week?

20.     Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much?        No.

21.     If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?

Yes, fulltime for the city of VA Beach

22.     If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.

No.

Please attach any supporting documentation you have for your responses to the questions above.


I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____June 26 th_____, 2017.

_____Thomas Boyette_____
Signature

Print Name and Address:
**Thomas Boyette**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*       )
                               )
     Plaintiffs,        )
                               )    CIVIL ACTION NO.:
**v.**                          )    7:13-cv-01275-LSC
                               )
PJ UNITED, INC., *et al.*,     )
                               )
     Defendants.      )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana,
Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively
as PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if
you know it, please state the VIN ("Vehicle Identification Number") of each of those
vehicles.

    1995 Honda Accord LY ~~Accord~~

    2001 Pontiac Grand Prix GT

    2007 Nissan Versa S   3N1BCL3E67L362876

2.    For each car, state the following:

    a.    Approximate date of purchase?  Unknown

    b.    Approximate odometer miles at purchase? Unknown

    c.    Approximate purchase price?  Honda 1400  Pontiac 3,000  Nissan 4500

    d.    Current odometer miles?  177,000

    e.    Approximate odometer miles when you sold the car?  Unknown

    f.    Approximate sale price?  Still own Nissan   Honda $1,000   Pontiac $600.00

3.    For each car listed above, what is the name of the owner(s) on the car title?

    Dawn Marie Branham

4.    If a finance company required that the car be insured, what was the amount paid for the
required insurance?  N/A

1

PJ United 834

5.  About how many total miles was each car driven?

    a.  Per year? 12,000

    b.  Per month? 1,000

    c.  Per week? 250

6.  What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. 11,000 per yr for 3 yrs. I was there

7.  On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? 50

8.  On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? 2

9.  On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.  Per year? $2400.00

    b.  Per month? $200.00

    c.  Per week? $50.00

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.  Per year? $2400.00

    b.  Per month? $200.00

    c.  Per week? $50.00

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a.  Per year? $600.00 Estimate

    b.  Per month?

    c.  Per week?

2

PJ United 834

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. *Tread Quarters.*
*Real Deal Auto*

13. Did you have repairs done to any of the cars listed above? *yes*

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
*Head gasket repair on Honda Accord $400⁰⁰ 2013*
*Freeze plugs on Pontiac $250⁰⁰ 2015*

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
*Private Mechanics*

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. *$400.00*

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

    a.  Per year? _____

    b.  Per month? _____ *N | A* _____

    c.  Per week? _____

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? *entire time I owned vehicles*

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

    a.  Per year? *$1200*

3

PJ United 834

    b.    Per month? <sup>$</sup> 100.00 _____

    c.    Per week? 0 _____

20.    Did your car insurance premium increase solely because you were employed by PJ? If so, by how much? no _____

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? _____
          none _____

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. _____
          none _____

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on 6|25 _____, 2017.

_Dawn m Br30_____
Signature

Print Name and Address:
Dawn M. Branham _____

PJ United 834

4



4 Easton Oval
Columbus, OH 43219
1-800-SAFEAUTO
(1-800-723-3288)

# RENEWAL NOTICE



DAWN M. BRANHAM

| | |
|---|---|
| **Due Date:** | 06/21/2017 |
| **Current Amount Due:** | $91.00 |
| **Payoff Balance:** | $550.00 |

## You Are A Valued Customer

**Your renewal payment is due.** The current amount due includes a $10 installment fee. Please make your payment before the due date indicated above to ensure continuous coverage.

Your renewal payoff balance above includes a Paid in Full discount. If you would like to take advantage of this discount, please call our Customer Service Department before the due date indicated on this bill.

If you would like to manage your policy or payment preferences, please visit **safeauto.com** or call **1-800-SAFEAUTO (1-800-723-3288)**.

**Additional payment options are outlined on the reverse side.**

## We Appreciate Your Business.

---

PLEASE KEEP THIS PORTION FOR YOUR RECORDS
PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

**Named Insured:**
DAWN M. BRANHAM



Please note and sign below any changes to the driver, vehicle, or residential information:

_____

_____

_____

INSURED SIGNATURE IF CHANGES WERE MADE

RENEW-VA-0618

| | | |
|---|---|---|
| **Policy Number** | : | VA00038147A-01 |
| **Due Date** | : | 06/21/2017 |
| **Current Amount Due** | : | $91.00 |

Please include the policy number on your check or money order made payable to SafeAuto. Acceptance of any payment is conditioned on the payment being honored upon presentment. Dishonored payments are subject to a $20 fee. To ensure continued coverage, please pay the current amount due.

