FILED
2018 Jan-12  AM 11:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 4

## DEFENDANTS' INITIAL SUMMARY JUDGMENT SUBMISSION

## JAMES SULLIVAN V. PJ UNITED, INC., *ET AL.*
## CASE#: 7:13-CV-01275

## INDEX

**Page Number**

Discovery Response of Karen Chenault . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1 - 4

Discovery Response of Harold Chitwood . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5 - 8

Discovery Response of George Clarke . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9 - 12

Discovery Response of John Cleaton. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13 - 16

Discovery Response of Kimberly Clingan. . . . . . . . . . . . . . . . . . . . . . . . . . . 17 - 20

Discovery Response of Jerrail Coates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21 - 24

Discovery Response of Katherine Coker. . . . . . . . . . . . . . . . . . . . . . . . . . . . 25 - 28

Discovery Response of Trey Coley . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29 - 32

Discovery Response of Melissa Courtney-Johnson. . . . . . . . . . . . . . . . . . . . 33 - 36

Discovery Response of Lewis Cox . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37 - 40

Discovery Response of Bryan Crawford . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41 - 44

Discovery Response of Ladaronna Crews . . . . . . . . . . . . . . . . . . . . . . . . . . . 45 - 48

Discovery Response of William Cullifer. . . . . . . . . . . . . . . . . . . . . . . . . . . . 49 - 52

Discovery Response of Brad Cundick . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53 - 56

# EXHIBIT 4

**DEFENDANTS' INITIAL SUMMARY JUDGMENT SUBMISSION**

**JAMES SULLIVAN V. PJ UNITED, INC., *ET AL*.**
**CASE#: 7:13-CV-01275**

**INDEX**

<u>**Page Number**</u>

Discovery Response of Antonio Curry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57 - 60

Discovery Response of Kara Curtis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61 - 64

Discovery Response of Veron Daley . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65 - 68

Discovery Response of John Dartez . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69 - 72

Discovery Response of Donald Davidson . . . . . . . . . . . . . . . . . . . . . . . . . . . 73 - 76

Discovery Response of Jeff Davidson . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77 - 80

Discovery Response of David Davies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 81 - 84

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.* )
)
    Plaintiffs, )
) CIVIL ACTION NO.:
v. ) 7:13-cv-01275-LSC
)
PJ UNITED, INC., *et al.*, )
)
    Defendants. )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

    For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

**2006 Nissan Sentra**

2.    For each car, state the following:

    a.    Approximate date of purchase? **December, 2014**

    b.    Approximate odometer miles at purchase? **Cannot recall**

    c.    Approximate purchase price? **$10,000**

    d.    Current odometer miles? **Not applicable, no longer owned**

    e.    Approximate odometer miles when you sold the car? **Cannot recall**

    f.    Approximate sale price? **Not applicable, repossessed**

3.    For each car listed above, what is the name of the owner(s) on the car title?

**Karen Chenault**

4.    If a finance company required that the car be insured, what was the amount paid for the required insurance?

**$175/month**

5. About how many total miles was each car driven?

    a.    Per year? **Cannot recall**

    b.    Per month? **Cannot recall**

    c.    Per week? **Cannot recall**

6. What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ.

**80%**

7. On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?

**70**

8. On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?

**15**

9. On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.    Per year? **Cannot recall**

    b.    Per month? **Cannot recall**

    c.    Per week? **Cannot recall**

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.    Per year? **Cannot recall**

    b.    Per month? **Cannot recall**

    c.    Per week? **Cannot recall**

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a.      Per year? **$300**

    b.      Per month? **$25**

    c.      Per week? **$6.25**

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.

**Merchants in Colonial Heights, VA**

13. Did you have repairs done to any of the cars listed above?

<strong>Yes</strong>

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

**Tire replacement on numerous occasions at $30 for used tires and $100 for new tires**
**Brakes and rotors replaced in 2015 - $800, at Merchants in Colonial Heights, VA**

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

**Merchants in Colonial Heights, VA**
**S and S tires, Petersburg VA**

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you.

<strong>$70</strong>

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years? Do not include amounts paid by someone other than you.

    a.      Per year? **Not applicable, paid in cash**

    b.      Per month? _____

    c.      Per week?_____

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?

**From 2014 to March 2016**

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you,

   a.  Per year? **Cannot recall**

   b.  Per month? _____

   c.  Per week?_____

20. Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much?

**No**

21. If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?

**Temp job from February to May of 2015 at GDIT 701, Liberty Way, Chester VA 23834**

22. If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.

**No**

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _____, 2017.

_____
Signature

Print Name and Address:
Karen Chenault

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*          )
                                  )
    Plaintiffs,                   )
                                  )        CIVIL ACTION NO.:
v.                                )        7:13-cv-01275-LSC
                                  )
PJ UNITED, INC., *et al.*,        )
                                  )
    Defendants.                   )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.   State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
     2004 or 2005 Ford Taurus

2.   For each car, state the following:

     a.   Approximate date of purchase? 2006

     b.   Approximate odometer miles at purchase? Does not recall.

     c.   Approximate purchase price? Does not recall.

     d.   Current odometer miles? No longer owns.

     e.   Approximate odometer miles when you sold the car? Does not recall.

     f.   Approximate sale price? Does not recall. Car was traded-in.

3.   For each car listed above, what is the name of the owner(s) on the car title?
     Harold Chitwood.

4.   If a finance company required that the car be insured, what was the amount paid for the required insurance? Appx. $200/month for full coverage.

1

5.   About how many total miles was each car driven?

    a.   Per year? Does not recall.

    b.   Per month? Does not recall.

    c.   Per week? 200-250 miles

6.   What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. Appx. 70%

7.   On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? 40-50 miles per day.

8.   On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? Very few. Appx. 10 miles.

9.   On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.   Per year? Does not recall.

    h.   Per month? Appx. $200.00

    c.   Per week? Appx. $50.00

10.  On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.   Per year? Does not recall.

    b.   Per month? Appx. $200.00

    c.   Per week? Appx. $50.00

11.  What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a.   Per year? Does not recall.

    b.   Per month? Does not recall.

    c.   Per week? Does not recall.

2

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. Changed the oil himself.

13. Did you have repairs done to any of the cars listed above? No.

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. $150 - $200 per year.

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years? Do not include amounts paid by someone other than you.

   a. Per year? $2,400.00+ for full coverage

   b. Per month? $200+ for full coverage

   c. Per week? $50+ for full coverage

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? He has always had full coverage.

