FILED
2018 Jan-12  AM 11:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 10

## DEFENDANTS' INITIAL SUMMARY JUDGMENT SUBMISSION

## JAMES SULLIVAN V. PJ UNITED, INC., *ET AL.*
## CASE#: 7:13-CV-01275

## INDEX

**Page Number**

Discovery Response of Terrance Lucky . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1 - 4

Discovery Response of Antonio Lundy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5 - 8

Discovery Response of Michael Maguire . . . . . . . . . . . . . . . . . . . . . . . . . . . 9 - 12

Discovery Response of Antonio Manning . . . . . . . . . . . . . . . . . . . . . . . . . . . 13 - 16

Discovery Response of Graham Martin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17 - 20

Discovery Response of John Martin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21 - 24

Discovery Response of Josh Martinez . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25 - 28

Discovery Response of George Maschok . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29 - 32

Discovery Response of Wayne Maupin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33 - 36

Discovery Response of Charles Mays . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37 - 40

Discovery Response of Seth McClain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41 - 44

Discovery Response of Susan McCullough . . . . . . . . . . . . . . . . . . . . . . . . . . . 45 - 48

Discovery Response of David McCutchen . . . . . . . . . . . . . . . . . . . . . . . . . . . 49 - 52

Discovery Response of Samuel Melchione . . . . . . . . . . . . . . . . . . . . . . . . . . . 53 - 56

# EXHIBIT 10

**DEFENDANTS' INITIAL SUMMARY JUDGMENT SUBMISSION**

**JAMES SULLIVAN V. PJ UNITED, INC.,** *ET AL.*
**CASE#: 7:13-CV-01275**

**INDEX**

_____ **Page Number**

Discovery Response of Gay Miller . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57 - 60

Discovery Response of Naomi Mitchell . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61 - 64

Discovery Response of Teresa Mitchell . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65 - 68

Discovery Response of Cameo Molina . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69 - 72

Discovery Response of Dianne Montgomery . . . . . . . . . . . . . . . . . . . . . . . . 73 - 76

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION**

| | | |
|---|---|---|
| JAMES SULLIVAN, *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **v.** | ) | **7:13-cv-01275-LSC** |
| | ) | |
| PJ UNITED, INC., *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

## DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles. '07 Toyota Yaris     Delivered pizzas in 2015.

2.    For each car, state the following:

   a.    Approximate date of purchase?
2010

   b.    Approximate odometer miles at purchase?
40,000

   c.    Approximate purchase price?
10,500

   d.    Current odometer miles?
184,000

   e.    Approximate odometer miles when you sold the car?

3.    For each car listed above, what is the name of the owner(s) on the car title?  yes

4.    If a finance company required that the car be insured, what was the amount paid for the required insurance? Financed it and paid about 100 a month for full coverage.

5.    About how many total miles was each car driven?

      a.    Per year? unsure

      b.    Per month?

      c.    Per week?

6.    What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ.
      unsure

7.    On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?
      20-30

8.    On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?
10

9.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

      a.    Per year?

      b.    Per month?

      c.    Per week? 50-65

10.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

      a.    Per year?

      b.    Per month?

      c.    Per week? unsure

11.    What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

      a.    Per year? 500, oil, tires etc.

      b.    Per month?

      c.      Per week?

12.    For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.
      Oil - Walmart, Richmond, VA
      A used tire place in Richmond, VA

13.    Did you have repairs done to any of the cars listed above?
      Yes

14.    If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
      Radiator 200$  but he's unsure where.

15.    State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

16.    If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car?  Do not include amounts paid by someone other than you.
      Registration, 65$

17.    If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?   Do not include amounts paid by someone other than you.

      a.      Per year?

      b.      Per month? NO

      c.      Per week?

18.    If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?  Since he's been driving

19.    If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

      a.      Per year?

      b.      Per month?  100 a month x 12 x 6  = $7,200

      c.      Per week?

20.    Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much? NO

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?
NO

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.
        NO

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _____ 4/3 _____, 2017.

_____
Signature

Print Name and Address:

Terrance Lucky

DocuSign Envelope ID: B36E78FA-6AE4-47A8-8B83-4A27D2107466

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| JAMES SULLIVAN, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO.: |
| v. ) | 7:13-cv-01275-LSC |
| ) | |
| PJ UNITED, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.  State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

    Toyota, CorollA DX, 1993
    VIn 2T1AE09E1P2-032'511

2.  For each car, state the following:

    a.  Approximate date of purchase?  MaY 2009

    b.  Approximate odometer miles at purchase?  154899

    c.  Approximate purchase price?  $2500

    d.  Current odometer miles?  201058

    e.  Approximate odometer miles when you sold the car? _____

    f.  Approximate sale price? _____

3.  For each car listed above, what is the name of the owner(s) on the car title?
    Antonio LuNby

4.  If a finance company required that the car be insured, what was the amount paid for the required insurance? _____

1

DocuSign Envelope ID: B36E78FA-6AE4-47A8-8B83-4A27D2107466

5. About how many total miles was each car driven?

    a.   Per year? _10 2 1 1_

    b.   Per month? _8 5 1_

    c.   Per week? _2 1 3_

6. What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. _23 %_

7. On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? _130_

8. On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? _34_

9. On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.   Per year? _$3 456_

    b.   Per month? _$2 86_

    c.   Per week? _$72_

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.   Per year? _$ 3456_

    b.   Per month? _$ 268_

    c.   Per week? _$ 72_

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a.   Per year? _$ 980_

    b.   Per month? _$ 82.06_

    c.   Per week? _$ 20.44_

DocuSign Envelope ID: B36E78FA-6AE4-47A8-8B83-4A27D2107466

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. Jiffy Lube, 7020 Winchester Rd, Memphis, TN 38125

13. Did you have repairs done to any of the cars listed above? Yes

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

oil change
air filter
winshield wipers
radiator Flush
Timing Belt

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

Jiffy Lube, 7020 Winchester Rd., Memphis, TN 38125

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. $130

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years? Do not include amounts paid by someone other than you.

a. Per year? $1172

b. Per month? $97.66

c. Per week? $24.41

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? 9 yrs 10 months

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

a. Per year? $1172.00

3

DocuSign Envelope ID: B36E78FA-8AE4-47A8-8B83-4A27D2107466

b.   Per month? _____ $ 97.66

c.   Per week? _____ $ 24.41

20.   Did your car insurance premium increase solely because you were employed by PJ? If so, by how much? _____

21.   If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? _____

22.   If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. _____

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on __July 10__, 2017.

