FILED

2018 Jan-12  AM 11:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 16

## DEFENDANTS' INITIAL SUMMARY JUDGMENT SUBMISSION

## JAMES SULLIVAN V. PJ UNITED, INC., *ET AL.*
## CASE#: 7:13-CV-01275

## INDEX

**Page Number**

Discovery Response of Neil Uemura . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1 - 5

Discovery Response of Lester Upchurch . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6 - 9

Discovery Response of Michael Van Staveren . . . . . . . . . . . . . . . . . . . . . . 10 - 13

Discovery Response of Holly Vance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14 - 17

Discovery Response of Clinton Varner . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18 - 21

Discovery Response of Christopher Verburg . . . . . . . . . . . . . . . . . . . . . . . 22 - 25

Discovery Response of Kevin Vick . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26 - 29

Discovery Response of Evelyn Wade . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30 - 33

Discovery Response of Lee Wagoner . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34 - 37

Discovery Response of Joshua Waldrep . . . . . . . . . . . . . . . . . . . . . . . . . . . 38 - 41

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES SULLIVAN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO.: |
| v. | ) | 7:13-cv-01275-LSC |
| | ) | |
| PJ UNITED, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.  State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

    1996 Toyota Forerunner

2.  For each car, state the following:

    a.  Approximate date of purchase?        November 19, 2011

    b.  Approximate odometer miles at purchase?   228,747 miles

    c.  Approximate purchase price?        $4,350

    d.  Current odometer miles?        331,500

    e.  Approximate odometer miles when you sold the car?   n/a

3.  For each car listed above, what is the name of the owner(s) on the car title?  Neil Uemura and John Uemura (his dad)

4.  If a finance company required that the car be insured, what was the amount paid for the required insurance?

    n/a; Bought it outright

5.      About how many total miles was each car driven?

      a.      Per year?      30,000

      b.      Per month?

      c.      Per week?

6.      What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ.   80%

7.      On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?      100

8.      On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?      20

9.      On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

      a.      Per year?      $

      b.      Per month?      $

      c.      Per week?      $120.00

10.     On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

      a.      Per year?      $

      b.      Per month?      $

      c.      Per week?      $100.00

11.     What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

      a.      Per year?      $

      b.      Per month?      $100.00

      c.      Per week?      $

12.   For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.

Dealership

13.   Did you have repairs done to any of the cars listed above?

Yes

14.   If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

Starter cost around $400 to $500.00
Tire blew due to a nail in the tire and had to replace that.

15.   State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

Local Toyota dealership

16.   If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car?  Do not include amounts paid by someone other than you.

$72.50

17.   If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?   Do not include amounts paid by someone other than you.

　　　　a.　　Per year?　　　n/a

　　　　b.　　Per month?　　　n/a

　　　　c.　　Per week?　　　n/a

18.   If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?  Since he's been driving

19.   If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

　　　　a.　　Per year?

    b.    Per month?   $37,00

    c.    Per week?

20.    Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much?    No.

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?

    No.

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.

    No.

    Please attach any supporting documentation you have for your responses to the questions above.

    I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _____, 2017.

_____
Signature

Print Name and Address:
**Neil Uemura**

      a.     Per year?

      b.     Per month?   $37.00

      c.     Per week?

20.   Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much?   No.

21.   If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?

No.

22.   If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.

No.

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _____ June    20 _____, 2017.

_____

Signature

Print Name and Address:
Neil Uemura

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*          )
                                  )
    Plaintiffs,              )
                                  )       **CIVIL ACTION NO.:**
v.                                )       **7:13-cv-01275-LSC**
                                  )
PJ UNITED, INC., *et al.,*        )
                                  )
    Defendants.              )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

    Ford F150 2002

2.    For each car, state the following:

    a.    Approximate date of purchase?    August 2002

    b.    Approximate odometer miles at purchase? 5 miles

    c.    Approximate purchase price?    $23,000

    d.    Current odometer miles?    154,000

    e.    Approximate odometer miles when you sold the car? n/a

3.    For each car listed above, what is the name of the owner(s) on the car title? Lester Upchurch and Lue Upchurch

4.    If a finance company required that the car be insured, what was the amount paid for the required insurance?

    Yes, $700 a year

5.    About how many total miles was each car driven?

     a.    Per year?    12,000

     b.    Per month?

     c.    Per week?