VISA  DISCOVER  MasterCard  STAR  pulse  CHECK  MoneyGram  WESTERN UNION

Original Print Date 06/14/2017

## Payment Options Available:

SafeAuto reserves the right to restrict acceptable payment tender types at any time including, but not limited to, restrictions on specific policies that have experienced dishonor upon presentation.

**Check Payments**
**By Phone:** Payments are effective the date and time the checking account information is relayed to our Customer Service Representative or our Automated Attendant.
**Online:** Payments are effective the date and time the payment information is received by SafeAuto and the "make the check payment" button is clicked.
**Mail:** Please write your policy number on your check or money order made payable to SafeAuto. Dishonored payments are subject to a $20 fee.

**Money Wire Services**
Payments are effective the date and time printed on the receipt, converted to Eastern Time Zone.

**Credit Card Payments**
Payments are effective the date and time the transaction is approved by the creditor.
**Online:** Payments are effective the date and time the transaction is approved by the creditor.
**Automatic Payment:** We automatically charge your credit card on your due date so you don't have to worry about it.

**Overnight Payments**
Payments with a legible received date and time are effective the day and time the overnight carrier receives the payment.
Payments with an illegible received date and time or no received date and time are effective at 12:01 A.M. the day we received the payment envelope.

**Same Day Delivery Payments**
Payments are effective the date and time we receive the payment.

**United States Postal Service**
Payments with a legible postmark on or before the due date are effective at 12:01 A.M. on the due date.
Payments with a legible postmark after the due date are effective at 12:01 A.M. on the date shown on the payment envelope.
Payments with an illegible postmark or no postmark are effective at 12:01 A.M. five mail days before the received date.

**Thank you for choosing Safe Auto Insurance Company. You are a valued customer. If you have any questions, please call our Customer Service Department at 1-800-SAFEAUTO (1-800-723-3288).**

VA00038147A-01   **$ 91.00**   $ 550.00

07/09/2017

SAFE AUTO INSURANCE COMPANY
PO BOX 145603
CINCINNATI OH 45250-5603



070917  0009100  0055000  VA00038147A0  1  0

012366

# CITY OF CHESAPEAKE
## 2017 COMBINED PERSONAL PROPERTY AND LICENSE FEE BILL
### DUE: 06/05/17

Barbara O. Carraway, CPA
City Treasurer
PO BOX 16495
CHESAPEAKE, VA  23328-6495

--> Make checks payable to CHESAPEAKE TREASURER
--> A Drop Box is located in front of each Treasurer's Office location.
--> Your canceled check serves as your receipt.
--> A $35.00 fee is charged for all returned checks.

000020/222/294/001

||||l|l|l||l|||ll|l|||l||l||l|ll|ll||ll||l|l||l|ll|l

DAWN MARIE BRANHAM

### Online/Telephone Payment Information

To Pay by credit card(1-844-382-4426/www.cityofchesapeake.net/payments)
or the city's e-check program or your bank's bill pay program,
some or all of the following information is required:
**Credit Card** Tax Account/Bill #   02170233837
**City's Online E-Check** Bill #  17023383
Jurisdiction Code... - 1004
Payment Address... - PO Box 16495
                     Chesapeake, Va 23328-6495

A convenience fee is added to all transactions paid by
credit and debit cards.

### 2017 Car Tax Relief Information

The 2004 General Assembly voted to cap the Commonwealth's car tax relief at $950 million
beginning in 2005.  Each locality's share of the $950 million is determined by the amount
of its tax year 2005 reimbursement from the Commonwealth.  The amount of car tax relief on
each qualifying vehicle is based upon the total reimbursements received divided by the total
tax on all qualifying vehicles.  The 2017, car tax relief credit is 53%.  *This credit applies to the
first $20,000 of the assessed value of each qualifying vehicle with a gross weight less than 10,001 pounds.*

Tax Bill #.... -  02  17023383  7

Title/ACCT #.. -  83559740

VIN #........ -  3N1BC13E67L362816

Description... -  07 NISS 4D SDN

Period of
Ownership..... -  01/01 To 12/31

Annual Assessed Value -  2,750

Tax Rate Per/$100.... -  4.08

| -------Tax Bill Information------- | |
|---|---|
| Gross Tax.............. - | 112.20 |
| 53% Car Tax Credit... - | 59.47- |
| Late Filing Fee/Adjmnts - | 0.00 |
| Payments/Credits....... - | 0.00 |
| NET TAX................ - | 52.73 |
| City License Fee...... - | 23.00 |
| TOTAL AMOUNT DUE... - | 75.73 |

All vehicles on record between January 1st and June
30th of each tax year are subject to a license fee.