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

   a. Per year? $2,400.00+ for full coverage

3

b.    Per month? $200+ for full coverage _____

c.    Per week? $50+ for full coverage _____

20.   Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much? No. _____

21.   If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?_____
      No.

22.   If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school._____
      No.

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _____7-3-17_____, 2017.

_Harold Chitwood_
Signature

Print Name and Address:
Harold Chitwood

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*   )
          )
  Plaintiffs,    )
          )   CIVIL ACTION NO.:
v.         )   7:13-cv-01275-LSC
          )
PJ UNITED, INC., *et al.*,  )
          )
  Defendants.   )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1. State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

  2012 Chrysler 200

2. For each car, state the following:

  a. Approximate date of purchase?  July 2013

  b. Approximate odometer miles at purchase? 4,000

  c. Approximate purchase price?  $21,000.00

  d. Current odometer miles?  108,200

  e. Approximate odometer miles when you sold the car? Still owns this vehicle

3. For each car listed above, what is the name of the owner(s) on the car title? George Clarke

4. If a finance company required that the car be insured, what was the amount paid for the required insurance? Full coverage $160.00 per month

5. About how many total miles was each car driven?

  a. Per year?  36,000 miles

Sullivan v. PJ United, et al. 7:13-cv-01275
Exhibit 4, page 009

    b.    Per month?   3,000 miles

    c.    Per week?    692 miles

6.    What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ.   50%

7.    On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? 60 miles minimum

8.    On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?    60 miles

9.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.    Per year?    $3,900.00

    b.    Per month?   **$325.00**

    c.    Per week?   Approximately $75.00 per week

10.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.    Per year?    $1950.00

    b.    Per month?   $162.50

    c.    Per week?    $37.50

11.    What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

    a.    Per year?    $420.00

    b.    Per month?   $35.00

    c.    Per week?    $8.00

12.    For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.

Walmart

13.   Did you have repairs done to any of the cars listed above?

No.

14.   If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

n/a

15.   State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

**n/a**

16.   If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you.

$100.00 per year

17.   If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

a.   Per year?   n/a

b.   Per month?   n/a

c.   Per week?   n/a

18.   If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?  4 years

19.   If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

a.   Per year?   $1,920.00

b.   Per month?   $160.00

c.   Per week?   $37.00

20.    Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much?    No.

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?

      Yes, United Rentals; he worked there 5 days a week.

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.

No.

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _June 22_____, 2017.

_George Clarke_____
Signature

Print Name and Address:
George **Clarke**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*      )
      )
      Plaintiffs,      )
      )      **CIVIL ACTION NO.:**
v.      )      **7:13-cv-01275-LSC**
      )
PJ UNITED, INC., *et al.*,      )
      )
      Defendants.      )

<u>DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS</u>

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
    '02 Honda Civic – delivered 2010-12
    John Cleaton III

2.    For each car, state the following:

    a.    Approximate date of purchase?
    Late '09

    b.    Approximate odometer miles at purchase?
    112,000

    c.    Approximate purchase price?
    About 7,000.00

    d.    Current odometer miles?

    e.    Approximate odometer miles when you sold the car?
        Sold in 2012 around 202,000

3.    For each car listed above, what is the name of the owner(s) on the car title?
    He was

4.     If a finance company required that the car be insured, what was the amount paid for the required insurance? Financed, full coverage even after paying it off.

5.     About how many total miles was each car driven?

    a.     Per year? 35,000

    b.     Per month?

    c.     Per week?

6.     What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ.
50% when he had it so roughly 20/25% total.

7.     On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?
At least 80

8.     On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?
30-40

9.     On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.     Per year?

    b.     Per month?

    c.     Per week? 100$

10.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.     Per year?

    b.     Per month?

    c.     Per week? 50/60

11.    What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

    a.     Per year? Oil 360$, tires 360$,

b.    Per month?

c.    Per week?

12.    For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.
    Self changed oil
    Tires at Sears Automotive, Chesterfield, VA

13.    Did you have repairs done to any of the cars listed above?
    Yes

14.    If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
    Head gasket, timing belt, water pump  1,400$
    All at Wallace Automotive chesterfield, VA - 2011

15.    State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

16.    If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car?  Do not include amounts paid by someone other than you.
    40$ a year for registration

17.    If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?   Do not include amounts paid by someone other than you.

a.    Per year?

b.    Per month?    65/70$ x 6 x 12

c.    Per week?

18.    If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?
    8 years

19.    If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

     a.     Per year?

     b.     Per month?

     c.     Per week?

20.    Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much?

     NO

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?

NO

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.·

     Briefly during late '09 -11 full time. J Sergeant Reynolds Community College, Richmond, VA

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____ JUNE 26 _____, 2017.

_____
Signature

Print Name and Address:

John Cleaton III

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*          )
                                  )
    Plaintiffs,                )
                                  )    CIVIL ACTION NO.:
v.                                )    7:13-cv-01275-LSC
                                  )
PJ UNITED, INC., *et al.*,        )
                                  )
    Defendants.                )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
2008 Honda Accord    99-04  07-11    2012-13  but not confident.
05 Hyundai Tucson

2.    For each car, state the following:

    a.    Approximate date of purchase?
2010
2007

    b.    Approximate odometer miles at purchase?
67,000
19,000

    c.    Approximate purchase price?
20,000 ish
18,000 ish

    d.    Current odometer miles?
Accord – 148,000

    e.    Approximate odometer miles when you sold the car?
    260,000 scrapped in 2016

3.    For each car listed above, what is the name of the owner(s) on the car title?
She is/was

4.    If a finance company required that the car be insured, what was the amount paid for the required insurance?
Yes – full coverage      45ish for each roughly but unsure

5.    About how many total miles was each car driven?

   a.    Per year?

   b.    Per month?

   c.    Per week?

6.    What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ.
      Accord – 60%
      Tucson – 80-90

7,    On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?
      100 miles +

8.    On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?
5

9.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

   a.    Per year?

   b.    Per month?

   c.    Per week?      110

10.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

   a.    Per year?

   b.    Per month?

   c.    Per week?      100

11.   What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

     a.   Per year?  oil, tires,            1000

     b.   Per month?

     c.   Per week?

12.   For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.
     Jiffy Express, Jasper, AL

13.   Did you have repairs done to any of the cars listed above?
     1600   fuel pump for Tucson – Honda dealer in Jasper, AL

14.   If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

15.   State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

16.   If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car?  Do not include amounts paid by someone other than you.