_signature_
Signature

Print Name and Address: ANTONIO LUNDY
Antonio Lundy
_____

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES SULLIVAN, *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION NO.:** |
| v. | ) | **7:13-cv-01275-LSC** |
| | ) | |
| PJ UNITED, INC., *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.   State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
1997 Toyota Rav 4

2.   For each car, state the following:

   a.   Approximate date of purchase?

2006

   b.   Approximate odometer miles at purchase?
   160,000

   c.   Approximate purchase price?
   4,500

   d.   Current odometer miles?
   197,000

   e.   Approximate odometer miles when you sold the car?
      197,000

3.   For each car listed above, what is the name of the owner(s) on the car title?
 Louise Maguire

4.   If a finance company required that the car be insured, what was the amount paid for the required insurance?

N/A
5.      About how many total miles was each car driven?
Car not driven until 2010 except for 500 miles a year
        a.      Per year?
2010-2012 3,000 miles per year
        b.      Per month?

        c.      Per week?

6.      What is the percentage of the total miles each car was driven delivering pizza for
PJ? This percentage should not include miles driven to and from work at PJ.
        09/2012-09/2013 Car was driven 27,000 miles

7.      On days that you have worked for PJ, what is the approximate number of miles you drove
on average each day?


8.      On days that you did not work for PJ, what is the approximate number of miles you drove
on average each day?
5

9.      On a yearly, monthly, and weekly basis, how much did you spend on gasoline during
your employment with PJ?

        a.      Per year?
        3,480
        b.      Per month?
320
        c.      Per week?
80
10.     On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform
your job for PJ? This does not include gasoline used to travel to and from work.

        a.      Per year?
3,480
        b.      Per month?
320
        c.      Per week?
80
11.     What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on
each car listed above during each year that you have owned the car? Do not include amounts
paid by someone other than you.

        a.      Per year?
600$
        b.      Per month?

        c.      Per week?

12.     For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.

Miller's car maintenance Greenwood, LA
13.     Did you have repairs done to any of the cars listed above?
        yes

14.     If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
        New brakes 150$, Oil changes 30/ea x5, New tires 300 .

15.     State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
        Miller's car maintenance Greenwood, LA
16.     If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you.


17.     If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

        a.      Per year?
1200
        b.      Per month?
100
        c.      Per week?
25
18.     If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?
        7 years
19.     If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.
Same as question 17
        a.      Per year?

        b.      Per month?

        c.      Per week?

20.    Did your car insurance premium increase solely because you were employed by PJ? If so, by how much? no

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?

no

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.

Ayer's Career College Shreveport, LA 08/2012-05/2013 4 days a week

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _____ 06/29 _____, 2017.

_____
Signature

Print Name and Address:
Michael Maguire

ANTONIO B MANNING

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, et al.                    )
                                          )
            Plaintiffs,                   )
                                          )        CIVIL ACTION NO.:
v.                                        )        7:13-cv-01275-LSC
                                          )
PJ UNITED, INC., et al.,                  )
                                          )
            Defendants.                   )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

        For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana,
Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively
as PJ.

1.      State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if
        you know it, please state the VIN ("Vehicle Identification Number") of each of those
        vehicles.
        1997  PONTIAC BONNEVILLE   2000 MAZDA MILLENA

2.      For each car, state the following:

        a.      Approximate date of purchase?  1) 2012        2) 2008

        b.      Approximate odometer miles at purchase? 1) 77,000   2) 134,000

        c.      Approximate purchase price?  1) 8,600.00      2) 4,900

        d.      Current odometer miles?        1) N/A         2) N/A

        e.      Approximate odometer miles when you sold the car?   N/A

        f.      Approximate sale price?        N/A

3.      For each car listed above, what is the name of the owner(s) on the car title?
        ATONYO MANNING    SHARZ MANNING

4.      If a finance company required that the car be insured, what was the amount paid for the
        required insurance?         N/A

1.

5. About how many total miles was each car driven?

   a. Per year?   1) 28,800   2) 33,600

   b. Per month?   1) 2,400   2) 2,800

   c. Per week?   1) 600   2) 700

6. What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. 1) 67%   2) 67%

7. On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?   60

8. On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?   100

9. On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

   a. Per year?   $ 2,880.00

   b. Per month?   $ 240.00

   c. Per week?   $ 60.00

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

   a. Per year?   $ 2,880.00

   b. Per month?   $ 240.00

   c. Per week?   $ 60.00

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

   a. Per year?   1) $ 720.00   2) $ 720.00

   b. Per month?   1) $ 60.00   2) $ 60.00

   c. Per week?   1) $ 15.00   2) $ 15.00

2

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. _Jiffy Lube , West Monroa, La_

13. Did you have repairs done to any of the cars listed above? _Mazda Had To Painted_

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

    _$ 1,200      (2014)_

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

    _Does not Recall_

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. _$ 60.00_

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years? Do not include amounts paid by someone other than you.

    a.   Per year?  _$ 2,040.00_

    b.   Per month?  _$ 170.00_

    c.   Per week?  _$ 42.50_

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? _3 years_

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

    a.   Per year?  _$ 2,040.00_

.3

b.   Per month?   $170.00

c.   Per week?   $42.50

20.   Did your car insurance premium increase solely because you were employed by PJ? If so, by how much?   NO

21.   If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?   NO

22.   If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.   2012   GED
5 DAYS A WEEK          DELTA VOCATIONAL TECH

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _August 3_, 2017.

_Antonio Manning Sr._
Signature

Print Name and Address:
**Antonio Manning Sr.**

New Address
Antonio Manning Sr

Anto Mnng Sr
8-3-17

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*                    )
                                            )
        Plaintiffs,                         )
                                            )       CIVIL ACTION NO.:
v.                                          )       7:13-cv-01275-LSC
                                            )
PJ UNITED, INC., *et al.*,                  )
                                            )
        Defendants.                         )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.   State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

     2.   For each car, state the following:   93 Saab

        a.   Approximate date of purchase?
             Jan 2012

        b.   Approximate odometer miles at purchase?
             ?

        c.   Approximate purchase price?
             $1000

        d.   Current odometer miles?
             ?

        e.   Approximate odometer miles when you sold the car?
             ?