6.    What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ.    75%

7.    On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?  75 to 100

8.    On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?    10

9.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

     a.    Per year?    $

     b.    Per month?    $

     c.    Per week?    $350

10.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

     a.    Per year?    $

     b.    Per month?    $

     c.    Per week?    $300

11.    What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

     a.    Per year?    $

     b.    Per month?    $100

     c.    Per week?    $

12.     For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.

Did most maintenance himself

13.     Did you have repairs done to any of the cars listed above?

Yes

14.     If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

Replace fuel pump $350; alternator $275; Starter $250; 2 batteries at $150 each

15.     State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

61 Tire in Memphis on Lamar

16.     If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car?  Do not include amounts paid by someone other than you.

$125.00

17.     If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

a.      Per year? n/a

b.      Per month? n/a

c.      Per week? n/a

18.     If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?  Always had insurance

19.     If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

a.      Per year?

b.      Per month?  $125.00

c.     Per week?

20.     Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much?          No.

21.     If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?

No.

22.     If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.

No.

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____, 2017.

_____
Signature

Print Name and Address:
**Lester Upchurch**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*        )
                                )
    Plaintiffs,                 )
                                )        CIVIL ACTION NO.:
v.                              )        7:13-cv-01275-LSC
                                )
PJ UNITED, INC., *et al.,*      )
                                )
    Defendants.                 )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.   State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
     1999 Buick Le Sabre
     1994 Chevy pick-up

2.   For each car, state the following:

     a.   Approximate date of purchase? Buick: June 2010, Chevy: 1994

     b.   Approximate odometer miles at purchase? Buick: 125,000, Chevy: 110,000

     c.   Approximate purchase price? Buick: $2,000, Chevy: $1500

     d.   Current odometer miles? Both: unknown

     e.   Approximate odometer miles when you sold the car? Buick: 202,000, Chevy: 145,000

     f.   Approximate sale price? Buick: $600, Chevy: $1000

3.   For each car listed above, what is the name of the owner(s) on the car title?
     Buick: me, Chevy: my father

4.   If a finance company required that the car be insured, what was the amount paid for the required insurance? No, cash.

1

Sullivan v. PJ United, et al. 7:13-cv-01275
Exhibit 16, page 010

5.  About how many total miles was each car driven?

    a.  Per year? __Buick: 15,000, Chevy: 15,000_____

    b.  Per month?_____

    c.  Per week?_____

6.  What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ. __%25_____

7.  On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? __90 miles per day_____

8.  On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? __130-140_____

9.  On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.  Per year?_____

    b.  Per month?_____

    c.  Per week? __$60-$70_____

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.  Per year?_____

    b.  Per month?_____

    c.  Per week? __$40_____

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

    a.  Per year? __$500_____

    b.  Per month?_____

    c.  Per week?_____

2

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. **Walmart in West Jordan, UT**

13. Did you have repairs done to any of the cars listed above? **No**

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. **$150**

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

    a.    Per year?

    b.    Per month?

    c.    Per week?

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? **Yes, for 30 years**

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

    a.    Per year?

3

    b.    Per month? **$90** _____

    c.    Per week? _____

20.    Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much? **No** _____

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? _____
**Customer manager at CR England in West Valley, UT, 5 days a week.**

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. **No** _____

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on ___MAY 20___, 2017.