### CONTACT INFORMATION
Assessment Inquiries......... 757-382-6730
Email: cartax@cityofchesapeake.net
Payment Arrangements....... 757-382-6281
Email: paytax@cityofchesapeake.net

## Chesapeake VIRGINIA 2017 COMBINED PERSONAL PROPERTY AND LICENSE FEE BILL

Title/Acct #.. - 83559740
Name.......... - DAWN MARIE BRANHAM
Description... - 07 NISS 4D SDN

Bill Number - 02  17023383  7

### DUE DATE:  06/05/17

I certify that by paying this bill, the Personal Property Tax Relief is given ONLY to personal use vehicles.

If address change, X box and write your new address
on the reverse side in the upper left corner.   [ ]

**AMOUNT DUE -**      75.73

AMOUNT PAID

170605  000000000  000000000  02  170233837  000007573   5

|l|l|l|l|ll|l|l|ll||ll|l|ll||l|ll||ll|l|l|l|ll||ll|l|

CITY OF CHESAPEAKE
BARBARA O. CARRAWAY, TREASURER
PO BOX 1606
CHESAPEAKE VA  23327-1606

IF PAYMENT IS MADE AFTER THE ABOVE DUE
DATE, PLEASE REMIT$   91.00  INTEREST
CONTINUES TO ACCRUE UNTIL PAID IN FULL.
Late payments & address changes must be
mailed to: PO Box 16495
Chesapeake, VA  23328-6495

EM30P10 -- IAW - 03/17

YOUR CANCELLED CHECK SERVES AS YOUR RECEIPT
VALIDATED RECEIPTS FURNISHED UPON WRITTEN REQUEST

## MAKE CHECKS PAYABLE TO: CHESAPEAKE TREASURER

Payment VOID if check not honored by bank.  A $35.00 return check fee is charged on all returned checks.
Pay on or before due date to avoid penalty and interest

**U.S. Post Office postmark on the due date will be acceptable**
A DROP BOX IS PROVIDED IN FRONT OF EACH TREASURER'S OFFICE LOCATION

### Online Payment Options

Please visit www.cityofchesapeake.net/payments to pay your tax bill online by credit card or E-Check.  You can also call
1-888-272-9829. E-check is a free service provided by the City Treasurer.  A convenience fee will be added for all credit card
transactions.

## OFFICE HOURS

| | | | |
|---|---|---|---|
| 306 Cedar Road | Great Bridge | 8:00 AM – 4:55 PM | Monday-Friday |
| 1205 20th Street | South Norfolk | 8:00 AM – 4:55 PM | Monday-Friday |
| 2808 Taylor Road | Western Branch | 8:00 AM – 4:55 PM | Monday-Friday |
| 824 Old Geo Washington Hwy | Deep Creek | 8:00 AM – 4:55 PM | Monday-Friday |
| *HRUBS payments accepted at all locations | | 8:00 AM – 4:45 PM | **Monday-Friday** |

## DUE DATES

### Real Estate Tax

| September 30 | 1st Quarter |
|---|---|
| December 31 | 2nd Quarter |
| March 31 | 3rd Quarter |
| June 5 | 4th Quarter |

### Personal Property Tax

June 5          **Annual Due Date**

The tax due date will be indicated on the
supplemental personal property tax bill for personal
property acquired after the annual billing date.

### Stormwater Fee

| June 5 | 1st Half |
|---|---|
| December 31 | 2nd Half |

### License Fee

A $10 late fee is charged if paid after the due date.
License fees are not prorated.

### Due Dates

If a due date falls on a holiday or weekend, the due
date automatically becomes the next business day.

### Late Payments

Delinquent tax bills are subject to a 10% late
payment penalty and 10% interest per annum.

For more information on Stormwater Fees: visit www.cityofchesapeake.net under the quick links section
select the Stormwater Management link.

Hunting and Fishing licenses now available at all Treasurer's Office locations.
South Norfolk and Western Branch Treasurer's Office locations are Passport Agencies.
Follow us on Twitter: www.twitter.com/chesptreasurer
Treasurer's Office Blog: www.chesptreasurer.blogspot.com
Facebook: www.facebook.com/chesapeaketreasurer
Email: paytax@cityofchesapeake.net
Phone: 757-382-6281

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*      )
                                       )

    Plaintiffs,         )
                                       )    CIVIL ACTION NO.:
v.                          )    7:13-cv-01275-LSC
                                       )

PJ UNITED, INC., *et al.*,    )
                                       )

    Defendants.       )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

    For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

    *1990 Toyota Camry*
    *2004 Chevy Malibu*

2.    For each car, state the following:

    a.    Approximate date of purchase? *Camry 2015    Malibu 04/2016*

    b.    Approximate odometer miles at purchase? *Camry*

    c.    Approximate purchase price? *Camry $1200    Malibu $7,258*

    d.    Current odometer miles? *Camry 198661 (totaled) Malibu 214,015*

    e.    Approximate odometer miles when you sold the car? *Camry @ 198661*

    f.    Approximate sale price? *totaled.*

3.    For each car listed above, what is the name of the owner(s) on the car title?
    *Ryan Brock*

4.    If a finance company required that the car be insured, what was the amount paid for the required insurance? *Malibu 118.00 p/mo*