$61.28 per year

17.   If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

     a.   Per year?

     b.   Per month?

     c.   Per week?

18.     If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?

19.     If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

     a.     Per year?

     b.     Per month?  45 each vehicle per month

     c.     Per week?

20.     Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much?

21.     If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?
NO

22.     If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.
     Yes, in 2009-10 full time.

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _____ July  6th _____, 2017.

_Kimberly Clingan_
Signature

Print Name and Address:

Kimberly Clingan

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JAMES SULLIVAN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO.: |
| v. | ) | 7:13-cv-01275-LSC |
| | ) | |
| PJ UNITED, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.   State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

     *Caddilac , Deville  2005*

2.   For each car, state the following:

     a.   Approximate date of purchase?  *I don't remember*

     b.   Approximate odometer miles at purchase?  *I don't remember*

     c.   Approximate purchase price?  *I don't remember*

     d.   Current odometer miles?  *no longer have the vehicle*

     e.   Approximate odometer miles when you sold the car?  *I don't know*

     f.   Approximate sale price?  *I don't remeber*

3.   For each car listed above, what is the name of the owner(s) on the car title?
     *Gregory Sullivan*

4.   If a finance company required that the car be insured, what was the amount paid for the required insurance?  *$300*

1

PJ United 1449

5. About how many total miles was each car driven?

   a. Per year? _I don't know_

   b. Per month? _I don't Know_

   c. Per week? _I don't Know_

6. What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. _I really don't know it was alot because the deliveries was far_

7. On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? _80-100_

8. On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? _I really don't know this was so many years ago_

9. On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

   a. Per year? _alot_ _the money made had to be put in the gas tank_

   b. Per month? _alot_

   c. Per week? _alot_

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

   a. Per year? _alot_

   b. Per month? _alot_

   c. Per week? _alot_

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

   a. Per year? _600_

   b. Per month? 

   c. Per week? 

2

PJ United 1449

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. _I don't know_

13. Did you have repairs done to any of the cars listed above? _Yes_

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair. _tires, alter nator, 2 batteries, Starter, and replace fix e it._

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ. _replaced myself just bought the parts_

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. _N / A_

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years? Do not include amounts paid by someone other than you.

   a. Per year? _N / A_

   b. Per month? _N / A_

   c. Per week? _N / A_

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? _Full coverage_

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

   a. Per year? _$ 3,600_

3

PJ United 1449

b.   Per month? $300

c.   Per week?

20.   Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much?  I dont think so

21.   If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?
no

22.   If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.  no

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on ___June 26___, 2017.

_Signature_

Print Address:
Jerrail Coates

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*    )
                            )
    Plaintiffs,             )
                            )    CIVIL ACTION NO.:
v.                          )    7:13-cv-01275-LSC
                            )
PJ UNITED, INC., *et al.,*  )
                            )
    Defendants.             )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.   State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

     2007 KIA SPORTAGE    KNDSF724577434542

2.   For each car, state the following:

     a.   Approximate date of purchase?    July 2007

     b.   Approximate odometer miles at purchase?    79 miles

     c.   Approximate purchase price?    16,000

     d.   Current odometer miles?    238684

     e.   Approximate odometer miles when you sold the car?

     f.   Approximate sale price?

3.   For each car listed above, what is the name of the owner(s) on the car title?
     Katherine Coker

4.   If a finance company required that the car be insured, what was the amount paid for the required insurance?    #125 a month

1

PJ United 1464

5.    About how many total miles was each car driven?

    a.    Per year?        I DON'T KNOW

    b.    Per month?    I DON'T KNOW

    c.    Per week?        I DON'T KNOW

6.    What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. I DON'T KNOW

7.    On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?    I DON'T KNOW

8.    On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?    I DON'T KNOW

9.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.    Per year?        I DON'T Remember

    b.    Per month?    I DON'T Remember

    c.    Per week?        I DON'T Remember

10.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.    Per year?        I DON'T Remember

    b.    Per month?    I Don't Remember

    c.    Per week?        I Don't Remember

11.    What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a.    Per year?    $300        $1000 only an estimate

    b.    Per month?    I Don't Know    $000

    c.    Per week?    I Don't Know

2

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. _Triple T  51 By Pass Dyersburg TN_ _Walmart  Lake Rd  Dyersburg TN    Speed Lube  51 By Pass Dyersbu_

13. Did you have repairs done to any of the cars listed above? _NO_

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
    _I  Don'T Remember_

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
    _I  Don'T Remember_

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. _$84_

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

    a. Per year? _I  Don'T Remember_

    b. Per mouth? _I  Don'T Remember_

    c. Per week? _I  Don'T Remember_

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

    a. Per year?

3

b.   Per month?_____

c.   Per week?_____

20.   Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much?_____ yes  $30   estimate_____

21.   If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?___ NO ____
_____

22.   If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school._____ NO _____
_____

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on ___May  10_____, 2017.

_Katherine  Coker_____
Signature

Print Name and Address:
___ Katherine  L  Coker___
█████████████████████

PJ United 1464

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES SULLIVAN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO.: |
| v. | ) | 7:13-cv-01275-LSC |
| | ) | |
| PJ UNITED, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.     State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

       2002 Honda Accord

2.     For each car, state the following:

       a.     Approximate date of purchase?      About 6 years ago

       b.     Approximate odometer miles at purchase?   100,000 miles

       c.     Approximate purchase price?      $5,500

       d.     Current odometer miles?      No longer owns the vehicle

       e.     Approximate odometer miles when you sold the car?      175,000

3.     For each car listed above, what is the name of the owner(s) on the car title? EwuVonka Flournoy, his mother.

4.     If a finance company required that the car be insured, what was the amount paid for the required insurance?   It was paid in full.

5.     About how many total miles was each car driven?

      a.     Per year?     37,500 miles

      b.     Per month?     3125 miles

      c.     Per week?     720 miles

6.    What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ.  75%

7.    On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?  It fluctuated from day to day. He worked at two different stores at the same time.

8.    On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?  Less than 15 miles a day.

9.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

      a.     Per year?     $3,900.00

      b.     Per month?     **$325.00**

      c.     Per week?     $75.00

10.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

      a.     Per year?     $2,925.00

      b.     Per month?     $244.00

      c.     Per week?     $56.00

11.    What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

      a.     Per year?     $1,200.00

      b.     Per month?     $100.00

      c.     Per week?     $23.00

12.     For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.

    · K&M Muffler

13.     Did you have repairs done to any of the cars listed above?

    No.