3.   For each car listed above, what is the name of the owner(s) on the car title?
     Graham Douglas Martin

4.   If a finance company required that the car be insured, what was the amount paid for the required insurance?   ?

        c.    Per week? ?

12.   For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.

13.   Did you have repairs done to any of the cars listed above?
       No

14.   If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

15.   State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

16.   If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car?  Do not include amounts paid by someone other than you.
      ?

17.   If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

        a.    Per year? ?

        b.    Per month? ?

        c.    Per week? ?

18.   If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? 10 mo

19.   If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

        a.    Per year? ?

        b.    Per month? ?

        c.    Per week? ?

5.  About how many total miles was each car driven?

   a.  Per year?  7

   b.  Per month?  ?

   c.  Per week?  ?

6.  What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ.

   75%

7.  On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?

   ≥ 100?

8.  On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?

   ≤ 100

9.  On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

   a.  Per year?  ?

   b.  Per month?  $400 ?

   c.  Per week?  $100 ?

10.  On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

   a.  Per year?  ?

   b.  Per month?  $280 ?

   c.  Per week?  $70  ?

11.  What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

   a.  Per year?  7

   b.  Per month?  ?

20.  Did your car insurance premium increase solely because you were employed by PJ? If so, by how much?   Yes. not sure how much.

21.  If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?

22.  If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.

     Pequrna High School, 5 days per week, through May/June

     Please attach any supporting documentation you have for your responses to the questions above.

     I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
     Executed on _____, 2017.

     _G. Mar_____
     Signature

     Print Name and Address:

     Graham D. Martin

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*          )
                             )
    Plaintiffs,          )
                             )          **CIVIL ACTION NO.:**
v.          )          **7:13-cv-01275-LSC**
                             )
PJ UNITED, INC., *et al.*,          )
                             )
    Defendants.          )

## DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
    2001 Kia Ria - 09 Toyota Yaris. Delivered 7 years part time to present.

2.    For each car, state the following:

    a.    Approximate date of purchase?
    2002 - December 2008

    b.    Approximate odometer miles at purchase?
    15/20,000 - 0

    c.    Approximate purchase price?
    9/10,000 but unsure – 18,500

    d.    Current odometer miles?
    -    162,000

    e.    Approximate odometer miles when you sold the car?
    Unsure 2008  -    NA

3.    For each car listed above, what is the name of the owner(s) on the car title?
He was

4.    If a finance company required that the car be insured, what was the amount paid for the required insurance? Finance – unsure of first vehicle full coverage for Yaris

5.    About how many total miles was each car driven?

    a.    Per year? unsure

    b.    Per month?

    c.    Per week?   150ish

6.    What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ.
    unsure

7.    On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?
    50

8.    On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?
12-15

9.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.    Per year?

    b.    Per month?

    c.    Per week? 20 but unsure

10.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.    Per year?

    b.    Per month?

    c.    Per week? 5$  but unsure

11.    What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

    a.    Per year? Oil, tire   250$

      b.     Per month?

      c.     Per week?

12.    For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.

      Oil and rotations at TreadQuarters Virginia Beach, VA

13.    Did you have repairs done to any of the cars listed above?
      Batteries  80$

14.    If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

15.    State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

16.    If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car?  Do not include amounts paid by someone other than you.
      Naval base -- 80$ access to naval base he and PJ each paid 80$ a year for badge over the last three years
      80$ a year for registration fees as well

17.    If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

      a.     Per year?

      b.     Per month? 70/80$ x 6 x 12 = $6,120.00

      c.     Per week?

18.    If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?
      Since he started driving.

19.    If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

        a.     Per year?

        b.     Per month?

        c.     Per week?

20.    Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much?
        No

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?
full time in food sales – US food service –for 7 years prior to Postal service
Mailman for 2 years – USPS full time

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.
        NO

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _____July _____4 th_____, 2017.

_____John____C Martin_____
Signature

Print Name and Address:

John Martin

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*          )
                                  )
    Plaintiffs,               )
                                  )          CIVIL ACTION NO.:
v.                                )          7-13-cv-01275-LSC
                                  )
PJ UNITED, INC., *et al.*,        )
                                  )
    Defendants.               )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

    For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.    *Hyundai Elantra 2001*

2.    For each car, state the following:

    a.    Approximate date of purchase?    *7/5/2012*

    b.    Approximate odometer miles at purchase?    *88,000*

    c.    Approximate purchase price?    *$1500.00*

    d.    Current odometer miles?    *138,000*

    e.    Approximate odometer miles when you sold the car?    *Totalled out*

    f.    Approximate sale price?    *1,100.00*

3.    For each car listed above, what is the name of the owner(s) on the car title?    *Josh Martinez*

4.    If a finance company required that the car be insured, what was the amount paid for the required insurance?    *N/A*

1

PJ United 4676

5. About how many total miles was each car driven?

    a.    Per year? _____ *18,000* _____

    b.    Per month? _____ *1,500* _____

    c.    Per week? _____ ~~approx~~ *400* _____

6. What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. _____ *70%* _____

7. On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? _____ *60* _____

8. On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? _____ *30* _____

9. On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.    Per year? _____ *$ 1800 estimate* _____

    b.    Per month? _____ *160 240* _____

    c.    Per week? _____ *40 60* _____

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.    Per year? _____ *1250 estimate* _____

    b.    Per month? _____ *180* _____

    c.    Per week? _____ *40* _____

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a.    Per year? _____ *1500 estimate* _____

    b.    Per month? _____ *150* _____

    c.    Per week? _____ *40* _____

2

PJ United 4676

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. _Firestone     3302 S 900 E SLC, UT_
_Jiffy Lube     5601 S 900 E Murray UT_

13. Did you have repairs done to any of the cars listed above? _Yes_

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

_Firestone Auto Repair_
_Brakes, Tires, Transmission, Battery, Timing Belt_
_2012 - 2014_
_$ 1,200.00_

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

_Firestone Auto Repair     3302 S 900 E SLC, UT 84106_

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. _$ 86.00_

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years? Do not include amounts paid by someone other than you.

a. Per year? _780.00_

b. Per month? _65.00_

c. Per week? _____

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? _every 6 months_

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

a. Per year? _780.00_

3

PJ United 4676

b.   Per month?_____ 65.00_____

c.   Per week?_____

20.  Did your car insurance premium increase solely because you were employed by PJ? If so, by how much?_____ No_____

21.  If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?___ N/A____

22.  If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school._____ N/A_____

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on ___ May 15th ___, 2017.