_____
Signature

Print Name and Address:
Michael Van Staveren

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*          )
                                  )
    Plaintiffs,             )
                                  )            CIVIL ACTION NO.:
v.                                )            7:13-cv-01275-LSC
                                  )
PJ UNITED, INC., *et al.,*        )
                                  )
    Defendants.             )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

    2003 Mitsubishi ~~Highlander~~ Outlander

2.    For each car, state the following:

    a.    Approximate date of purchase?    March 10, 2011

    b.    Approximate odometer miles at purchase?  100,000

    c.    Approximate purchase price?    $6,000

    d.    Current odometer miles?    190,000

    e.    Approximate odometer miles when you sold the car?  n/a

3.    For each car listed above, what is the name of the owner(s) on the car title?  Holly Vance

4.    If a finance company required that the car be insured, what was the amount paid for the required insurance?

    Yes, $100 extra a month

5.      About how many total miles was each car driven?

      a.      Per year?      Unknown

      b.      Per month?

      c.      Per week?

6.      What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ.   40% at least

7.      On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? 50 miles at least

8.      On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?          10

9.      On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

      a.      Per year?       $

      b.      Per month?     $

      c.      Per week?       $250.00

10.     On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

      a.      Per year?       $

      b.      Per month?     $

      c.      Per week?       $200.00

11.     What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

      a.      Per year?       $

      b.      Per month?     $200.00 to $300.00

      c.      Per week?       $

12.     For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.

Jiffy Lube or Walmart

13.     Did you have repairs done to any of the cars listed above?

Yes

14.     If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

Frame broke; $1,000

15.     State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

A shop in Akron OH did the repairs. She can't remember the name of the place.

16.     If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car?  Do not include amounts paid by someone other than you.

$70 - $80 a year

17.     If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?   Do not include amounts paid by someone other than you.

a.      Per year? $550.00 (one time out of pocket cost to repair damage to her car when she backed into a fire hydrant while driving for PJ's)

b.      Per month?

c.      Per week?

18.     If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?  She's always had full coverage.

19.     If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

a.      Per year?

b.    Per month?    $110.00

c.    Per week?

20.    Did your car insurance premium increase solely because you were employed by PJ? If so, by how much?    Yes, about $40 a month

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?

No.

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.

No.

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____June 28th_____, 2017.

_____Holly Vance_____
Signature

Print Name and Address:
**Holly Vance**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*       )
                            )
    Plaintiffs,         )
                            )    CIVIL ACTION NO.:
**v.**                         )    7:13-cv-01275-LSC
                            )
PJ UNITED, INC., *et al.*,    )
                            )
    Defendants.        )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles. *S—10*
    1991 Chevy STM, 2007 Mitsubishi Eclipse, 2006 Mitsubishi Eclipse, 1994 Dodge Dakota

2.    For each car, state the following: *S—10*

    a.    Approximate date of purchase? STM: 2007, **2007 Eclipse: 2009, 2006 Eclipse: 2011, Dakota: 2014**

    b.    Approximate odometer miles at purchase? STM: **200,000, 2007 Eclipse: 69,000, 2006 Eclipse: 92,000, Dakota: 190,000**

    c.    Approximate purchase price? **n/a, all**

    d.    Current odometer miles? STM: **n/a, 2007 Eclipse: n/a, 2006 Eclipse: n/a, Dakota: traded**

    e.    Approximate odometer miles when you sold the car? STM: **n/a, 2007 Eclipse: n/a, 2006 Eclipse: n/a, Dakota: traded**

    f.    Approximate sale price? STM: **n/a, 2007 Eclipse: n/a, 2006 Eclipse: n/a, Dakota: traded**

3.    For each car listed above, what is the name of the owner(s) on the car title?
    **n/a for all**

4.    If a finance company required that the car be insured, what was the amount paid for the required insurance? STM: **n/a, 2007 Eclipse: $260/month, 2006 Eclipse: $160/month, Dakota: $65/month**

1

5. About how many total miles was each car driven?

    a. Per year? *(STM)* 2007 Eclipse, and 2006 Eclipse: I don't remember, Dakota: 15,000

    b. Per month? *(STM)* 2007 Eclipse, and 2006 Eclipse: I don't remember, Dakota: 1250

    c. Per week? *(STM)* 2007 Eclipse, and 2006 Eclipse: I don't remember, Dakota: 312