1

PJ United 902

5.  About how many total miles was each car driven?

    a.  Per year? 24,000

    b.  Per month? 2000

    c.  Per week? 500

6.  What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. 90%

7.  On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? 90 miles

8.  On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? 4 mile

9.  On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.  Per year? $3140

    b.  Per month? $260.00

    c.  Per week? $60.00

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.  Per year? $2,900

    b.  Per month? 270

    c.  Per week? 55

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a.  Per year? $1180

    b.  Per month? $90.00

    c.  Per week? $38

2

PJ United 902

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. _Jiffy Lube , ~~Monar~~ Monroe North Salt Lake._
   _Firestone 980 W. N Temple_

13. Did you have repairs done to any of the cars listed above? _YES_

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
   _Camry fuel pump (water pump = $68.⁰⁰_
   _~~muffler~~ ~~exhaust~~ timing belt._
   _muffler 250⁰⁰ (cv Joint 325_
   _Timing belt 536⁰⁰_

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
   _~~~~ Muffler Man. V&L Auto._
   _Rose Park Auto._

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. _105 for Malibu_
   _86.50 for Camry_

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

   a. Per year? _____

   b. Per month? _____ _Camry $86⁰⁰    Malibu $115.³⁶_

   c. Per week? _____

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? _Since I started driving for PJ_

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

   a. Per year? _____

3

PJ United 902

b. Per month?_____

c. Per week?_____

20. Did your car insurance premium increase solely because you were employed by PJ? If so, by how much?_____ *NO*

21. If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?____ *N/A*

22. If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school._____ *N/A*

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _____ *May 11* _____, 2017.

_Ryan M Brock_
Signature

Print Name and Address:
*Ryan M Brock*

PJ United 902

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*    )
            )
  Plaintiffs,     )
            )  CIVIL ACTION NO.:
v.           )  7:13-cv-01275-LSC
            )
PJ UNITED, INC., *et al.,*   )
            )
  Defendants.    )

### DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

  For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1. State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.  *09 FORD MUSTANG    1ZVHT80NX951225?5*

2. For each car, state the following:

  a. Approximate date of purchase? *6/13/13*

  b. Approximate odometer miles at purchase? *33,615*

  c. Approximate purchase price? *$14,299*

  d. Current odometer miles? *70,000*

  e. Approximate odometer miles when you sold the car? *NA*

  f. Approximate sale price? *NA*

3. For each car listed above, what is the name of the owner(s) on the car title? *OLIN RAY DIRCKS III*

4. If a finance company required that the car be insured, what was the amount paid for the required insurance? _____

1

5.   About how many total miles was each car driven?

   a.   Per year? _NOT EMPLOYED FOR A FULL YEAR_

   b.   Per month? _2000_

   c.   Per week? _500_

6.   What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. _75%_

7.   On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? _80-100_

8.   On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? _10 - 20_

9.   On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

   a.   Per year? _____

   b.   Per month? _$324.71_

   c.   Per week? _$66.18_

10.   On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

   a.   Per year? _____

   b.   Per month? _$264.71_

   c.   Per week? _$66.18_

11.   What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

   a.   Per year? _$556.25_

   b.   Per month? _$46.35_

   c.   Per week? _$11.59_

2

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. MAYS AUTO SERVICE INC  5600  1ST AVE  S  BHAM, AL
TRUSSVILLE TIRE AND SERVICE  3214 EDWARDS LAKE PKWY  BHAM, AL

13. Did you have repairs done to any of the cars listed above? __YES__

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

| BRAKE JOB | 5/15 | $220 |
| TIRES SENSOR | 8/15 | $70 |
| AIRBAG RECALL | 10/15 | $65 |
| WINDSHIELD | 8/15 | $185 |
| REPLACE CLUTCH | 12/15 | $512 |

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
MAYS AUTO SERVICE
TRUSSVILLE TIRE + SERVICE (LATER VULCAN TIRE + AUTOMOTIVE)
AUTOGLASSNOW  2516  3RD AVE S  BIRMINGHAM, AL

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. $166

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years? Do not include amounts paid by someone other than you.

a. Per year? $1030

b. Per month? $85.83

c. Per week? $19.81

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? 4 YEARS

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

a. Per year? $1030

3

b.   Per month? $85.83

c.   Per week? $19.81

20.   Did your car insurance premium increase solely because you were employed by PJ? If so, by how much? No

21.   If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?

22.   If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _____ 7/10 _____, 2017.

_____
Signature

Print Name and Address:
STEVEN RAY BROOKS

4