14.     If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

    **n/a**

15.     State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

    **n/a**

16.     If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you.

    $200 a year

17.     If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?   Do not include amounts paid by someone other than you.

    a.      Per year? $1,780.00 for tow and vehicle repair when he went into a ditch one time.

    b.      Per month? n/a

    c.      Per week? n/a

18.     If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?  6 years

19.     If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

    a.      Per year?     $1,800.00

    b.      Per month?   $150.00

c.   Per week?   $35.00

20.   . Did your car insurance premium increase solely because you were employed by PJ? If so, by how much?. Yes, but he can't recall the amount.

21.   If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?

No.

22.   If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.

Yes, high school.

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on ___June , 23_____, 2017.

_____Trey Coley_____
Signature

Print Name and Address:
Trey Coley

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

JAMES SULLIVAN, *et al.*          )
                                  )
    Plaintiffs,            )
                                  )          **CIVIL ACTION NO.:**
v.                                )          **7:13-cv-01275-LSC**
                                  )
PJ UNITED, INC., *et al.*,        )
                                  )
    Defendants.            )

### DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.  State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles. 2010 Toyota highlander 5TDKK3EH1AS010053 2014 Toyota Corolla 5YFBURHESFP035454

2.  For each car, state the following:

    a.  Approximate date of purchase? I don't remember

    b.  Approximate odometer miles at purchase? 0

    c.  Approximate purchase price? I don't remember

    d.  Current odometer miles? I don't remember

    e.  Approximate odometer miles when you sold the car? I don't remember / totaled

    f.  Approximate sale price? I don't remember

3.  For each car listed above, what is the name of the owner(s) on the car title? Oscar Johnson

4.  If a finance company required that the car be insured, what was the amount paid for the required insurance? I don't remember

1

PJ United 1601

5.  About how many total miles was each car driven?

    a.   Per year? *I don't remember*

    b.   Per month? *I don't remember*

    c.   Per week? *I don't remember*

6.  What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ. *I don't remember*

7.  On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? *I don't remember*

8.  On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? *I don't remember*

9.  On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.   Per year? *I don't remember*

    b.   Per month? *I don't remember*

    c.   Per week? *I don't remember*

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.   Per year? *I don't remember*

    b.   Per month? *I don't remember*

    c.   Per week? *I don't remember*

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

    a.   Per year? *I don't remember*

    b.   Per month? *I don't remember*

    c.   Per week? *I don't remember*

2

PJ United 1601

12.    For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. *Price leblanc toyota 13750 Airline hwy baton rouge, LA 70819*

13.    Did you have repairs done to any of the cars listed above? *Yes*

14.    If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
*I don't remember*

15.    State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
*I don't remember Price leblanc toyota 13250 Airline hwy baton rouge, LA 70817*

16.    If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. *I don't remember*

17.    If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

       a.    Per year? *I don't remember*

       b.    Per month? *I don't remember*

       c.    Per week? *I don't remember*

18.    If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? *I don't remember*

19.    If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

       a.    Per year? *I don't remember*

3

PJ United 1601

b.    Per month? *I don't remember*

c.    Per week? *I don't remember*

20.    Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much? *NO*

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? *NO*

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. *NO*

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _*May 4*_, 2017.

_____
Signature

Print Name and Address:

PJ United 1601

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*          )
                                  )
    Plaintiffs,              )
                                  )          CIVIL ACTION NO.:
v.                                )          7:13-cv-01275-LSC
                                  )
PJ UNITED, INC., *et al.*,        )
                                  )
    Defendants.              )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

    *2007 NISSAN ALTIMA*

2.    For each car, state the following:

    a.    Approximate date of purchase? *04/15/2012*

    b.    Approximate odometer miles at purchase? *65,000*

    c.    Approximate purchase price? *$13,700*

    d.    Current odometer miles? *CAR TOTALED (ACCIDENT)*

    e.    Approximate odometer miles when you sold the car? *N/A* *05/12/2015*

    f.    Approximate sale price? *N/A*

3.    For each car listed above, what is the name of the owner(s) on the car title?

    *CAR TOTALED*

4.    If a finance company required that the car be insured, what was the amount paid for the required insurance? *N/A*

1

PJ United 1624

5.   About how many total miles was each car driven?

   a.   Per year?   _N/A_

   b.   Per month?

   c.   Per week?

6.   What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ.   _20 %_

7.   On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?   _110 mi_

8.   On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?   _15_

9.   On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

   a.   Per year?   _UNSURE_

   b.   Per month?

   c.   Per week?

10.  On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

   a.   Per year?

   b.   Per month?

   c.   Per week?   _75 wk_

11.  What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

   a.   Per year?   _UNSURE_

   b.   Per month?

   c.   Per week?

2

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. *ALL TUNE & LUBE DUMBARTON RD, RICMOND VA.*

13. Did you have repairs done to any of the cars listed above? *NO*

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

    *NO REPAIRS*

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

    *NONE*

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. *N/A*

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

    a. Per year?
    b. Per month?     *N/A*
    c. Per week?

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? *3 YEARS*

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

    a. Per year? *$695⁰⁰*

3

PJ United 1624

b.    Per month?_____

c.    Per week?_____

20.    Did your car insurance premium increase solely because you were employed by PJ? If so, by how much? _____ *NO*

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? _____ *N/A*

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. _____ *N/A*

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _06/01/2017_, 2017.