_____
Signature

Print Name and Address:
____ Josh Martinez _____

4

PJ United 4676

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES SULLIVAN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO.: |
| v. | ) | 7:13-cv-01275-LSC |
| | ) | |
| PJ UNITED, INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.  State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
    approx 2008 Ford Explorer, 2010 Ford Fusion, 2014 Ford Fusion

2.  For each car, state the following:

    a.  Approximate date of purchase? unknown, unknown, Sept 2016

    b.  Approximate odometer miles at purchase? unknown, approx. 80,000, approx. 52,000

    c.  Approximate purchase price? unknown, unknown, approx. $13,000 - $14,000

    d.  Current odometer miles? n/a, n/a, approx. 73,500

    e.  Approximate odometer miles when you sold the car? n/a, n/a, n/a

    f.  Approximate sale price? totaled, totaled, n/a

3.  For each car listed above, what is the name of the owner(s) on the car title?
    Greg Maschok for all three

4.  If a finance company required that the car be insured, what was the amount paid for the required insurance? approx. $50 per month for full coverage

1

5.   About how many total miles was each car driven?

   a.   Per year? _____

   b.   Per month? _____

   c.   Per week? _approx 1000, approx 900, approx. 1100_____

6.   What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. _50%, 50%, 25%___

7.   On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? _early years 112, currently 90_____

8.   On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? _varied over time, currently approx. 165_____

9.   On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

   a.   Per year? _____

   b.   Per month? _____

   c.   Per week? _unknown amount, but approx. 50 - 65 gallons per week__

10.  On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

   a.   Per year? _____

   b.   Per month? _____

   c.   Per week? _unknown amount but approx. 35 gallons per week in early_ years and 14 gallons per week now

11.  What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

   a.   Per year? _approximately $600 to $825 per year_____

   b.   Per month? _____

   c.   Per week? _____

2

12.   For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.   Tread Quarters in Chesapeake VA

13.   Did you have repairs done to any of the cars listed above?   yes

14.   If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
      Ford Explorer - transmission, approx $3,400, unknown date
      2010 Fusion - approx $600, unknown date

15.   State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
      Tread Quarters

16.   If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you.  unknown registration fees. taxes are typically around $200 per year

17.   If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?   Do not include amounts paid by someone other than you.

      a.   Per year?

      b.   Per month?   approx. $50 per month for full coverage

      c.   Per week?

18.   If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?   always had full coverage

19.   If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

      a.   Per year?   see above

3

    b.   Per month?_____

    c.   Per week?_____

20.   Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much?___high mileage was a factor that increased insurance premiums. Unknown amount.

21.   If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?_____
Currently work for Lift and Uber approximately 5 to 6 days per week

22.   If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.___n/a_____

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on ___JUN 5___, 2017.

Signature

Print Name and Address:
  Greg Maschok

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*           )
                                   )
            Plaintiffs,            )
                                   )        CIVIL ACTION NO.:
v.                                 )        7:13-cv-01275-LSC
                                   )
PJ UNITED, INC., *et al.*,         )
                                   )
            Defendants.            )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.  State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
    1998 Ford Windstar, I don't know the VIN.

2.  For each car, state the following:

    a.  Approximate date of purchase?   I don't know.

    b.  Approximate odometer miles at purchase?  175,000

    c.  Approximate purchase price?  $2000

    d.  Current odometer miles?   I don't know.

    e.  Approximate odometer miles when you sold the car?  200,000+

    f.  Approximate sale price?   $800

3.  For each car listed above, what is the name of the owner(s) on the car title?
    Mine

4.  If a finance company required that the car be insured, what was the amount paid for the required insurance?   Paid cash, no extra insurance.

1

5.   About how many total miles was each car driven?

   a.   Per year? **40,000** _____

   b.   Per month? _____

   c.   Per week? _____

6.   What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ. **35%** _____

7.   On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? **100 miles** _____

8.   On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? **35 miles** _____

9.   On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

   a.   Per year? _____

   b.   Per month? _____

   c.   Per week? **$100** _____

10.  On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ?  This does not include gasoline used to travel to and from work.

   a.   Per year? _____

   b.   Per month? _____

   c.   Per week? **$35** _____

11.  What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

   a.   Per year? **I don't know.** _____

   b.   Per month? _____

   c.   Per week? _____

2

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. **Did them myself**

13. Did you have repairs done to any of the cars listed above? **Yes**

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
**Head gasket, IDK cost or date.**

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
**I did the work myself.**

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. **$85**

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years? Do not include amounts paid by someone other than you.

    a. Per year?_____

    b. Per month? **$50**

    c. Per week?_____

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?____ **Since I have been driving**

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

    a. Per year?_____

3

    b.    Per month?   **$50**

    c.    Per week?

20.    Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much?  **No**

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?
**No**

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.  **Yes, Tennessee College of Applied Technology, 5 days a week.**

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on ⟨5 -22 -17⟩, 2017.

*Wayne Maupin (signature)*
Signature

Print Name and Address:
**Wayne Maupin**

▮▮▮▮▮▮▮▮▮▮▮▮

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*      )
                              )

    Plaintiffs,          )
                              )     CIVIL ACTION NO.:
v.                         )     7:13-cv-01275-LSC
                              )

PJ UNITED, INC., *et al.*,      )
                              )

    Defendants.        )

## DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1. State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles. 1998 Honda Accord & 2012 Chrysler, 2005 Mazda RX-8

2. For each car, state the following:

    a. Approximate date of purchase? Honda Accord 2011, Chrysler 2012, Mazda 2013

    b. Approximate odometer miles at purchase? 68,000 mi Honda, 2010 mi Chrysler, 12 000 mi Mazda

    c. Approximate purchase price? Honda Accord $1200, Chrysler $20,000, Mazda $7,000

    d. Current odometer miles? Approx 100,000 Honda, 25,000 Chrysler, 35,000 mi Mazda

    e. Approximate odometer miles when you sold the car? I really don't know

    f. Approximate sale price? Honda Accord $3,000, Chrysler - $15,000, Mazda $4,000

3. For each car listed above, what is the name of the owner(s) on the car title? Charles Mays

4. If a finance company required that the car be insured, what was the amount paid for the required insurance? Honda Accord $189, Chrysler $248, Mazda $235