6. What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ.
*(STM)* 80%, 2007 Eclipse: 30%, 2006 Eclipse: 30%, Dakota: 80%

7. On days that you have worked for PJ, what is the approximate number of miles you drove on average each day?  65 miles per day

8. On days that you did not work for PJ, what is the approximate number of miles you drove on average each day?  5-10 miles per day

9. On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a. Per year? *(STM)* $3840, 2007 Eclipse: $2880, 2006 Eclipse: $2880, Dakota: $4880

    b. Per month? *(STM)* $320, 2007 Eclipse: $240, 2006 Eclipse: $240, Dakota: $400

    c. Per week? *(STM)* $80, 2007 Eclipse: $60, 2006 Eclipse: $60, Dakota: $100

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a. Per year?  n/a for all

    b. Per month? n/a for all

    c. Per week? n/a for all

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

    a. Per year?  $420 for all

    b. Per month? $35 for all

    c. Per week? $80.75 for all

2

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. **Express Oil Change in Leeds, AL**

13. Did you have repairs done to any of the cars listed above? **Yes**

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.
*S-10* (STM) water pump $40, radiator $70, shocks and control arm $150 all in 2008; 2007 Eclipse: none; 2006 Eclipse: timing change $800 in 2003; Dakota: transmission twice $490 in 2015 and $350 in 2016, radiator $95 in 2015, serpentine belt $15 in 2015

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.
**Armbrust Automotive Shop in Odenville, AL.**

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you.
*S-10* (STM) $25, 2007 Eclipse: $80, 2006 Eclipse: $80, Dakota: $25

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years? Do not include amounts paid by someone other than you.

    a. Per year? **n/a**

    b. Per month? **n/a**

    c. Per week? **n/a**

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? **2007-2009**

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

    a. Per year? **2003-2004, $1800**

3

b.   Per month?  __$150__

c.   Per week?  __$37.50__

20.   Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much?  __No__

21.   If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?  Express Oil Change 3 months in 2007, 5 days per week; Rusty's BBQ, 2 months in 2013, varied schedule.

22.   If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.  Gadsen State Community College, 2015-present, Monday-Thursday classes

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on  __6 & 6__ , 2017.

__Clin V____

Signature

Print Name and Address:
**Clinton Varner**

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*                    )
                                            )
    Plaintiffs,                          )
                                            )       CIVIL ACTION NO.:
v.                                          )       7:13-cv-01275-LSC
                                            )
PJ UNITED, INC., *et al.*,                  )
                                            )
    Defendants.                          )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.  State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
    *91 Honda Civic*
    *05 Dodge Caravan (occasionally)*

2.  For each car, state the following:

    a.  Approximate date of purchase? *Honda I don't know, Dodge 9/4/14*

    b.  Approximate odometer miles at purchase? *I don't know*

    c.  Approximate purchase price? *Honda $1800  Dodge $3,800*

    d.  Current odometer miles? *Honda no longer own, Dodge 159,995*

    e.  Approximate odometer miles when you sold the car? *I don't know*

    f.  Approximate sale price? *Honda $200 (engine blew*

3.  For each car listed above, what is the name of the owner(s) on the car title?
    *Honda (I don't own) Dodge : Christopher Verburg*

4.  If a finance company required that the car be insured, what was the amount paid for the required insurance? *I don't Know*

1

PJ United 7455

5.   About how many total miles was each car driven?

   a.   Per year? _____

   b.   Per month? _____

   c.   Per week? Honda  300 - 400 (work) Dodge = 100

6.   What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. Honda ≈ 90% Dodge≈15%

7.   On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? 80

8.   On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? 5

9.   On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

   a.   Per year? I dont Know

   b.   Per month? _____

   c.   Per week? _____

10.  On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

   a.   Per year? _____

   b.   Per month? _____

   c.   Per week? I dont Know

11.  What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

   a.   Per year? _____

   b.   Per month? _____

   c.   Per week? I dont Know

2

PJ United 7455

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. _I dont Know_

13. Did you have repairs done to any of the cars listed above? _yes_

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair. _Transmission replaced in dodge ($1100) tried to repair Honda, to expensive to repair a seized motor_

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ. _Widisons Auto Hooper UT dont Know address_

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. _I Dont Know_

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

   a. Per year? _I don't Know_

   b. Per month? _u_

   c. Per week? _u_

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? _17 years_

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

   a. Per year? _I dont Know_

3

PJ United 7455

    b.    Per month?_____ 11 _____

    c.    Per week?_____ 11 _____

20.    Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much? _yes__  I dont remember how much

21.    If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?_____
    __I dont remember__

22.    If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. __N/A__

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _May  5th_, 2017.