_Lewis A. Cox_
Signature

Print Name and Address:
*LEWIS A. COX TX*

4

PJ United 1624

*BRYAN CRAWFORD*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| JAMES SULLIVAN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO.: |
| v. | ) | 7:13-cv-01275-LSC |
| | ) | |
| PJ UNITED, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.   State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.   *2004  PONTIAC VIBE*

2.   For each car, state the following:

   a.   Approximate date of purchase?   *DEC. 2011*

   b.   Approximate odometer miles at purchase?   *168,000*

   c.   Approximate purchase price?   *$3,600.00*

   d.   Current odometer miles?   *N/A  NO LONGER HAS CAR*

   e.   Approximate odometer miles when you sold the car?   *178,000*

   f.   Approximate sale price?   *$300.00*

3.   For each car listed above, what is the name of the owner(s) on the car title?   *BRYAN CRAWFORD*

4.   If a finance company required that the car be insured, what was the amount paid for the required insurance?   *$63.00 A MONTH*

1

5.  About how many total miles was each car driven?

    a.  Per year?  _9,600_

    b.  Per month?  _750_

    c.  Per week?  _173_

6.  What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ.  _40-50 %_

7.  On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?  ~~(approx)~~  _60-120_

8.  On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?  _10-20_

9.  On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.  Per year?  _$1,200.00_

    b.  Per month?  _$160.00_

    c.  Per week?  _$25.00_

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.  Per year?  _$1,200.00_

    b.  Per month?  _$100.00_

    c.  Per week?  _$25.00_

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a.  Per year?  _$70.00_

    b.  Per month?  _$5.00_

    c.  Per week?  _$1.25_

2

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.   CHANGED IT HIMSELF

13. Did you have repairs done to any of the cars listed above?   YES

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
    TIRES   $120.00

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
    DOES NOT RECALL

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you.   $ 71.00

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

    a.   Per year?   $ 756.00

    b.   Per month?   $ 63.00

    c.   Per week?   $ 15.75

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?   11 MONTHS

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

    a.   Per year?   $ 756.00

3

b.   Per month?   $63.00

c.   Per week?   $16.15

20.   Did your car insurance premium increase solely because you were employed by PJ? If so, by how much?   NO

21.   If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?
WINN-DIXIE   APRIL 2011 - MARCH 2012   2 DAYS

22.   If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.   NO

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on July 24, 2017.

Signature

Print Name and Address:
Bryan Crawford

Note:
I have a new address.

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES SULLIVAN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO.: |
| | ) | 7:13-cv-01275-LSC |
| v. | ) | |
| | ) | |
| PJ UNITED, INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.      State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
Chevy Impala 2003                  Delivered in 2014

2.      For each car, state the following:

      a.      Approximate date of purchase?
2009

      b.      Approximate odometer miles at purchase?
unsure

      c.      Approximate purchase price?
5,000

      d.      Current odometer miles?
123,000

      e.      Approximate odometer miles when you sold the car?

3.      For each car listed above, what is the name of the owner(s) on the car title?
She is

4.      If a finance company required that the car be insured, what was the amount paid for the required insurance?

5.      About how many total miles was each car driven?

    a.      Per year? before she moved to New York, about 50,000

    b.      Per month?

    c.      Per week?

6.      What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ.
    2.5-3.5%

7.      On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?
    300

8.      On days that you did not work for PJ, what is the approximate number of miles you drove each day?
5-10

9.      On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.      Per year?

    b.      Per month?

    c.      Per week? 80

10.     On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.      Per year?

    b.      Per month?

    c.      Per week? 50

11.     What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

    a.    Per year? unsure

    b.    Per month?

    c.    Per week?

12.    For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.
    Walmart in Monroe, LA

13.    Did you have repairs done to any of the cars listed above?

14.    If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
    no

15.    State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

16.    If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car?  Do not include amounts paid by someone other than you.
    NO

17.    If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

    a.    Per year?

    b.    Per month?

    c.    Per week?

18.    If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?

19.    If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

    a.    Per year?

b.   Per month?  200$ x 6 x 12

c.   Per week?

20.   Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much? unsure

21.   If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?
NO

22.   If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.
NO

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _July 10, 2017_____, 2017.

_~Ledarrona Crews (signature)~_
Signature

Print Name and Address:

Ledarrona Crews

███████████

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*        )
                               )
        Plaintiffs,            )
                               )        CIVIL ACTION NO.:
v.                             )        7:13-cv-01275-LSC
                               )
PJ UNITED, INC., *et al.*,     )
                               )
        Defendants.            )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.      State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
 Unsure before but Dodge Neon unsure of year - '08 Mitsubishi Lancer - Delivered for Papa Johns since about 2007.

2.      For each car, state the following:

        a.      Approximate date of purchase? Unsure – 2007 – December 2016

        b.      Approximate odometer miles at purchase?  Unsure – brand new - new

        c.      Approximate purchase price? 18,000 - 18,000 – 18,000

        d.      Current odometer miles? -     - 9,000

        e.      Approximate odometer miles when you sold the car?
                Traded in 2007 around 180,000 - traded in for newest in 2016 around 172,000 -
3.      For each car listed above, what is the name of the owner(s) on the car title?
He was

4.      If a finance company required that the car be insured, what was the amount paid for the required insurance?  Financed – full coverage. Always carried it.

5.      About how many total miles was each car driven?

    a.     Per year? 20,000

    b.     Per month?

    c.     Per week?

6.     What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ.
     90%

7.     On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?
     70-100

8.     On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?
5-10

9.     On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.     Per year?

    b.     Per month?

    c.     Per week? 80$

10.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.     Per year?

    b.     Per month?

    c.     Per week? 75$

11.    What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

    a.     Per year? Oil, tires, brakes, 1,200$

    b.     Per month?

    c.     Per week?

12.     For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.
        Firestone, Birmingham, AL   oil, tires and brakes

13.     Did you have repairs done to any of the cars listed above?
        Yes

14.     If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
        08 Lancer – two compressors, radiator, cylinder work, muffler – 10/12,000 plus.
        Compressor, Firestone. Unsure of years for repairs
        Muffler, Autozone, Birmingham, AL for parts, local mechanic did labor
        Radiator and cylinder work - Tapco, Birmingham, AL

15.     State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

16.     If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you.
        200/300 initially for tags, then recedes down to 80ish a year 80 x 9 = 720 +2/300 = 920/1020 total.

17.     If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

        a.      Per year?

        b.      Per month? 90$ x6 x12 = $6,480

        c.      Per week?

18.     If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?
        All his life.
19.     If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

        a.      Per year?

    b.    Per month? unsure

    c.    Per week?

20.    Did your car insurance premium increase solely because you were employed by PJ? If so, by how much?

    No

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?

NO – PJ was around 2008

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.

    NO

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____ JUNE 27, _____, 2017.