1

PJ United 4747

5.  About how many total miles was each car driven?

    a.  Per year? 36,000

    b.  Per month? 354

    c.  Per week? 85

6.  What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. 75%

7.  On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? 25 miles

8.  On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? 15 miles

9.  On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.  Per year? $1500

    b.  Per month? $300

    c.  Per week? $100

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.  Per year? $1500

    b.  Per month? $175

    c.  Per week? $80

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a.  Per year? $1250

    b.  Per month? $250

    c.  Per week? $100

2

PJ United 4747

12.   For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. *Time it Lube*

13.   Did you have repairs done to any of the cars listed above? *Yes*

14.   If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
*Tires $600, Alternator $189, Windshield wipers $5.00, Door handles $150.00 Alignment and tire rotators $600, window crack, $100.00, Flushed motor out because it stind did not start $700.00, Head lights $45.00*

15.   State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
*Euro Tech  Shreveport  Deitsdale Hwy*
*Auto Tech   Benton Rd, Bossier, LA*

16.   If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. *Approx $ 2500*

17.   If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

   a.   Per year? *$ 3000*

   b.   Per month? *$ 255*

   c.   Per week? *$ 65*

18.   If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? *Two years*

19.   If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

   a.   Per year? *$ 7,344*

3

      b.    Per month? _$612_____

      c.    Per week? _$125_____

20.    Did your car insurance premium increase solely because you were employed by PJ? If so, by how much? _Yes, $20_____

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? _N/A____

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. _3025 East Texas St Bossia LA_ _August 2011 to September 2013. I attended school three to four days a week_

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _May 8_____, 2017.

_Charles Mays_
Signature

Print Name and Address:
_Charles Mays_
▮▮▮▮▮▮▮▮▮▮▮▮▮

4

PJ United 4747

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JAMES SULLIVAN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **CIVIL ACTION NO.:** |
| v. | ) | **7:13-cv-01275-LSC** |
| | ) | |
| PJ UNITED, INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.     State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
       **2003 chevy cavalier**

2.     For each car, state the following:

       a.     Approximate date of purchase?
              2010

       b.     Approximate odometer miles at purchase?
              50,000

       c.     Approximate purchase price?
              5,500

       d.     Current odometer miles?

       e.     Approximate odometer miles when you sold the car?
              xSold early this year at about 140,000

3.     For each car listed above, what is the name of the owner(s) on the car title?  His Mom, Belinda McClain

4.     If a finance company required that the car be insured, what was the amount paid for the required insurance?

5.    About how many total miles was each car driven?

    a.    Per year? 12 -15,000

    b.    Per month?

    c.    Per week?

6.    What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ.
        66%

7.    On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?
        115ish depending on the shift.

8.    On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?
        2-3 miles

9.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.    Per year?

    b.    Per month? **450**

    c.    Per week?

10.   On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.    Per year?

    b.    Per month? 150

    c.    Per week?

11.   What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

    a.    Per year? Oil changes etc.   300-400$

     b.    Per month?.

     c.    Per week?

12.    For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.

          Lubestop, Stow, OH

13.    Did you have repairs done to any of the cars listed above?

          Can't recall – 2 accidents not his fault. Minor issues with vehicle.

14.    If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

          Lights repeatedly failed.

15.    State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

          Marhoffer, Stow, OH

16.    If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car?  Do not include amounts paid by someone other than you.

          Registration fees for 2010,11,12    100$ish total.

17.    If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?   Do not include amounts paid by someone other than you.

          Unsure, two accidents neither his fault.

     a.    Per year?

     b.    Per month?

     c.    Per week?

18.    If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?

19.    If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

     a.    Per year?

      b.      Per month? 128

      c.      Per week?

20.     Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much?
> NO

21.     If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?
> NO

22.     If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.
> NO

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _June 8_____, 2017.

_Seth McClain_ (signature)
Signature

Print Name and Address:

**Seth McClain**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES SULLIVAN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **CIVIL ACTION NO.:** |
| v. | ) | **7:13-cv-01275-LSC** |
| | ) | |
| PJ UNITED, INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.  State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

    *2006 ford Explorer*

2.  For each car, state the following:

    a.  Approximate date of purchase? *2009*

    b.  Approximate odometer miles at purchase? *75,000*

    c.  Approximate purchase price? *$12,000*

    d.  Current odometer miles? *200,000 2 5,30,17*

    e.  Approximate odometer miles when you sold the car? *havent sold*

    f.  Approximate sale price? _____

3.  For each car listed above, what is the name of the owner(s) on the car title?

    *Phillip McCullough*

4.  If a finance company required that the car be insured, what was the amount paid for the required insurance? *100 mth*

1

5.  About how many total miles was each car driven?

    a.  Per year? _4800 ?_

    b.  Per month? _400_

    c.  Per week? ~~100~~ _150_

6.  What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. ~~25%~~ _'25%_

7.  On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? _30 ?_

8.  On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? _10_

9.  On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.  Per year? _500_

    b.  Per month? _50_

    c.  Per week? _30-40_

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.  Per year? _100_

    b.  Per month? _40_

    c.  Per week? _20_

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a.  Per year? _80 oil change every 3 months_

    b.  Per month? _20 oil change_ ~~every 3~~

    c.  Per week? _____

2

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. _Walmart_____

13. Did you have repairs done to any of the cars listed above? _No_____

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
_____N/A_____

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
_____N/A_____

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. _300_____

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

    a.    Per year?_____

    b.    Per month?_____

    c.    Per week?_____

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? _Since we got the car_____

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

    a.    Per year? _100_____

3

    b.    Per month?_____

    c.    Per week?_____

20.    Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much? *None*_____

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?_____ *N/A*

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. *N/A*_____

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on ___7/12___, 2017.