_Signature_

Print Name and Address: Christopher Verburg

PJ United 7455

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*                )
                                        )
        Plaintiffs,                     )
                                        )        CIVIL ACTION NO.:
v.                                      )        7:13-cv-01275-LSC
                                        )
PJ UNITED, INC., *et al.*,              )
                                        )
        Defendants.                     )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.      State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.
        2002 Ford Escape, 2002 Honda Civic

2.      For each car, state the following:

        a.      Approximate date of purchase? Escape: June 2008, Civic: February 2010

        b.      Approximate odometer miles at purchase? Escape: 65,000, Civic: 120,000

        c.      Approximate purchase price? Escape: $6000, Civic: $4000

        d.      Current odometer miles? I don't know

        e.      Approximate odometer miles when you sold the car? Escape: 100,000, Civic: 210,000

        f.      Approximate sale price? Escape: I don't know, Civic: $250

3.      For each car listed above, what is the name of the owner(s) on the car title?
        Me and my wife

4.      If a finance company required that the car be insured, what was the amount paid for the required insurance? Escape: No extra insurance purchased.

1

5. About how many total miles was each car driven?

    a.   Per year?  Escape: 7000, Civic: 20,000

    b.   Per month?

    c.   Per week?

6. What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. Escape: %30, Civic: 100%

7. On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? 115 miles

8. On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? Escape: 10-15, Civic: 0

9. On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.   Per year?

    b.   Per month?

    c.   Per week? $30

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.   Per year?

    h.   Per month?

    c.   Per week? $25

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a.   Per year?  Escape: $500, Civic: $400

    b.   Per month?

    c.   Per week?

2

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. **Too many to name.**

13. Did you have repairs done to any of the cars listed above? **No**

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. **$120**

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years? Do not include amounts paid by someone other than you.

    a.    Per year?

    b.    Per month? **$100**

    c.    Per week?

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? **The entire time I've driven**

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

    a.    Per year?

3

b.   Per month?   I always have full coverage.

c.   Per week?

20.   Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much?   No.

21.   If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?
       No

22.   If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.   No

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _____ 5-20 , 2017.

_____
Signature

Print Name and Address:
Kevin Vick

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*          )
                                  )
    Plaintiffs,                )
                                  )     CIVIL ACTION NO.:
v.                                )     7:13-cv-01275-LSC
                                  )
PJ UNITED, INC., *et al.*,        )
                                  )
    Defendants.                )

## DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

    For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

    _____

    _____

2.    For each car, state the following:

    a.    Approximate date of purchase? *I don't remember*

    b.    Approximate odometer miles at purchase? *don't remember*

    c.    Approximate purchase price? *don't remember*

    d.    Current odometer miles? *don't remember*

    e.    Approximate odometer miles when you sold the car? *don't remember*

    f.    Approximate sale price? *don't remember*

3.    For each car listed above, what is the name of the owner(s) on the car title?
    *EVELYN T. WADE*

4.    If a finance company required that the car be insured, what was the amount paid for the required insurance? *don't remember*

1

PJ United 7500

5. About how many total miles was each car driven?

   a. Per year? _don't remember_

   b. Per month? _don't remember_

   c. Per week? _don't remember_

6. What is the percentage of the total miles each car was driven delivering pizza for PJ?  This percentage should not include miles driven to and from work at PJ. _____