_William Cullifer_____
Signature

Print Name and Address:

William Cullifer

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*  )
          )
  Plaintiffs,     )
          )  **CIVIL ACTION NO.:**
**v.**         )  **7:13-cv-01275-LSC**
          )
PJ UNITED, INC., *et al.*,  )
          )
  Defendants.    )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1. State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

  Saturn · SC1 - 1999
  1G8ZN1281XZ309011

2. For each car, state the following:

  a. Approximate date of purchase?  July 1999

  b. Approximate odometer miles at purchase?  200

  c. Approximate purchase price?  16 999

  d. Current odometer miles?  204337

  e. Approximate odometer miles when you sold the car?  N/A

  f. Approximate sale price?  N/A

3. For each car listed above, what is the name of the owner(s) on the car title?
  Brad Cundick

4. If a finance company required that the car be insured, what was the amount paid for the required insurance?  N/A

1

PJ United 1704

5.    About how many total miles was each car driven?

    a.   Per year? Don't Know

    b.   Per month? 2000

    c.   Per week? 500

6.    What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. 24000

7.    On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? 125 miles

8.    On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? 5 miles

9.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.   Per year? 2000,00

    b.   Per month? 160,00

    c.   Per week? 40,00

10.   On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.   Per year? 1920.00

    b.   Per month? 155 00

    c.   Per week? 38.00

11.   What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a.   Per year? 1200.00

    b.   Per month? 100.00

    c.   Per week? 25.00

2

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. _Jiffy Lube  SLC UT_

13. Did you have repairs done to any of the cars listed above? _Yes_

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

_Gear shift linkage_
_60.00_
_June 2014_

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

_Tims Gas Station  SLC_

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. _85.00_

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years? Do not include amounts paid by someone other than you.

a. Per year? _N/A_

b. Per month? _N/A_

c. Per week? _N/A_

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? _18 years_

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

a. Per year? _600.00_

3

PJ United 1704

b.  Per month? _N/A_

c.  Per week? _N/A_

20. Did your car insurance premium increase solely because you were employed by PJ? If so, by how much? _NO_

21. If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? _N/A_

22. If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. _N/A_

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _5/14_____, 2017.

_[signature]_
Signature

Print Name and Address:
_Brad Cundick_

PJ United 1704                                         4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES SULLIVAN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO.: |
| v. | ) | 7:13-cv-01275-LSC |
| | ) | |
| PJ UNITED, INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.   State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
      **2000 Mercury Grand Marquis**

2.   For each car, state the following:

a.   Approximate date of purchase?  **April 19, 2012**

b.   Approximate odometer miles at purchase?  **130,000**

c.   Approximate purchase price?  **3,200.00**

d.   Current odometer miles?  **229,000**

e.   Approximate odometer miles when you sold the car?  Still owns it

3.   For each car listed above, what is the name of the owner(s) on the car title?  **He was/is**

4.   If a finance company required that the car be insured, what was the amount paid for the required insurance?  **120ish a month**

5.   About how many total miles was each car driven?

a.   Per year?  **Unsure but has oil receipts**

b.   Per month?  Unsure

       c.    Per week?   Unsure

6.    What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ.  **Roughly 50%**

7.    On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? **roughly 50 miles**

8.    On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?  **20 miles a day**

9.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

       a.    Per year? **Varied, unknown**

       b.    Per month? **Varied, unknown**

       c.    Per week? **80$ a week.**

10.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

       a.    Per year? **Varied, unknown**

       b.    Per month? **Varied, unknown**

       c.    Per week? **35 or 40$** *20 dollars a day*

11.    What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

       a.    Per year? **NA**

       b.    Per month? **he delivered about 3 months and spent 230ish.**

       c.    Per week? **Varied, unknown**

12.    For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. **Firestone, 3110 Concordia St. Monroe Louisiana 71201**

13.    Did you have repairs done to any of the cars listed above?  **yes**

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair. **No business entity just a personal mechanic I guess.**

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
    **above**

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you.  NO

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

    a. Per year? _____ No _____

    b. Per month? **No**

    c. Per week? ___ No _____

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? **Since purchase – 5ish years** *full coverage*

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

    a. Per year? _____

    b. Per month? **unsure** *120 a month*

    c. Per week? _____ 120ish _____

20. Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much? **No increase**

21. If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? **no**

22. If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. **Delta Community College, Monroe, Louisiana**

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _June 22_____, 2017.

_Antonio Curry_____
Signature

Print Name and Address:
**Antonio Curry**
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*                )
                                        )
        Plaintiffs,                     )
                                        )        CIVIL ACTION NO.:
v.                                      )        7:13-cv-01275-LSC
                                        )
PJ UNITED, INC., *et al.*,              )
                                        )
        Defendants.                     )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

        For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana,
Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively
as PJ.

1.      State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if
        you know it, please state the VIN ("Vehicle Identification Number") of each of those
        vehicles.
        _1992 Nissan Sentra  1994 Nisan Sentra  1995 Nissan Sentra,_
        _2006 Chevy     2000 Chevy Cavalier ,1998 Kia_

2.      For each car, state the following:
        a.      Approximate date of purchase? (92-2005) (94-2008) (95-2010) (98-2012)
                (2006 - 2014) (2000 - 2010)
        b.      Approximate odometer miles at purchase? (92-1800u) (94-100u) (95-100,000)
                (98-90,000) (2006-90,000) (2000-130,000)
        c.      Approximate purchase price? (92-2005 $ $2000) (94-1500) (95-1000)
                (98-$4000) (2006-10,000) (92,000-$2500)
        d.      Current odometer miles? _174,789 - car I own now 2006 chevy_
        e.      Approximate odometer miles when you sold the car? (92-210,000) (94-100,000) (95,200,000)
                (98-150,000) (2006-156,000)
        f.      Approximate sale price? (92-$150) (94-$200) (95-$200) (98-trade in)
                (2006-returned) (2000-still driving)

3.      For each car listed above, what is the name of the owner(s) on the car title?
        _Kara Lyn Curtis_

4.      If a finance company required that the car be insured, what was the amount paid for the
        required insurance? _PGU/No for 2006 chevy_

1

5. About how many total miles was each car driven?

    a. Per year? 216,000

    b. Per month? 1800

    c. Per week? 600 miles

6. What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. 80%

7. On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? 100

8. On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? 30

9. On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a. Per year? 7800

    b. Per month? 600

    c. Per week? 150

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a. Per year? ~~4,800~~ 5200

    b. Per month? 400

    c. Per week? 100

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a. Per year? ~~800~~ 2400

    b. Per month? ~~200~~ 200

    c. Per week? ~~75~~ 50

2

12.  For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. _Jiffy Lube 1028 draper pkwy_ _Jiffy Lube - 991 state st . orem_

13.  Did you have repairs done to any of the cars listed above? _Yes_

14.  If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
_Tires on all cars approx. - $2000, fuel pump $600 2008_
_clutch $600 2010 muffler $200 2013 radiator $800 2012_
_thermostats on two cars $500 2017_

15.  State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
_Firestone - 985 state st, orem Ut. 84057_
_Big O tires. 8835 s 700 E. sandy Ut. 84070_
_Master Muffler - 6790 state st. Murray Ut. 84107_
_firestone. 263 E. 12300 s Draper, Ut. 84020_

16.  If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. _$1200_

17.  If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

     a.  Per year?_____

     b.  Per month?_____

     c.  Per week?_____

18.  If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?_ 20 years_____

19.  If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

     a.  Per year? _600_____

3

    b.    Per month?___50_____

    c.    Per week?_____

20.    Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much?___NO_____

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?_____
_____

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school._____
UVU - 800 w. University, Provo Orem UT 84058
2014 - 2016 - attended school 5 days a week.