*Susan McCullough*
Signature

Print Name and Address:
*Susan McCullough*
████████████████████████████

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES SULLIVAN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **CIVIL ACTION NO.:** |
| v. | ) | **7:13-cv-01275-LSC** |
| | ) | |
| PJ UNITED, INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.   State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

Honda accord 2006 Black vin don't Know
Honda civic 2002 white un don't Know

2.   For each car, state the following:

a.   Approximate date of purchase? Honda accord 5-2010   Honda Civic 9-2013

b.   Approximate odometer miles at purchase? don't remember

c.   Approximate purchase price? Honda accord 13,000   Honda civic 2,500

d.   Current odometer miles? I don't Know

e.   Approximate odometer miles when you sold the car? I don't remember

f.   Approximate sale price? I don't remember

3.   For each car listed above, what is the name of the owner(s) on the car title? Honda accord Julie Abushanab, Honda civic David McCatcher

4.   If a finance company required that the car be insured, what was the amount paid for the required insurance? I don't remeber

1

PJ United 4828

5.  About how many total miles was each car driven?

    a.  Per year? *I don't know*

    b.  Per month? *I don't know*

    c.  Per week? *I don't know*

6.  What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. *I don't reember*

7.  On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? *I don't know*

8.  On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? *I don't know*

9.  On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.  Per year? *I don't reember*

    b.  Per month? *I don't remember*

    c.  Per week? *I don't remember*

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.  Per year? *I don't remember*

    b.  Per month? *I don't rember*

    c.  Per week? *I don't remember*

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

    a.  Per year? *I don't remember*

    b.  Per month? *I don't remember*

    c.  Per week? *I don't remember*

2

PJ United 4828

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. _I don't remember_
_Honda accord   Vavolin_

13. Did you have repairs done to any of the cars listed above? _I don't remember_

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
_I don't remember_

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
_I don't remember_

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. _I don't Know_

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

    a. Per year? _I don't remember_

    b. Per month? _I don't remember_

    c. Per week? _I don't remember_

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? _I don't remember_

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

    a. Per year? _I don't remember_

3

PJ United 4828

b.   Per month? *I don't remember*

c.   Per week? *I don't remember*

20.   Did your car insurance premium increase solely because you were employed by PJ? If so, by how much? *I don't remember*

21.   If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? *no other job.*

22.   If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. *no school*

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on *May 8*, 2017.

*David McCutch*
Signature

Print Name and Address:
*David McCutcher*

PJ United 4828

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*     )
                                 )
      Plaintiffs,         )
                                 )     CIVIL ACTION NO.:
v.                       )     7:13-cv-01275-LSC
                                 )
PJ UNITED, INC., *et al.,*     )
                                 )
      Defendants.       )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
    **1996 Oldsmobile Cutlass Ciera, 2007 Dodge Grand Caravan**

2.    For each car, state the following:

    a.    Approximate date of purchase? **Cutlass: 2006, Dodge: I don't know.**

    b.    Approximate odometer miles at purchase? **Cutlass: new, Dodge: 11,000**

    c.    Approximate purchase price? **Cutlass: $5000, Dodge: $12,000**

    d.    Current odometer miles? **Cutlass: unknwon, Dodge: 110,000**

    e.    Approximate odometer miles when you sold the car? **Cutlass: 115,000, Dodge: I did not sell.**

    f.    Approximate sale price? **Cutlass: junked, Dodge: I did not sell.**

3.    For each car listed above, what is the name of the owner(s) on the car title?
    **Chris Sonpana for both.**

4.    If a finance company required that the car be insured, what was the amount paid for the required insurance? **I didn't use a finance company.**

1

Sullivan v. PJ United, et al. 7:13-cv-01275
Exhibit 10, page 053

5.  About how many total miles was each car driven?

    a.   Per year?  __25,000__

    b.   Per month?  __2000__

    c.   Per week?  __104__

6.  What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ. __45%__

7.  On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?  __100 miles__

8.  On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?  __10 miles__

9.  On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.   Per year?  __$1500__

    b.   Per month?  __$200__

    c.   Per week?  __$75__

10.  On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.   Per year?  __$4800__

    b.   Per month?  __$400__

    c.   Per week?  __$100__

11.  What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

    a.   Per year?  __$1000__

    b.   Per month?  __$100__

    c.   Per week?  __$30__

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. **Jiffy Lube in Kempsville, VA**

13. Did you have repairs done to any of the cars listed above? **Yes**

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
    **Transmission, $1500, Sept 2015**

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
    **I don't remember.**

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. **$70**

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years? Do not include amounts paid by someone other than you.

    a.  Per year? **None**

    b.  Per month? **None**

    c.  Per week? **None**

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? **5 years**

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

    a.  Per year? **$600**

3

b.    Per month?   $150

c.    Per week?   $15

20.   Did your car insurance premium increase solely because you were employed by PJ? If so, by how much?   **No, they didn't know I was a driver.**

21.   If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? **JKZC Medical Practice in Chesapeake, VA, 5 days a week, July 2015-Present.**

22.   If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. **Advanced Technology Center, 1800 College Dr, Virginia Beach, VA, 2015-Present, 3 days/week.**

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on   6—1—17   , 2017.

_____
Signature

Print Name and Address:
**Samuel Melchione**

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*          )
                                  )
        Plaintiffs,               )
                                  )          CIVIL ACTION NO.:
v.                                )          7:13-cv-01275-LSC
                                  )
PJ UNITED, INC., *et al.,*        )
                                  )
        Defendants.               )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.   State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles. HONDA RD-2005
     LIC # TWB-288

2.   For each car, state the following:

     a.   Approximate date of purchase? 2012

     b.   Approximate odometer miles at purchase? 89,000 estimate

     c.   Approximate purchase price? 12,000.00

     d.   Current odometer miles? 200,100.00 miles

     e.   Approximate odometer miles when you sold the car? I can not remember

     f.   Approximate sale price? 14,000.00

3.   For each car listed above, what is the name of the owner(s) on the car title? James Sullivan

4.   If a finance company required that the car be insured, what was the amount paid for the required insurance? Yes full coverage

1

PJ United 4982

5.    About how many total miles was each car driven?

    a.    Per year? 40

    b.    Per month? I dk

    c.    Per week? Idk

6.    What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ. 50-60

7.    On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? 25

8.    On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? 5-10

9.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.    Per year? -0-

    b.    Per month? $100.00 - $150.0 $200.0

    c.    Per week? $400.00 - 450

10.   On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.    Per year? -0-

    b.    Per month? $800

    c.    Per week? $35 $45

11.   What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

    a.    Per year? -0-

    b.    Per month? 3mos- 30-35 Oil Change $ 225 tires

    c.    Per week? -0-

2

PJ United 4982

12.   For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil *Wal-Mart ~ Bob K. Owens*

13.   Did you have repairs done to any of the cars listed above? *→ Yes- tires*

14.   If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
*tires #223.0   set-of-tires*

15.   State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
*i cant remember,*

16.   If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. *Car Insurance*

17.   If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

      a.   Per year? *1,2000.00*

      b.   Per month? *100.00*

      c.   Per week? *25.00*

18.   If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? *i had full coverage 100 per month*

19.   If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

      a.   Per year? *1,000.00*

3

PJ United 4982

b.  Per month? ‑O‑ _____

c.  Per week? ‑O‑ _____

20. Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much? ‑O‑ _____

21. If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? *onda* *tonash school board, I cannot remember* *thedas*

22. If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. ‑O‑ _____

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _____, 2017.