7. On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? _~ 100_

8. On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? _Very few_

9. On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

   a. Per year? _don't remember_

   b. Per month? _don't remember_

   c. Per week? _don't remember_

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a. Per year? _don't remember_

    b. Per month? _don't remember_

    c. Per week? _don't remember_

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car?  Do not include amounts paid by someone other than you.

    a. Per year? _Cars unavailably under warranty_

    b. Per month? _____

    c. Per week? _____

2

PJ United 7500

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. *Perchage deals on center oils Changes when free*

13. Did you have repairs done to any of the cars listed above? _____

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

     *don't remember*

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. *don't remember*

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years? Do not include amounts paid by someone other than you.

     a. Per year? *N/A*

     b. Per month? *N/A*

     c. Per week? *N/A*

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? *Since 1972*

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years? Do not include amounts paid by someone other than you.

     a. Per year? *don't know*

3

Sullivan v. PJ United, et al. 7:13-cv-01275
Exhibit 16, page 032

b. Per month? _dont Know_

c. Per week? _dont Know_

20. Did your car insurance premium increase solely because you were employed by PJ? If so, by how much? _Stayed Same_

21. If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs? _N/A_

22. If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school. _N/A_

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _May 24th_ , 2017.

_[signature]_
Signature

Print Name and Address:
EVELYN J. WADE
_[redacted]_

IS becomes necessary to have Info. to any
of these Questions I would have to
research my records. I Quit PJ in 2013.

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*              )
                                      )
    Plaintiffs,                   )
                                      )      CIVIL ACTION NO.:
v.                                    )      7:13-cv-01275-LSC
                                      )
PJ UNITED, INC., *et al.*,            )
                                      )
    Defendants.                   )

DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

    For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ. Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

    _2013 Dodge Dart_

2.    For each car, state the following:

    a.    Approximate date of purchase? _October 31, 2013_

    b.    Approximate odometer miles at purchase? _3400_

    c.    Approximate purchase price? _$18,250_

    d.    Current odometer miles? _66274_

    e.    Approximate odometer miles when you sold the car? _N/A_

    f.    Approximate sale price? _N/A_

3.    For each car listed above, what is the name of the owner(s) on the car title?
    _N/A Capital One Finance_

4.    If a finance company required that the car be insured, what was the amount paid for the required insurance? _242/month_

1

PJ United 7514

5.  About how many total miles was each car driven?

    a.  Per year? 20,000

    b.  Per month? 1700

    c.  Per week? 415

6.  What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ. 80%

7.  On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? 100

8.  On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? 15

9.  On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.  Per year? $1,700

    b.  Per month? $150

    c.  Per week? $40

10. On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.  Per year? $1360

    b.  Per month? $120

    c.  Per week? $32

11. What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a.  Per year? $240

    b.  Per month? $20

    c.  Per week? $6

2

PJ United 7514

12. For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil. _Salsbury Chrysler Dodge Jeep Ram._ _9550 Airline Hwy, Baton Rouge, LA 70815_

13. Did you have repairs done to any of the cars listed above? _No_

14. If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

_N/A_

15. State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

_N/A_

16. If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car? Do not include amounts paid by someone other than you. _#35_

17. If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

  a. Per year? _N/A_

  b. Per month? _N/A_

  c. Per week? _N/A_

18. If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance? _N/A_

19. If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

  a. Per year? _N/A_

3

b.   Per month? _____

c.   Per week? _____

20.   Did your car insurance premium increase solely because you were employed by PJ?  If so, by how much?  No

21.   If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?  N/A

22.   If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.  N/A

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on  May  26 , 2017.

_____
Signature

Print Name and Address:
Len Waroner

PJ United 7514

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JAMES SULLIVAN, *et al.*    )
        )
   **Plaintiffs,**    )
        )    **CIVIL ACTION NO.:**
**v.**        )    **7:13-cv-01275-LSC**
        )
**PJ UNITED, INC.,** *et al.,*    )
        )
   **Defendants.**    )

## DISCOVERY REQUESTS TO OPT-IN PLAINTIFFS

For the purposes of these discovery requests, PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, Inc., PJ Chippewa, Inc., Ohio Pizza Delivery, Inc., and PJ Utah, Inc. will be referred to collectively as PJ.