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on ___July 11_____, 2017.

_Kara C. Pg_____
Signature

Print Name and Address:
_Kara Curtis_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*        )
                               )
    Plaintiffs,             )
                               )      CIVIL ACTION NO.:
v.                             )      7:13-cv-01275-LSC
                               )
PJ UNITED, INC., *et al.,*     )
                               )
    Defendants.             )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
    '05 Buick Envoy. Delivered 2013-14
    GMC

2.    For each car, state the following:

    a.    Approximate date of purchase?
    3 years ago

    b.    Approximate odometer miles at purchase?
    189,000

    c.    Approximate purchase price?
    18,000

    d.    Current odometer miles?

    e.    Approximate odometer miles when you sold the car?
    Tradein early last year at 250,000

3.    For each car listed above, what is the name of the owner(s) on the car title?
Jennifer Range (wife)

4.     If a finance company required that the car be insured, what was the amount paid for the required insurance? _____
Financed   (full  coverage required)

5.     About how many total miles was each car driven?

   a.    Per year? unsure

   b.    Per month?

   (c.)   Per week?  250 miles

6.     What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ.

        250 miles   (Lived next door To PJ)

7.     On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?
        125

8.     On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?
20

9.     On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

   a.    Per year?

   b.    Per month?

   (c.)   Per week? 50/60$

10.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ?  This does not include gasoline used to travel to and from work.

   a.    Per year?

   b.    Per month?

   (c.)   Per week? 15$

11.    What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

   a.   Per year? Oil, brakes, tires   1000$

        b.   Per month?

        c.   Per week?

12.   For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.

        Oil at Firestone, Huntsville, Alabama

13.   Did you have repairs done to any of the cars listed above?
        NO

14.   If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

15.   State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

16.   If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you.

        200$ per year

17.   If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years? Do not include amounts paid by someone other than you.

        a.   Per year?

   b.   Per month? 400$ x 2 x 12 = 9600$ total

        c.   Per week?

18.   If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?

19.   If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

        a.   Per year?

b.   Per month? $110.00

c.   Per week?

20.   Did your car insurance premium increase solely because you were employed by PJ? If so, by how much?
      NO

21.   If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?
The city of Huntsville, AL  sewer maintenance. 2013-14

22.   If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.
      NO

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _____, 2017.

_Veron Daley_
Signature

Print Name and Address:

Veron Daley
█████████████████

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*       )
                              )
    Plaintiffs,       )
                              )      **CIVIL ACTION NO.:**
v.                            )      **7:13-cv-01275-LSC**
                              )
PJ UNITED, INC., *et al.,*    )
                              )
    Defendants.       )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.  State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
    *Black Chevy Silverado 2011*

2.  For each car, state the following:

    a.  Approximate date of purchase? *2014*

    b.  Approximate odometer miles at purchase? *40,000*

    c.  Approximate purchase price? *27,000*

    d.  Current odometer miles? *90,000*

    e.  Approximate odometer miles when you sold the car? ——

    f.  Approximate sale price? ——

3.  For each car listed above, what is the name of the owner(s) on the car title?
    *2M Financial*

4.  If a finance company required that the car be insured, what was the amount paid for the required insurance? *$450.00*

1

PJ United 1780

5.     About how many total miles was each car driven?

       a.     Per year?_____

       b.     Per month?_____

       c.     Per week? *100 a week*_____

6.     What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ. *I don't Know*

7.     On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? *20 miles*_____

8.     On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? *12 miles*_____

9.     On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

       a.     Per year?_____

       b.     Per month?_____

       c.     Per week? *$80 a week*_____

10.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

       a.     Per year?_____

       b.     Per month?_____

       c.     Per week? *75.ºº a week*_____

11.    What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

       a.     Per year? *$300,ºº*_____

       b.     Per month?_____

       c.     Per week?_____

2

PJ United 1780

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.
    _I don't remember_

13. Did you have repairs done to any of the cars listed above? _I don't Know_

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
    _I don't Remember_

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
    _I don't Remember_

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. _I don't Know_

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

    a.   Per year? _I don't Know_

    h.   Per month?_____

    c.   Per week?_____

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? _n/o_

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

    a.   Per year? _N o_

3

PJ United 1780

    b.    Per month?_____

    c.    Per week?_____

20.    Did your car insurance premium increase solely because you were employed by PJ? If so, by how much?_____ *No*

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? *PPH Warehouse  1300 PPH Drive  8 hour DAys*

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. *No*

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _____, 2017.

_____
Signature

Print Name and Address:
*John Darter*

PJ United 1780

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*        )
                               )
    Plaintiffs,             )
                               )       CIVIL ACTION NO.:
v.                             )       7:13-cv-01275-LSC
                               )
PJ UNITED, INC., *et al.,*      )
                               )
    Defendants.             )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

    For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
    Mazda Protege 2002

2.    For each car, state the following:

    a.    Approximate date of purchase? 2002 or 2003

    b.    Approximate odometer miles at purchase? 10 miles

    c.    Approximate purchase price? $16,000

    d.    Current odometer miles? Sold

    e.    Approximate odometer miles when you sold the car? 170,000

    f.    Approximate sale price? Trade-In

3.    For each car listed above, what is the name of the owner(s) on the car title?
    Meagan Yarbrough

4.    If a finance company required that the car be insured, what was the amount paid for the required insurance? I do not know.