_Gay A Miller_
Signature

Print Name and Address:
Gay A Miller
███████████████

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*       )
                                )
     Plaintiffs,         )
                                )    CIVIL ACTION NO.:
v.                          )    7:13-cv-01275-LSC
                                )
PJ UNITED, INC., *et al.*,      )
                                )
     Defendants.       )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

      For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
    **2007 Dodge Caliber**   V I N # 1B3HB48BX7D415227

2.    For each car, state the following:

    a.    Approximate date of purchase? **Feb 2012**

    b.    Approximate odometer miles at purchase? **46,000**

    c.    Approximate purchase price? **I don't know**

    d.    Current odometer miles? **I don't own it.**

    e.    Approximate odometer miles when you sold the car? **120,000**

    f.    Approximate sale price? **$2500**

3.    For each car listed above, what is the name of the owner(s) on the car title?
    ~~**Mazda of South Charlotte**~~ Naomi Mitchell Tucker

4.    If a finance company required that the car be insured, what was the amount paid for the required insurance? **$70/month for full coverage**

1

5.   About how many total miles was each car driven?

    a.   Per year?   **I don't know.**

    b.   Per month?   **I don't know.**

    c.   Per week?   **I don't know.**

6.   What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ. **80%**

7.   On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?   **50-70**

8.   On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?   **10-15**

9.   On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.   Per year?   **I don't know.**

    b.   Per month?   **I don't know.**

    c.   Per week?   **I don't know.**

10.   On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.   Per year?   **I didn't work a full year.**

    b.   Per month?   **$480**

    c.   Per week?   **$120**

11.   What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

    a.   Per year?   **$1000**

    b.   Per month?   **I don't know.**

    c.   Per week?   **I don't know.**

2

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. **Name unknown, on Little Creek Rd, in Norfolk, VA**

13. Did you have repairs done to any of the cars listed above? **Yes**

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair. **Radiator $120, struts $229, battery $89, brakes $22, axel $149, I don't know any dates.**

    Battery  Auto zone  purchased
    B sp)  Geda  struts - mounts  purch $500
    CV  Axel  Autozone  purchased

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ. **I don't remember the name.**

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. **$85 registration, $120 title and licensing**

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years? Do not include amounts paid by someone other than you.

    a. Per year? **$804 (full coverage)**

    b. Per month? **$67**

    c. Per week? **I don't know.**

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? **Full coverage for 5 years.**

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

    a. Per year? **$804 (full coverage)**

3

      b.     Per month?_____

      c.     Per week?_____

20.    Did your car insurance premium increase solely because you were employed by PJ? If so, by how much? **No**_____

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? **No**_____
_____

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. **No**_____
_____

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___6/2 4/ 17___, 2017.

_Naomi Mitchell Tucker_
Signature

Print Name and Address:
**Naomi Mitchell**
████████████████████████
████████████████████████

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES SULLIVAN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO.: |
| v. | ) | 7:13-cv-01275-LSC |
| | ) | |
| PJ UNITED, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.  State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles. 2013 Nissan Sentra. 2012 Ford Fusion

2.  For each car, state the following:

    a.  Approximate date of purchase? Nissan - January 2013 - Ford - December 2013

    b.  Approximate odometer miles at purchase? Nissan - 0 miles Ford - 45,000

    c.  Approximate purchase price? Nissan - $17,000 Ford - $13,000

    d.  Current odometer miles? Nissan - totaled in December 2013 Ford - 115,000

    e.  Approximate odometer miles when you sold the car? Still own Ford

    f.  Approximate sale price? _____

3.  For each car listed above, what is the name of the owner(s) on the car title? Charles D. Kirby - Grandfather bought for me

4.  If a finance company required that the car be insured, what was the amount paid for the required insurance? $120 - Ford   Nissan - $100 - Totaled - Do not have anymore

1

PJ United 5049

5.    About how many total miles was each car driven?

   a.    Per year? 29,000 - 30,000

   b.    Per month? 2400 - 2500

   c.    Per week? 600

6.    What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ. 75% - 80% Driven each car for Delivery

7.    On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? 115 - 120 miles

8.    On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? 10

9.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

   a.    Per year? $18,000 - $20,000

   b.    Per month? $1200 - $1500

   c.    Per week? $300 - $400

10.   On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

   a.    Per year? $18,000 - $20000

   b.    Per month? $1200 - $1500

   c.    Per week? $300 - $400

11.   What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

   a.    Per year? $1200

   b.    Per month? $100

   c.    Per week? $25

2

PJ United 5049

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. <u>Jiffy Lube 12201 Jefferson Davis Hwy Chester VA 23831, Seredni Tire & Auto 6445 Iron Bridge Rd Richmond VA 23234, Goodyear Iron Bridge Rd Chester, VA</u>

13. Did you have repairs done to any of the cars listed above? <u>Yes</u>

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair. <u>Multiple Tire Replacements $500, Belt Replacement $450, Tune Up with Spark Plugs Replaced and 2 Engine Coils Replaced $700, AC Charge $200, 3 Wiper Blade Replacements $90, Battery Replacement $149</u>

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ. <u>Waller Tire 1300 W Hundred Rd Chester VA 23836, Vaughn's Auto Patrick Henry Hwy, Amelia VA 23002, Advance Auto 12051 Southshore Point Dr Midlothian VA 23112</u>

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. <u>On a Yearly Basis, I paid $70 for registration renewal on both the Nissan Sentra and Ford Fusion for 2 years, The Ford Fusion Was Purchased While Still Working at PJ United and the Fees Paid for licensing, registration and title fees for $570</u>

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years? Do not include amounts paid by someone other than you. a. Per year? b. Per month? c. Per week? <u>My Nissan Sentra was totaled while working at PJ United. After the Insurance company paid for the vehicle, I still owed $3000 and had to refinance that amount with a payment of $106 a month and I didn't even have the vehicle. The fusion was hit while on a delivery. The mirror on the passenger side was knocked off and costs over $200 to replace it. I was also in an accident where I was hit by another vehicle in the back passenger side fender. It was the other driver's fault. They had no insurance and I had to pay the $500 deductible to have it fixed.</u>

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? <u>I had to have full coverage with limits of 100/300/100 and no higher than a $500 deductible. Paid $156 monthly from September 2013 to March 2014</u>

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you. a. Per year? 4 PJ United 5049 b. Per month? c. Per week? <u>$156 monthly for 7 months with a total of $1100 for those 7 months.</u>

20. Did your car insurance premium increase solely because you were employed by PJ? If so, by how much? <u>Yes. The increase in insurance to increase the limits cost an additional $50 a month.</u>

21. If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? <u>I had no other jobs while working for PJ United.</u>

22. If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. I did not attend school. Please attach any supporting documentation you have for your responses to the questions above. I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on , 2017.