1.    State the make, model, and year of each car you drove to deliver pizzas for PJ.  Also, if you know it, please state the VIN ("Vehicle Identification Number") of each of those vehicles.

    2009 Nissan Altima 2.5S

2.    For each car, state the following:

    a.    Approximate date of purchase?    February 28, 2009

    b.    Approximate odometer miles at purchase?  New so no miles

    c.    Approximate purchase price?    $24k

    d.    Current odometer miles?    n/a

    e.    Approximate odometer miles when you sold the car?  267,000

3.    For each car listed above, what is the name of the owner(s) on the car title?
JOSHUA WALDREP

4.    If a finance company required that the car be insured, what was the amount paid for the required insurance?  n/a

5.    About how many total miles was each car driven?

    a.    Per year?    around 50,000 to 60,000 miles a year when he worked for PJ's.

    b.    Per month?

    c.    Per week?

6.    What is the percentage of the total miles each car was driven delivering pizza for PJ? This percentage should not include miles driven to and from work at PJ.    30%

7.    On days that you have worked for PJ, what is the approximate number of miles you drove on average each day? 85 to 90 miles a day

8.    On days that you did not work for PJ, what is the approximate number of miles you drove on average each day? 30 miles

9.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline during your employment with PJ?

    a.    Per year?    $

    b.    Per month?    $

    c.    Per week?    $60

10.    On a yearly, monthly, and weekly basis, how much did you spend on gasoline to perform your job for PJ? This does not include gasoline used to travel to and from work.

    a.    Per year?    $

    b.    Per month?    $

    c.    Per week?    $45

11.    What is the amount you spent on a yearly, monthly, and weekly basis for maintenance on each car listed above during each year that you have owned the car? Do not include amounts paid by someone other than you.

    a.    Per year?    $500.00

    b.    Per month?    $

    c.    Per week?    $

12.    For each car listed above that you had the oil changed at a commercial business (for instance, Jiffy Lube or Express Oil), state the name and address of each commercial business that changed the oil.

Jerry Dodson Nissan

13.     Did you have repairs done to any of the cars listed above?

        Yes

14.     If you had repairs done on the cars listed above, describe what repairs you had done, the approximate cost of each repair, and the approximate date of each repair.

        Transmission replaced cost around $1,300.00

15.     State the names and addresses of the businesses where repairs were performed for each vehicle you drove during the time you drove on the job for PJ.

        Unknown

16.     If you paid registration, title, and licensing fees for any of the cars listed above, what is the approximate amount you paid on a yearly basis for each year that you have owned the car?  Do not include amounts paid by someone other than you.

        $120.00

17.     If you paid for insurance to cover damage to any of your cars listed above, how much did you pay on a yearly, monthly, and weekly basis during the past six years?  Do not include amounts paid by someone other than you.

        a.      Per year?       n/a

        b.      Per month?      n/a

        c.      Per week?       n/a

18.     If you have paid for liability insurance to legally drive a car, how long have you paid for such insurance?  Since he's been driving

19.     If you have paid for liability insurance, how much have you paid on a yearly, monthly, and weekly basis for such insurance during the past six years?  Do not include amounts paid by someone other than you.

        a.      Per year?

        b.      Per month?      90.00

        c.      Per week?

20.   Did your car insurance premium increase solely because you were employed by PJ? If so, by how much?      No.

21.   If you held other jobs while you were working as a delivery driver for PJ, what is the name and address of each of those jobs, what were your approximate employment dates, and about how many days per week did you usually work at each of those jobs?

No.

22.   If you attended school during the same time that you worked as a delivery driver for PJ, identify the address of the school, the approximate dates of attendance, and state how many days per week you attended each school.

Yes, University of Alabama in Huntsville; 3 days a week.

Please attach any supporting documentation you have for your responses to the questions above.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on _____July 5th_____, 2017.

Signature _____

Print Name and Address:
**Joshua Waldrep**