1

5.    About how many total miles was each car driven?

    a.    Per year? Did not work there a year.

    b.    Per month? 3466

    c.    Per week? 800

6.    What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ. 75%

7.    On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? 100 miles

8.    On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? 40 miles

9.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.    Per year? Did not work there for a year.

    b.    Per month? $520

    c.    Per week? $120

10.   On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.    Per year? Did not work there for a year.

    b.    Per month? $390

    c.    Per week? $90

11.   What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

    a.    Per year? Did not work there a full year.

    b.    Per month? $30

    c.    Per week? $7.50

2

12.  For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. Client completed all oil changes.

13.  Did you have repairs done to any of the cars listed above? Yes

14.  If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
Air conditioner repair, two new tires, and sensor.

15.  State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
Client completed all of the repairs on the vehicle.

16.  If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. $50

17.  If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

   a.  Per year? Did not work there for an entire year.

   b.  Per month? $25

   c.  Per week? $6.25

18.  If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? The entire time he owned the car.

19.  If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

   a.  Per year? $300 – Only for the 2002 Mazda Protege

3

    b.    Per month? $25 - Only for the 2002 Mazda Protege

    c.    Per week? $6.25 - Only for the 2002 Mazda Protege

20.    Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much? No

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? US Postal Service, 56 Hughes Road, Madison, AL  35758, 5-6 days per week.

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. No

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _____7/19/2017_____, 2017.

_Donald Shawn Davidson_ (signature)
Signature

Print Name and Address:
Donald Shawn Davidson

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*                )
                                        )
        Plaintiffs,                     )
                                        )     CIVIL ACTION NO.:
v.                                      )     7:13-cv-01275-LSC
                                        )
PJ UNITED, INC., *et al.*,              )
                                        )
        Defendants.                     )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
      _____ 1997 Mazda B2300 _____
      _____ 2007 Honda CRV _____

2.    For each car, state the following:

      a.    Approximate date of purchase? Mazda 1997      Honda 2007

      b.    Approximate odometer miles at purchase?    -0-         -0-

      c.    Approximate purchase price? Mazda 14,000 Est    Honda 22,000 Est

      d.    Current odometer miles? Est 160,000 Honda _____

      e.    Approximate odometer miles when you sold the car? Mazda = I don't know

      f.    Approximate sale price? Mazda $300 _____

3.    For each car listed above, what is the name of the owner(s) on the car title?
      _____ Jeffrey Douglas _____

4.    If a finance company required that the car be insured, what was the amount paid for the required insurance? I don't remember _____

1

5.  About how many total miles was each car driven?

    a.   Per year? _I don't remember_

    b.   Per month? _I don't remember_

    c.   Per week? _I don't remember_

6.  What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. _I don't know_

7.  On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? _I don't remember_

8.  On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? _22_

9.  On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.   Per year? _I don't remember_

    b.   Per month? _I don't remember_

    c.   Per week? _I don't remember_

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.   Per year? _I Don't remember_

    b.   Per month? _I don't remember_

    c.   Per week? _I don't remember_

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a.   Per year? _I don't remember_

    b.   Per month? _I don't remember_

    c.   Per week? _I don't remember_

2

PJ United 1795

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. _I don't remember._

13. Did you have repairs done to any of the cars listed above? _Yes._

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
_Timing belt    $310        November 2013_

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
_I don't remember_

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. _I don't remember_

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

  a. Per year? _____

  b. Per month? _____

  c. Per week? _____

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? _Since I was 16_

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

  a. Per year? _I don't remember_

3

PJ United 1795

b.   Per month? _I don't remember_

c.   Per week? _I don't remember_

20.   Did your car insurance premium increase solely because you were employed by PJ? If so, by how much? _No_

21.   If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? _Since 2001)_ _Apex Staffing 145 E. 1300 S. #103 SLC UT 84115   5 days/week_

22.   If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. _____

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _5 / 8_, 2017.

Signature _____

Print Name and Address:
_Jeffrey Davidson_

PJ United 1795

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*          )
                                  )
        Plaintiffs,               )
                                  )          CIVIL ACTION NO.:
v.                                )          7:13-cv-01275-LSC
                                  )
PJ UNITED, INC., *et al.*,        )
                                  )
        Defendants.               )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

    For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles. 2004 Pontiac Grand Am, 2003 Ford Mustang, 2004 Saturn Ion, 2001 Chevrolet Camaro Z28, 1997 Jeep Grand Cherokee

2.    For each car, state the following:

      a.    Approximate date of purchase? 04 Grand Am 2008, 03 Mustang 2013

      b.    Approximate odometer miles at purchase? Grand Am 4000, Mustang 107,000

      c.    Approximate purchase price? $10,000 for Grand Am, plus $1000 for Mustang.

      d.    Current odometer miles? _____

      e.    Approximate odometer miles when you sold the car? 96,000 Grand Am, 137,000 Mustang

      f.    Approximate sale price? Grand Am, Cashier

3.    For each car listed above, what is the name of the owner(s) on the car title? David R. Davies II

4.    If a finance company required that the car be insured, what was the amount paid for the required insurance? $100 Monthly $120

1

PJ United 1799

5. About how many total miles was each car driven?

   a. Per year? 20,000 +

   b. Per month? ~~18000 25000~~ 2200

   c. Per week? 550

6. What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. 95 %

7. On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? 100 miles during a shift

8. On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? 5

9. On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

   a. Per year? $4800 Aprx.

   b. Per month? $40.

   c. Per week? $100

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a. Per year? Aprx. $3600

    b. Per month? $300

    c. Per week? $75

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a. Per year? Aprx. $700

    b. Per month?

    c. Per week?

2

PJ United 1799

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. *10 Minute Oil Change, Anniston*

13. Did you have repairs done to any of the cars listed above? *Yes*

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair. *Alignments, tire service, oxygen sensors, brakes and rotors, exhaust work*

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ. *Some done by myself, Merchants, Tires Plus*

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. *Appr. $30*

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years? Do not include amounts paid by someone other than you.

    a. Per year?

    b. Per month? *Comprehensive $105 Monthly*

    c. Per week?

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? *10 years*

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

    a. Per year?

3

PJ United 1799

    b.    Per month? $60 _____

    c.    Per week?_____

20.    Did your car insurance premium increase solely because you were employed by PJ? If so, by how much? N/A _____

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?_____
    Only job at the time.

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. Online Classes. Drove 20 miles once every month.

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on 5/14/ , 2017.

_____
Signature

Print Name and Address:
David R Davies IV

PJ United 1799

4