Signature Print Name and Address:   Teresa A Mitchell

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I am moving so this is my mother's address in case I get any other notice from you. I am not sure of my new address yet.

Sullivan v. PJ United, et al. 7:13-cv-01275
Exhibit 10, page 068

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES SULLIVAN, *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION NO.:** |
| v. | ) | **7:13-cv-01275-LSC** |
| | ) | |
| PJ UNITED, INC., *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

Cameo Molina

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.      State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
        **Pontiac 2009 G6 GT**

2.      For each car, state the following:

        a.      Approximate date of purchase?
        February 2012

        b.      Approximate odometer miles at purchase?
        35,000
        c.      Approximate purchase price?
        16 or 17,000$
        d.      Current odometer miles?
        111,000

        e.      Approximate odometer miles when you sold the car?
        Still owns.

3.      For each car listed above, what is the name of the owner(s) on the car title?  She is

4.      If a finance company required that the car be insured, what was the amount paid for the required insurance? Full coverage – 80$ a month.

5.      About how many total miles was each car driven?

     a.     Per year? 16,000 per year

     b.     Per month?

     c.     Per week?

6.     What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ.
     2 - 2.5 %     she only drove delivery for 3-4 months.

7.     On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? 30 -40

8.     On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?
10-15

9.     On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

     a.     Per year?

     b.     Per month?

     c.     Per week?  40-50$

10.     On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

     a.     Per year?

     b.     Per month?

     c.     Per week? 20$

11.     What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

     a.     Per year?

     b.     Per month? Tires, oil, 100-133$ month

     c.     Per week?

12.     For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.

      Jiffy Lube, Salt Lake City, UT

13.     Did you have repairs done to any of the cars listed above?

      Yes

14.     If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

      Rotors replaced,
      Brakes fixed,
All at Big O's 2015 – 800$

15.     State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

      Big O tires Salt Lake City, UT

16.     If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car?  Do not include amounts paid by someone other than you.

      NO

17.     If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

No,

      a.     Per year?

      b.     Per month? 80

      c.     Per week?

18.     If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?

      Life of the vehicle.

19.     If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

      a.     Per year?

*Cameo Molina*

    b.     Per month?

    c.     Per week?

20.    Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much?
     NO

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?
Smith Market Place Salt Lake City UT.  Full time the entirety of time she delivered.

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.
     No

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _____, 2017.

*Cameo Molina*

_____
Signature

Print Name and Address:
Cameo Molina

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*          )
                                  )
        Plaintiffs,               )
                                  )          CIVIL ACTION NO.:
v.                                )          7:13-cv-01275-LSC
                                  )
PJ UNITED, INC., *et al.*,        )
                                  )
        Defendants.               )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.   State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
     2006 Chrysler Pacifica, 2009 Hyundai Sonata, 2009 Dodge Journey SXT

2.   For each car, state the following:

     a.   Approximate date of purchase? Pacifica: June 2010, Sonata: May 2012, SXT: May 2014

     b.   Approximate odometer miles at purchase? Pacifica: 47,000, Sonata: I don't know, SXT: 52,000

     c.   Approximate purchase price? Pacifica: $14,500, Sonata: $17,000, SXT: I don't know the total.

     d.   Current odometer miles? Pacifica: totaled, Sonata: I don't know, SXT: 117,746

     e.   Approximate odometer miles when you sold the car? Pacifica: n/a, Sonata: I don't know, SXT: n/a

     f.   Approximate sale price? Pacifica: $6000 (paid by insurance to the note), Sonata: Still owed $7000, which was added to the cost of the SXT, SXT: n/a

3.   For each car listed above, what is the name of the owner(s) on the car title?
     Pacifica: Mine and Deborah Hale, Sonata: Mine and Deborah Hale, SXT: Mine and Deborah Hale

4.   If a finance company required that the car be insured, what was the amount paid for the required insurance? Pacifica: Gap $2000, Sonata: no extra insurance, SXT: Gap, I don't know the amount.

1

5.     About how many total miles was each car driven?

    a.    Per year? **Pacifica: 32,000, Sonata: 32,000, SXT: 32,000**

    b.    Per month?

    c.    Per week?

6.     What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ. **60%**

7.     On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? **100**

8.     On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? **40**

9.     On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.    Per year?

    b.    Per month?

    c.    Per week? **200**

10.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.    Per year?

    b.    Per month?

    c.    Per week? **120**

11.    What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

    a.    Per year? **$1000**

    b.    Per month?

    c.    Per week?

2

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. **Various Treadquarters in Virginia**

13. Did you have repairs done to any of the cars listed above? **Yes**

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
**Pacifica: serpentine belt and battery $400, March 2012, Sonata: brakes $160, I don't remember the date, SXT: n/a**

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
**Pacifica: Treadquaarters in Portsmouth, VA, Sonata: Treadquarters, SXT: n/a**

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. **$130**

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

    a.  Per year? **n/a**

    b.  Per month? **n/a**

    c.  Per week? **n/a**

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? **Since I started driving.**

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

    a.  Per year?

3

b.   Per month? _____ **$110 (One step above liability.)** _____

c.   Per week? _____

20.   Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much? _____ **No** _____

21.   If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? _____
**Jackson Hewitt, 4–7 days per week; Liberty Tax Service, 5 days a week; Uber, 3 days a week,** for **3–4 months at the end of my PJ United employment; Aldi, 5 days a week.**

22.   If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.   **Strayer University, online, and 1 day per week.**

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on   5/31/2017 , 2017.

_____
Signature

Print Name and Address:
**Dianne Montgomery**

4