# EXHIBIT 31

**DEFENDANTS' INITIAL SUMMARY JUDGMENT SUBMISSION**

**JAMES SULLIVAN V. PJ UNITED, INC., *ET AL.*
CASE#: 7:13-CV-01275**

**INDEX**

                                                                        **Page Number**

Deposition of Shelby Kron................................... 1 - 18

1

```
 1      IN THE UNITED STATES DISTRICT COURT
 2      FOR THE NORTHERN DISTRICT OF ALABAMA
 3               WESTERN DIVISION
 4
 5   JAMES SULLIVAN, et al.,
 6           Plaintiffs,
 7   vs.            CASE NO:   7:13-cv-01275-LSC
 8   PJ UNITED, INC.,
 9   DOUGLAS STEPHENS, et al.,
10           Defendants.
11
12           *  *  *  *  *  *  *  *  *  *
13      TELEPHONE DEPOSITION OF SHELBY KRON,
14   taken pursuant to stipulation and agreement
15   before Dana Gordon, Alabama Certified Court
16   Reporter, and Commissioner for the State of
17   Alabama at Large, at Bain & Associates, 505
18   20th Street North, Suite 1250, Birmingham,
19   Alabama, on November 20, 2017, commencing at
20   approximately 3:00 p.m.
21           *  *  *  *  *  *  *  *  *  *
22
23
24
25
```

**Bain & Associates Court Reporting Services, Inc.**
**1-888-326-0594   depos@bainandassociates.com**

James Sullivan, et al. vs  
PJ United, Inc., et al.

Shelby Kron  
November 20, 2017

### Page 2

```
 1              APPEARANCES
 2
 3  FOR THE PLAINTIFFS (BY TELEPHONE):
 4       LAUREL DARBY
 5       Attorney at Law
 6       Paul, LLP
 7       601 Walnut Street
 8       Suite 300
 9       Kansas City, Missouri  64106
10       laurel@paulllp.com
11
12  FOR THE DEFENDANTS:
13       WILLIAM K. HANCOCK
14       Attorney at Law
15       Galloway, Scott, Moss & Hancock
16       2200 Woodcrest Place
17       Suite 310
18       Birmingham, Alabama  35203
19       will.hancock@gallowayscott.com
20
21
22
23
24             * * * * * * * * * * *
25
```

### Page 3

```
 1  EXAMINATION INDEX
 2  PAGE:
 3  EXAMINATION BY MR. HANCOCK          7
```

### Page 4

```
 1  EXHIBIT INDEX
 2  PAGE:
 3
 4  (No exhibits were marked)
```

### Page 5

 1  STIPULATIONS
 2  It is hereby stipulated and agreed by
 3  and between counsel representing the parties
 4  that the deposition of SHELBY KRON is taken
 5  pursuant to stipulation and agreement; that
 6  all formalities with respect to procedural
 7  requirements are waived; that said
 8  deposition may be taken before Dana Gordon,
 9  Alabama Certified Court Reporter, and
10  Commissioner for the State of Alabama at
11  Large, without the formality of a
12  commission; that objections to questions
13  other than objections as to the form of the
14  questions need not be made at this time but
15  may be reserved for a ruling at such time as
16  the deposition may be offered in evidence or
17  used for any other purpose as provided for
18  by the Federal Rules of Civil Procedure.
19  It is further stipulated and agreed
20  by and between counsel representing the
21  parties that the filing of the deposition is
22  hereby waived and that the deposition may be
23  introduced at the trial of this case or used
24  in any manner by either party hereto
25  provided for by the Statute.

Sullivan v. PJ United, et al. 7:13-cv-01275  
Exhibit 31, page 002

James Sullivan, et al. vs
PJ United, Inc., et al.

Shelby Kron
November 20, 2017

Page 6

1  It is further stipulated and agreed
2  by and between the parties hereto and the
3  witness that the signature of the witness to
4  this deposition is hereby waived.
5       * * * * * * * * * * *

Page 7

1       SHELBY KRON
2  The witness, having first been duly
3  sworn to speak the truth, the whole truth
4  and nothing but the truth, testified as
5  follows:
6       **EXAMINATION**
7       **BY MR. HANCOCK:**
8  Q.  All right. Do you mind if I call
9  you Shelby?
10 A.  Yeah, that's fine.
11      MR. HANCOCK: And, Laurel, you're
12 on the line?
13      MS. DARBY: I am on.
14      BY MR. HANCOCK:
15 Q.  Shelby, what year were you born?
16 A.  1996.
17 Q.  Where did you go to high school?
18 A.  The hospital is in Park Ridge.
19 Lutheran General.
20 Q.  Where is that?
21 A.  It's in Park Ridge in Illinois.
22 Q.  Did you graduate from high
23 school?
24 A.  Yes, I did.
25 Q.  What year did you graduate?

Page 8

1  A.  2014.
2  Q.  At some point in your life, did
3  you move to the state of Utah?
4  A.  Yes.
5  Q.  When did you move to Utah?
6  A.  June of 2014.
7  Q.  Was that within a month or so of
8  when you graduated from high school?
9  A.  Yeah, it was within a couple of
10 weeks.
11 Q.  Why did you move to Utah?
12 A.  To live with my mom and stepdad.
13 Q.  Who had you been living with in
14 Illinois?
15 A.  My biological dad and my stepmom.
16 Q.  Did you drive a car from Illinois
17 to Utah when you moved?
18 A.  No. I flew.
19 Q.  Did you have a car in high
20 school?
21 A.  I did not.
22 Q.  When did you get your driver's
23 license? What year?
24 A.  2013.
25 Q.  Have you ever owned a car?

Page 9

1  A.  Yes, I did.
2  Q.  What was the first car that you
3  owned?
4  A.  It was a '99 Saturn. SL1 was the
5  model.
6  Q.  Where did you buy that?
7  A.  From a family friend.
8  Q.  Did you buy that in Utah?
9  A.  Yeah, in Utah.
10 Q.  When did you buy it?
11 A.  Like August of 2014.
12 Q.  Do you remember how much you paid
13 for it?
14 A.  2,100.
15 Q.  Are you sure it wasn't 1,200?
16 A.  I honestly can't remember. It
17 was 21 or 2, I thought. I can't remember.
18 Q.  Do you know when you sold it?
19 A.  In November of 2014 -- it's
20 either '14 or '15 I resold it.
21 Q.  Why did you buy the Saturn?
22 A.  So I had transportation to get to
23 and from work.
24 Q.  Were you working when you bought
25 the Saturn?

Min-U-Script®   Bain & Associates Court Reporting Services, Inc.   (2) Pages 6 - 9
1-888-326-0594  depos@bainandassociates.com

Sullivan v. PJ United, et al. 7:13-cv-01275
Exhibit 31, page 003

James Sullivan, et al. vs  
PJ United, Inc., et al.

Shelby Kron  
November 20, 2017

Page 10

1  A. I was.
2  Q. Where were you working?
3  A. I was working down in Provo at a
4     cafe.
5  Q. Where in Utah did you move in
6     July of 2014? What city?
7  A. Santaquin.
8  Q. Can you spell that?
9  A. S-a-n-t-a-q-u-i-n.
10 Q. Santaquin?
11 A. Yes, that's correct.
12 Q. Relative to Salt Lake City and
13    Layton, where is Santaquin?
14 A. It's roughly two hours from
15    Layton.
16 Q. And you say you were working at a
17    what in Provo?
18 A. It was called East Bay Cafe.
19 Q. How long did you -- let me back
20    up.
21    When did you start working at
22    East Bay Cafe?
23 A. I can't remember when I started
24    there.
25 Q. How soon after you moved to

Page 11

1     Santaquin did you start working at East Bay
2     Cafe?
3  A. Maybe within a month and a half,
4     two months.
5  Q. Did you buy the Saturn before or
6     after you started working at East Bay Cafe?
7  A. Before.
8  Q. Did you buy the Saturn before or
9     after you applied to work at East Bay Cafe?
10 A. Before.
11 Q. Was the Saturn titled in your
12    name?
13 A. Yes.
14 Q. Did the State of Utah require you
15    to register the Saturn to legally drive it
16    in the state of Utah?
17 A. Yes, I have it registered.
18 Q. Did the State of Utah require
19    that the Saturn be registered?
20 A. Yes.
21 Q. Do you know what month you
22    registered -- you paid the registration fees
23    in 2014?
24 A. I do not.
25 Q. Did you pay registration fees for

Page 12

1     the Saturn in 2015?
2  A. I can't remember. I would assume
3     so if I still had it in 2015.
4  Q. I think you said you -- let me
5     back up.
6     I think you testified that you
7     think you sold the Saturn around August of
8     2015. Is that consistent? Does that
9     sound --
10 A. Yes. I left -- yeah. I left for
11    the military in November of 2015, and I sold
12    it sometime -- like a month beforehand.
13 Q. You left for the military in
14    November of 2015?
15 A. That's correct.
16 Q. Did you pay the registration in
17    2014 within a month or so of when you bought
18    the Saturn?
19 A. Yes.
20 Q. Other than the 2014 registration
21    payment, did you pay any other registration
22    fees for the Saturn?
23 A. Yes, I paid all the registration
24    fees for the Saturn.
25 Q. Other than the registration fees

Page 13

1     that you paid in 2014, did you pay any
2     registration fees in 2015?
3     That may be a bad --
4  A. Yes.
5  Q. -- question.
6     Okay. You said you don't know
7     how much you paid for registration in 2014;
8     is that correct?
9  A. That's correct.
10 Q. Do you know how much you paid in
11    2015?
12 A. No.
13 Q. After you sold the Saturn in
14    2015, did you get any refund of registration
15    fees that you had paid?
16 A. No.
17 Q. Other than to legally drive the
18    Saturn in the state of Utah, is there any
19    other reason that you paid registration fees
20    for the Saturn?
21 A. No.
22 Q. I believe that you testified that
23    you left for the military in November 2015.
24    What do you mean by left? Does that mean
25    you left the state of Utah?

Min-U-Script®   Bain & Associates Court Reporting Services, Inc.   (3) Pages 10 - 13
1-888-326-0594   depos@bainandassociates.com

Sullivan v. PJ United, et al. 7:13-cv-01275  
Exhibit 31, page 004

James Sullivan, et al. vs  
PJ United, Inc., et al.

Shelby Kron  
November 20, 2017

Page 14

1  A.  Yeah. In November of 2015, I
2  left Utah to go to Lackland Air Force Base
3  in Texas for basic military training.
4  Q.  While you were living in Utah in
5  2014 and 2015, did you own any car other
6  than the Saturn?
7  A.  No.
8  Q.  Do you know how much you sold the
9  Saturn for?
10 A.  I do not remember.
11 Q.  Did you drive with any regularity
12 any car other the Saturn while you were
13 living in Utah?
14 A.  I'm sorry. Can you repeat the
15 question?
16 Q.  While you were in Utah, did you
17 drive with any regularity any vehicle other
18 than the Saturn that you owned?
19 A.  No.
20 Q.  Have you ever purchased vehicle
21 insurance to drive a vehicle?
22 A.  Yes.
23 Q.  When did you first purchase
24 vehicle insurance?
25 A.  When I purchased my Saturn in

Page 15

1  2014.
2  Q.  Do you recall what type of
3  insurance you bought?
4  A.  It was just liability insurance
5  from State Farm.
6  Q.  Did you purchase the minimum
7  liability insurance required by the State of
8  Utah to legally operate a vehicle in Utah?
9  A.  Yes.
10 Q.  Was the reason you purchased
11 liability -- vehicle liability insurance to
12 legally operate a car in the state of Utah?
13 A.  I'm sorry?
14 Q.  Was the reason that you bought
15 state minimum vehicle insurance to legally
16 drive a vehicle in the state of Utah?
17 A.  Yes.
18 Q.  Was there any other reason that
19 you bought vehicle liability insurance while
20 you were living in Utah?
21 A.  No.
22 Q.  Do you remember when you bought
23 or first paid for the vehicle insurance --
24 let me strike that.
25    Do you remember what your vehicle

Page 16

1  insurance premiums were?
2  A.  I don't remember.
3  Q.  Do you remember whether you paid
4  premiums on a monthly basis, a weekly basis,
5  a six-month basis, or some other basis?
6  A.  On a monthly basis.
7  Q.  Do you remember what the first
8  month was that you paid vehicle insurance
9  premiums?
10 A.  No.
11 Q.  Do you remember what the last
12 month was?
13 A.  No.
14 Q.  Do you remember what the monthly
15 premiums were when you first bought vehicle
16 insurance?
17 A.  No.
18 Q.  Do you remember what the monthly
19 premiums were for the last month that you
20 owned vehicle liability insurance?
21 A.  I don't remember.
22 Q.  Do you know whether the vehicle
23 insurance premiums for liability insurance
24 increased from the first month of coverage
25 to the last month of coverage?

Page 17

1  A.  I don't remember.
2  Q.  Did you finance the purchase of
3  the Saturn?
4  A.  I'm sorry?
5  Q.  Did you finance the purchase of
6  the Saturn?
7  A.  No.
8  Q.  Other than East Bay Cafe, where
9  else did you work while you were living in
10 Utah?
11 A.  I worked at Bed Bath & Beyond. I
12 worked at Starbucks. I worked at ARS Fire
13 Flood Cleanup crew. I worked at Liberty
14 Safes. I worked at Jimmy John's and Rumbi's
15 Island Grill.
16 Q.  Can you spell Rumbi?
17 A.  R-U-M-B-I.
18 Q.  It's Rumbi's what Grill?
19 A.  Island.
20 Q.  Did you work anywhere else while
21 you were living in Utah?
22 A.  And Papa John's.
23 Q.  Did you ever work at IHOP?
24 A.  I did work at IHOP.
25 Q.  Did you work anywhere else?

Min-U-Script®           Bain & Associates Court Reporting Services, Inc.           (4) Pages 14 - 17
                        1-888-326-0594  depos@bainandassociates.com

Sullivan v. PJ United, et al. 7:13-cv-01275  
Exhibit 31, page 005

Page 18

1  A.  Not that I can remember.
2  Q.  When did you work at East Bay
3  Cafe? What was the span of time?
4  A.  When did I work at East Bay Cafe?
5  Q.  Yes, ma'am.
6  A.  I believe in August of 2014.
7  Q.  When did you stop working at East
8  Bay Cafe?
9  A.  I can't remember.
10 Q.  When did you work at Bed Bath &
11 Beyond?
12 A.  December of -- I'm sorry.
13 September of 2014, I believe.
14 Q.  When did you --
15 A.  But I'm not -- I can't remember.
16 Q.  When did you leave Bed Bath &
17 Beyond's employment?
18 A.  I can't remember.
19 Q.  When did you work at Starbucks?
20 A.  I worked there December of 2015
21 to like September -- like August of 2016.
22 Q.  I thought you had left Utah by
23 November 2015?
24 A.  I did. I got injured and had to
25 come back in December.

Page 19

1  Q.  When did you work at ARS Fire
2  Flood Cleanup crew?
3  A.  From April of this year till
4  August of this year.
5  Q.  When did you work at Liberty
6  Safes?
7  A.  Sometime in 2014. I can't
8  remember the month.
9  Q.  Did you only work there one
10 month?
11 A.  No. I don't -- I worked there
12 for, I believe, two months.
13 Q.  When did you work at Jimmy
14 John's?
15 A.  In 2014 sometime.
16 Q.  What months?
17 A.  I can't remember.
18 Q.  When did you work at Rumbi Island
19 Grill?
20 A.  June of 2014.
21 Q.  When did you leave Rumbi Island
22 Grill's employment?
23 A.  In July of 2014.
24 Q.  How did you get to and from work
25 when you were working at Rumbi's?

Page 20

1  A.  I walked or took the bus.
2  Q.  When did you work at IHOP?
3  A.  I can't remember.
4  Q.  How long did you work at IHOP?
5  A.  I can't remember.
6  Q.  What city is the IHOP located in
7  that you worked at?
8  A.  Layton.
9  Q.  Where is the Papa John's that you
10 worked at?
11 A.  In Layton.
12 Q.  Where is Rumbi's?
13 A.  Bountiful.
14 Q.  Can you spell that?
15 A.  B-O-U-N-T-I-F-U-L.
16 Q.  Where was the Jimmy John's that
17 you worked at?
18 A.  Spanish Fork.
19 Q.  Where was Liberty Safes?
20 A.  Santaquin.
21 Q.  Where was ARS Fire Flood Cleanup?
22 A.  Ogden.
23 Q.  Where was Starbucks?
24 A.  In Sandy.
25 Q.  Where is Bed Bath & Beyond?

Page 21

1  A.  Sandy.
2  Q.  And where is East Bay Cafe?
3  A.  Provo.
4  Q.  Where were you living when you
5  worked at Papa John's?
6  A.  Layton.
7  Q.  When did you move from Santaquin
8  to Layton?
9  A.  I can't remember.
10 Q.  Other than living in Santaquin
11 and Layton, did you live anywhere else in
12 Utah?
13 A.  I lived in Spanish Fork.
14 Q.  Where is that?
15 A.  About 15 minutes from Santaquin.
16 Q.  Do you remember when you applied
17 to work for Papa John's?
18 A.  I don't remember.
19 Q.  Do you remember when you worked
20 for Papa John's?
21 A.  I don't remember the exact dates.
22 Q.  Generally, roughly, when did you
23 work for Papa John's?
24 A.  I believe it was August of 2015
25 through October of 2015.

James Sullivan, et al. vs
PJ United, Inc., et al.

Shelby Kron
November 20, 2017

Page 22

1  Q. If I were to tell you that
2  company records show that you were hired on
3  August 6, 2015 and your last day worked was
4  November 2nd, 2015, would you have any
5  reason to disagree with that record?
6  A. No. That would be correct.
7  Q. What did you do for Papa John's?
8  A. I'm sorry?
9  Q. What was your job at Papa John's?
10 A. A delivery driver.
11 Q. Were you working anywhere at the
12 time you were working at -- let me strike
13 that.
14    Other than working at Papa
15 John's, during the time that you worked at
16 Papa John's, did you work anywhere else?
17 A. I worked at IHOP.
18 Q. About how many hours a week did
19 you work at IHOP while you were working at
20 Papa John's?
21 A. I can't remember.
22 Q. About how many hours a week did
23 you work while you were working at Papa
24 John's?
25 A. I can't remember.

Page 23

1  Q. Do you remember that while you
2  were working at Papa John's, you were paid
3  one rate while you were clocked in working
4  in the store and a different rate while you
5  were clocked out on the road driving?
6  A. Was I aware that we were getting
7  paid different?
8  Q. Yes.
9  A. Yes.
10 Q. Do you know approximately how
11 many hours you were clocked out on the road
12 during the three months that you worked at
13 Papa John's?
14 A. I don't. I don't know.
15 Q. If I were to tell you that your
16 pay records indicate that the total number
17 of hours you spent on the road clocked out
18 while working at Papa John's is
19 approximately 38 hours for the 3-month
20 period of employment, would you have any
21 reason to dispute that?
22 A. No.
23 Q. Your registration did not
24 increase -- vehicle registration did not
25 increase because of your employment with

Page 24

1  Papa John's, did it?
2  A. I don't remember.
3  Q. Your insurance did not increase
4  because of your employment with Papa John's,
5  did it?
6  A. I don't remember.
7  Q. Are you saying that you don't
8  remember one way or the other?
9  A. No, I don't. I don't have any
10 paperwork in front of me. I can't remember.
11 Q. Do you have any records that
12 relate to the ownership or operation of the
13 Saturn that we've talked about?
14 A. I do not.
15 Q. After you sold the Saturn, did
16 you receive any insurance refund with regard
17 to the liability -- vehicle liability
18 insurance that you purchased?
19 A. No.
20 Q. Have you ever asked for that?
21 A. No.
22 Q. Are you sure that you weren't
23 paying six-month premiums at a time?
24 A. I believe it was monthly that I
25 paid my premium.

Page 25

1  Q. Did you stop paying the insurance
2  premium after you sold the Saturn?
3  A. Yes.
4  Q. Do you know when you made your
5  last vehicle liability insurance premium
6  payment?
7  A. I don't remember.
8  Q. Have you owned a vehicle since
9  you sold the Saturn?
10 A. Yes.
11 Q. Do you own a vehicle -- what
12 vehicles have you owned?
13 A. I currently own a 2006 Mazda 3.
14 Q. That's what you currently own?
15 A. Yes.
16 Q. When did you purchase the 2006
17 Mazda 3?
18 A. March of 2015 -- I'm sorry.
19 2016.
20 Q. You indicated earlier that you
21 moved from Utah to Texas for Air Force
22 training; is that correct?
23 A. That's correct.
24 Q. And that you moved in November
25 2015, correct?

Min-U-Script®   Bain & Associates Court Reporting Services, Inc.   (6) Pages 22 - 25
1-888-326-0594   depos@bainandassociates.com

Sullivan v. PJ United, et al. 7:13-cv-01275
Exhibit 31, page 007

Page 26

1  A. Yes.
2  Q. I believe you indicated that you
3  were injured and returned to Utah in
4  December of 2015?
5  A. That's correct.
6  Q. After you returned to Utah in
7  December of 2015, did you return to the Air
8  Force?
9  A. No.
10 Q. Is the 2006 Mazda 3 in your name?
11 A. Yes.
12 Q. Do you pay state required
13 registration fees for the 2006 Mazda 3?
14 A. Yes.
15 Q. Do you pay vehicle insurance
16 premiums to drive in Utah?
17 A. Yes.
18 Q. Did you start paying those
19 insurance premiums in conjunction with your
20 purchase of the 2006 Mazda 3 in March of
21 2016?
22 A. Yes.
23 Q. Do you purchase state minimum
24 insurance for your primary benefit to
25 legally operate a car in the state of Utah?

Page 27

1  A. I have full coverage on my Mazda.
2  Q. Do you purchase vehicle
3  insurance -- let me strike that.
4     Have you purchased vehicle
5  insurance for your primary benefit to
6  legally operate a vehicle in the state of
7  Utah?
8  A. Yes.
9  Q. Have you paid vehicle
10 registration fees to the State of Utah for
11 your primary benefit of operating cars that
12 you have owned in the state of Utah?
13 A. Yes.
14 Q. Do you know approximately how
15 many miles you put on the Saturn when you
16 owned it?
17 A. I don't remember.
18 Q. Do you know approximately how
19 many miles you drove while delivering during
20 your employment with Papa John's?
21 A. I don't remember.
22 Q. Do you have any way to
23 approximate that number?
24 A. I don't.
25 Q. Do you have any idea what

Page 28

1  percentage of the total miles that you drove
2  the Saturn during your employment with Papa
3  John's was driven for just deliveries and
4  what percentage was driven for all other
5  uses?
6  A. It was probably 50.
7  Q. How do you say that? Why do you
8  say that?
9  A. I mostly used my car for work and
10 just drove maybe 10 miles, you know, here --
11 from my house to the store. So it was
12 equally used.
13 Q. It's 10 miles -- it was 10 miles
14 from where you were living to the Papa
15 John's store?
16 A. No. From my house where I was
17 living at the time that I was working at
18 Papa John's, it was about a two-minute
19 drive.
20 Q. How many miles?
21 A. Under a mile.
22 Q. And you don't know how many miles
23 you drove each week while you were working
24 for Papa John's, do you?
25 A. I don't. I don't have any

Page 29

1  records on me right now that I can look at.
2  Q. You have no way to approximate
3  how many miles you drove while working for
4  Papa John's?
5  A. Probably around six miles per
6  delivery that I did. So --
7  Q. You say "probably." What do you
8  base that on?
9  A. On a delivery, you're -- the
10 range of where we can deliver to isn't all
11 that wide, so it's probably anywhere from
12 six miles that I delivered to on each
13 delivery.
14 Q. Was it six miles from the store
15 to the delivery address and back to the
16 store or six --
17 A. On average. Some places were a
18 little bit further.
19 Q. So you're saying from the store
20 that you worked at, you would deliver six
21 miles away from the store or three miles
22 away --
23 A. On average.
24 Q. -- from the store?
25 A. It depended where the house is.

Min-U-Script®   Bain & Associates Court Reporting Services, Inc.   (7) Pages 26 - 29
1-888-326-0594   depos@bainandassociates.com

Sullivan v. PJ United, et al. 7:13-cv-01275
Exhibit 31, page 008

James Sullivan, et al. vs
PJ United, Inc., et al.

Shelby Kron
November 20, 2017

### Page 30

1  I'm just saying on average. You asked me
2  for an estimate, and I'm saying roughly
3  around six miles.
4  Q. But you're not saying that that
5  is how many miles you drove on every
6  delivery, is it?
7  A. I don't know how many miles I
8  drove on each delivery.
9  Q. And you have no way to estimate
10 the total miles that you drove each week --
11 let me back up.
12     I will represent to you that when
13 I say "week," I mean Monday through Sunday.
14 Okay? Do you understand that?
15 A. Yes.
16 Q. You don't have any way to
17 estimate how many miles you drove during
18 each Monday through Sunday workweek while
19 you were working for Papa John's, do you?
20 A. I can't give you an estimate. I
21 don't know.
22 Q. Do you know how much you spent on
23 gas during each Monday through Sunday
24 workweek that you worked for Papa John's?
25 A. I don't know.

### Page 31

1  Q. Do you know how much total you
2  spent in gas for each Monday through Sunday
3  workweek while you were working for Papa
4  John's?
5  A. I don't know.
6  Q. Do you know how much on average
7  you spent each Monday through Sunday
8  workweek while you -- spent on gas for each
9  Monday through Sunday workweek while you
10 were working for Papa John's?
11 A. No.
12 Q. Do you know whether you paid for
13 any maintenance costs related to the Saturn
14 while you were working for Papa John's --
15 while you were employed by Papa John's?
16 A. Yes, I know I paid for several
17 maintenance costs.
18 Q. What costs were they?
19 A. Some repairs, oil changes. I had
20 to buy fluids for my car.
21 Q. Anything else?
22 A. Not that I can recall.
23 Q. What fluids did you purchase?
24 A. I needed antifreeze. Needed the
25 oil for my car and an oil filter. Those are

### Page 32

1  just a couple that I can remember off the
2  top of my head.
3  Q. Do you know how much you spent
4  for antifreeze?
5  A. I don't remember.
6  Q. Do you know how much you spent
7  for oil and oil filters?
8  A. I can't remember.
9  Q. You performed the maintenance
10 yourself, didn't you?
11 A. Yes.
12 Q. Did you spend any money on
13 maintenance items other than oil, oil
14 filters, and antifreeze?
15 A. I can't remember.
16 Q. Would you have bought more than a
17 gallon of antifreeze?
18 A. I'm sorry?
19 Q. You only worked for three months.
20 Would you have bought more than a gallon of
21 antifreeze?
22 A. Probably not. I probably just
23 bought one bottle.
24 Q. You didn't change your oil more
25 than once during that three-month period,

### Page 33

1  did you?
2  A. No.
3  Q. Other than the oil, oil filter,
4  and the one bottle of antifreeze, did you
5  spend any money on any other maintenance
6  items?
7  A. I can't remember.
8  Q. You mentioned repairs. Do you
9  remember signing a document that's styled
10 "Discovery Requests to Opt-In Plaintiffs"
11 that maybe somebody -- your lawyer or
12 somebody from your lawyer's office sent you?
13 A. I do remember signing a form, but
14 I don't remember what that form said
15 exactly.
16 Q. Do you remember signing it under
17 oath, under penalty of perjury?
18 A. I can't remember.
19 Q. I'm going to read to you one of
20 the questions and your response.
21     The question is: "Did you have
22 repairs done to any of the cars listed
23 above?"
24     And I'll tell you that the only
25 car you had listed is the 1999 Saturn.

Min-U-Script®   Bain & Associates Court Reporting Services, Inc.
1-888-326-0594  depos@bainandassociates.com   (8) Pages 30 - 33

Sullivan v. PJ United, et al. 7:13-cv-01275
Exhibit 31, page 009

James Sullivan, et al. vs  
PJ United, Inc., et al.

Shelby Kron  
November 20, 2017

Page 34

1    Again, the question is: "Did you
2    have repairs done to any of the cars listed
3    above?"
4    And your answer printed is the
5    word "no."
6    Is that your under oath, under
7    penalty of perjury answer to that question?
8  A. My car overheated, and I needed
9    to get stuff to repair it. I did not take
10   it to a body shop to get it repaired. My
11   stepdad did it for me.
12 Q. The next question in the document
13   that I referred to asks "If you had repairs
14   done on the cars listed above, describe what
15   repairs you had done, the approximate cost
16   of each repair, and the approximate date of
17   each repair."
18   Your printed answer are the
19   letters "N/A."
20   Does that mean not applicable?
21 A. Yes.
22 Q. Why are you telling me about your
23   car overheating when you've previously
24   stated under oath that you had no repairs
25   and the question about the description of

Page 35

1    the repairs, the cost, and the date are not
2    applicable?
3  A. Because I did the repairs -- my
4    dad did the repairs myself (sic). I did not
5    take it to a body shop to have it checked
6    out or looked at, so I didn't have any
7    paperwork or documents to prove that I had
8    repairs done. So I put it's not applicable.
9  Q. Do you know how much --
10 A. So I couldn't prove I had any
11   repairs done on my car.
12 Q. Do you know how much you spent,
13   if anything, for the repairs you've talked
14   about today?
15 A. I cannot remember.
16 Q. Do you remember when you made
17   those repairs to the Saturn?
18 A. I don't remember when I made the
19   repairs to my Saturn.
20 Q. You don't know whether it was
21   before, during, or after your employment
22   with Papa John's, do you?
23 A. It was during my employment at
24   Papa John's.
25 Q. Do you know what caused your --

Page 36

1  A. Because my car broke down on the
2    job. My car broke down while I was driving,
3    so I needed to take it to the parking lot
4    and switch out the cars so I can continue
5    with my shift.
6  Q. Do you understand that you're a
7    plaintiff in a lawsuit that's pending in
8    Tuscaloosa, Alabama?
9  A. Yes.
10 Q. What do you claim in the lawsuit?
11 A. That we did not get reimbursed
12   for the amount of distance that we -- or the
13   amount of gas that we used for each
14   delivery. That's what the lawsuit is.
15 Q. How much gas did you use for each
16   delivery?
17 A. I'm sorry?
18 Q. How much is the gas that you
19   claim you used for each delivery?
20 A. I don't remember.
21 Q. How much were you reimbursed?
22 A. I can't remember.
23 Q. What's the difference that you're
24   claiming?
25 A. Whatever the attorneys and you

Page 37

1    discuss the rate that we should get back.
2  Q. Could you say that again?
3  A. The amount that you and the
4    attorneys are willing to reimburse all the
5    drivers. That's the amount.
6  Q. I'm asking you individually,
7    Ms. Kron, how much do you claim you're due
8    to be reimbursed?
9  A. I don't know, sir.
10 Q. Do you have any way to estimate
11   how much you claim you're due to be
12   reimbursed?
13 A. No.
14 Q. When did you attend Davis Applied
15   Technical School?
16 A. I can't remember.
17 Q. How long did you attend Davis
18   Applied Technical School?
19 A. A month and a half.
20 Q. Do you know what year you
21   attended Davis Applied Technical School?
22 A. 2015.
23 Q. Was that before, during, or after
24   you worked for Papa John's?
25 A. I don't remember.

Min-U-Script®   Bain & Associates Court Reporting Services, Inc.   (9) Pages 34 - 37  
1-888-326-0594   depos@bainandassociates.com

Sullivan v. PJ United, et al. 7:13-cv-01275  
Exhibit 31, page 010

James Sullivan, et al. vs
PJ United, Inc., et al.

Shelby Kron
November 20, 2017

Page 38

1  Q. While you were working at Papa
2  John's, you spent more on gasoline in total
3  each week than you spent just delivering for
4  Papa John's, didn't you?
5  A. I don't know. I can't recall.
6  Q. Well, you had to drive to and
7  from work to Papa John's, right?
8  A. Yes.
9  Q. And that took gas; right?
10 A. Yes.
11 Q. And other than driving for
12 deliveries and driving to and from work, you
13 drove the Saturn for other -- for reasons
14 other than delivering for Papa John's,
15 correct?
16 A. Yeah.
17 Q. And that required the consumption
18 of gas; is that correct?
19 A. That's correct.
20 Q. And you don't know how much you
21 spent per week on gas in total during your
22 employment with Papa John's, do you?
23 A. No.
24 Q. And you don't know how much you
25 spent on gas just to perform your job for

Page 39

1  Papa John's on a weekly basis, do you?
2  A. No.
3  Q. I may have asked this, and if I
4  have, I apologize for rehashing. But do you
5  remember how much you paid in monthly
6  insurance premiums while you were working
7  for Papa John's?
8  A. I cannot remember.
9  Q. Ma'am?
10 A. I cannot remember.
11 Q. Have you ever -- let me strike
12 that.
13    While you were living in Utah
14 before you moved to Texas with the Air
15 Force, did you ever consider purchasing more
16 vehicle insurance than the State of Utah
17 required for you to legally operate a motor
18 vehicle?
19 A. No.
20 Q. Is there a reason you never
21 considered buying more than the state
22 minimum insurance?
23 A. I just didn't feel the need to
24 spend more on my insurance for a car that
25 wasn't going to be worth anything if it got

Page 40

1  damaged.
2  Q. And I will apologize again if
3  I've already asked this question. Do you
4  remember how much you sold the Saturn for in
5  November of 2015?
6  A. I don't remember.
7  Q. Do you remember whether it was
8  more than, equal to, or less than the amount
9  you paid for it?
10 A. I can't recall.
11 Q. Could it have been more or about
12 the same that you paid for it?
13 A. No.
14 Q. Are you sure that you sold it for
15 less than you paid for it?
16 A. I can't remember what I sold it
17 for.
18 Q. Do you remember how much -- are
19 you sure that you sold it for less than you
20 paid for it?
21 A. I don't know how much or what I
22 sold it for.
23 Q. But you think you paid $2,100 for
24 it?
25 A. I can't remember what I paid for

Page 41

1  it. I don't have the paperwork anymore for
2  it, so I can't go back and look.
3  Q. You don't know how much --
4  A. This was over four years ago.
5  Q. I'm sorry. The speakerphone kind
6  of faded out. What was your last comment?
7  A. I said this was over four years
8  ago. I honestly cannot remember how much I
9  paid for it and how much I sold it for.
10 Q. So due to the passage --
11 A. If I put it down on a document,
12 then it's probably what I put down on the
13 document. I can't remember from my own
14 brain what I paid for it.
15 Q. And you can't remember from your
16 own brain how much you spent to own or
17 operate the Saturn on a weekly, monthly, or
18 annual basis, can you?
19 A. No.
20 Q. Could anybody else say how much
21 it cost you to own, operate -- own or
22 operate the Saturn on a weekly, monthly, or
23 annual basis?
24 A. No.
25 Q. Could anyone else, in your mind,

Min-U-Script®          Bain & Associates Court Reporting Services, Inc.          (10) Pages 38 - 41
                      1-888-326-0594   depos@bainandassociates.com

James Sullivan, et al. vs  
PJ United, Inc., et al.

Shelby Kron  
November 20, 2017

**Page 42**

1  make a reasonable approximation of how much
2  you spent on the Saturn to own and operate
3  the Saturn on a weekly, monthly, or annual
4  basis?
5  A. I don't know.
6  Q. Did you maintain for any period
7  of time any records regarding the ownership
8  or operation of the Saturn?
9  A. I did have them when I had my
10  Saturn, but I no longer have those
11  documents.
12  Q. So you kept records of both the
13  ownership and the operation of the Saturn
14  while you owned it?
15  A. Yes.
16  Q. What records did you maintain?
17  A. I had the title of my car. I had
18  who I bought the car from and how much, what
19  I spent on my oil changes. But when I got
20  rid of my Saturn back in -- whatever --
21  2015, I got rid of all those documents
22  because I no longer had it. So I no longer
23  have those documents; so I can't pull them
24  out and tell you how much I spent on a
25  monthly, annual, weekly, whatever basis.

**Page 43**

1  Q. Nobody could say that without
2  those records, could they?
3  A. No.
4  Q. Did you ever give any of those
5  records to Papa John's?
6  A. I don't believe so.
7  Q. Would you have had any reason to
8  give any of the ownership or operation
9  documents relative to the Saturn to Papa
10  John's?
11  A. No.
12     MR. HANCOCK: I don't have any
13  other questions.
14     Laurel, do you have any
15  questions?
16     MS. DARBY: I do not.
17     MR. HANCOCK: All right. Thank
18  you.
19     MS. DARBY: Thank you very much.
20     (Off-the-record discussion.)
21     MR. HANCOCK: Back on the record.
22     Laurel had asked about reviewing
23  and signing and asked what the usual
24  practice is here. And, Laurel, tell me if
25  that fairly characterizes your question.

**Page 44**

1     MS. DARBY: That's fine, yeah.
2     MR. HANCOCK: So the ordinary
3  practice in this jurisdiction, both state
4  and federal, is we have what are called the
5  usual stipulations. What that means is all
6  objections other than as to form are
7  preserved for later, and the deponent has
8  the right upon the deponent's request to do
9  what we call a read and sign, which means
10  the court reporter will send the transcript
11  to the deponent, and the deponent has, I
12  think, 30 days to make handwritten and sworn
13  changes on a sheet of paper that we call the
14  errata sheet that accompanies the
15  transcript. And I would say probably -- I
16  mean, I'm not telling you what to do, but
17  probably fewer than half do the read and
18  sign, Dana? I don't know.
19     THE REPORTER: (Nods head.)
20     MR. HANCOCK: Dana is nodding her
21  head.
22     MS. DARBY: I'm sorry. What was
23  the last thing you said, Will?
24     MR. HANCOCK: It's up to y'all,
25  but I think fewer than half of the deponents

**Page 45**

1  do a read and sign, but it's certainly up to
2  the witness.
3     MS. DARBY: Okay. We'll discuss
4  that then.
5     MR. HANCOCK: I am pretty sure --
6  you can check with Mark or Brandy. I don't
7  think y'all have been doing read and signs.
8     THE REPORTER: (Shakes head.)
9     MR. HANCOCK: And Dana, who has
10  done a lot of these, is shaking her head no.
11     MS. DARBY: Okay.
12     MR. HANCOCK: Do you have the
13  court reporter's -- well, you've got the
14  court reporter's information from the other
15  transcripts, right?
16     MS. DARBY: So is it the same
17  court reporter?
18     MR. HANCOCK: Yes.
19     MS. DARBY: So then we have all
20  of that. Then that's really what I was
21  asking. I just wanted to make sure we had
22  contact information and whatnot if we need
23  anything.
24     MR. HANCOCK: Yeah. We have used
25  the same firm for all depositions for both

Min-U-Script®   Bain & Associates Court Reporting Services, Inc.   (11) Pages 42 - 45
1-888-326-0594   depos@bainandassociates.com

Sullivan v. PJ United, et al. 7:13-cv-01275
Exhibit 31, page 012

Page 46

1  sides, I think.
2    **MS. DARBY:** Great. Okay. I
3  remember you saying that. Thank you.
4    **MR. HANCOCK:** You're welcome.
5  So you don't want to read and
6  sign?
7    **MS. DARBY:** No. If we haven't
8  been doing it, then that's fine.
9    **MR. HANCOCK:** Thank you.
10   (The deposition concluded at
11   3:58 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 47

1              C E R T I F I C A T E
2
3  STATE OF ALABAMA )
4  JEFFERSON COUNTY )
5
6              I hereby certify that the above
7  and foregoing deposition was taken down
8  by me in stenotype, and the questions and
9  answers thereto were reduced to computer
10 print under my supervision, and that the
11 foregoing represents a true and correct
12 transcript of the deposition given by
13 said witness upon said hearing.
14
15              I further certify that I am
16 neither of counsel nor of kin to the
17 parties to the action, nor am I in
18 anywise interested in the result of said
19 cause.
20
21
         _____
22       Dana Gordon, Commissioner
         ACCR #146
23
24
25

James Sullivan, et al. vs
PJ United, Inc., et al.

Shelby Kron
November 20, 2017

**$**

**$2,100 (1)**
40:23

**A**

**above (3)**
33:23;34:3,14
**accompanies (1)**
44:14
**address (1)**
29:15
**Again (3)**
34:1;37:2;40:2
**ago (2)**
41:4,8
**agreed (3)**
5:2,19;6:1
**agreement (1)**
5:5
**Air (4)**
14:2;25:21;26:7;
39:14
**Alabama (3)**
5:9,10;36:8
**amount (5)**
36:12,13;37:3,5;
40:8
**annual (4)**
41:18,23;42:3,25
**antifreeze (6)**
31:24;32:4,14,17,
21;33:4
**anymore (1)**
41:1
**apologize (2)**
39:4;40:2
**applicable (3)**
34:20;35:2,8
**applied (5)**
11:9;21:16;
37:14,18,21
**approximate (4)**
27:23;29:2;
34:15,16
**approximately (4)**
23:10,19;27:14,
18
**approximation (1)**
42:1
**April (1)**
19:3
**around (3)**
12:7;29:5;30:3
**ARS (3)**
17:12;19:1;20:21
**assume (1)**
12:2
**attend (2)**
37:14,17
**attended (1)**
37:21
**attorneys (2)**
36:25;37:4
**August (7)**
9:11;12:7;18:6,
21;19:4;21:24;22:3
**average (4)**
29:17,23;30:1;
31:6
**aware (1)**
23:6
**away (2)**
29:21,22

**B**

**back (9)**
10:19;12:5;
18:25;29:15;30:11;
37:1;41:2;42:20;
43:21
**bad (1)**
13:3
**Base (2)**
14:2;29:8
**basic (1)**
14:3
**basis (10)**
16:4,4,5,5,6;39:1;
41:18,23;42:4,25
**Bath (4)**
17:11;18:10,16;
20:25
**Bay (10)**
10:18,22;11:1,6,
9;17:8;18:2,4,8;
21:2
**Bed (4)**
17:11;18:10,16;
20:25
**beforehand (1)**
12:12
**benefit (3)**
26:24;27:5,11
**Beyond (3)**
17:11;18:11;
20:25
**Beyond's (1)**
18:17
**biological (1)**
8:15
**bit (1)**
29:18
**body (2)**
34:10;35:5
**born (1)**
7:15
**both (3)**
42:12;44:3;45:25
**bottle (2)**
32:23;33:4
**bought (11)**
9:24;12:17;15:3,
14,19,22;16:15;
32:16,20,23;42:18
**Bountiful (1)**
20:13
**B-O-U-N-T-I-F-U-L (1)**
20:15
**brain (2)**
41:14,16
**Brandy (1)**
45:6
**broke (2)**
36:1,2
**bus (1)**
20:1
**buy (7)**
9:6,8,10,21;11:5,
8;31:20
**buying (1)**
39:21

**C**

**cafe (11)**
10:4,18,22;11:2,
6,9;17:8;18:3,4,8;
21:2
**call (3)**
7:8;44:9,13
**called (2)**
10:18;44:4
**Can (12)**
10:8;14:14;
17:16;18:1;20:14;
29:1,10;31:22;32:1;
36:4;41:18;45:6
**car (20)**
8:16,19,25;9:2;
14:5,12;15:12;
26:25;28:9;31:20,
25;33:25;34:8,23;
35:11;36:1,2;39:24;
42:17,18
**cars (5)**
27:11;33:22;
34:2,14;36:4
**case (1)**
5:23
**caused (1)**
35:25
**certainly (1)**
45:1
**Certified (1)**
5:9
**change (1)**
32:24
**changes (3)**
31:19;42:19;
44:13
**characterizes (1)**
43:25
**check (1)**
45:6
**checked (1)**
35:5
**city (3)**
10:6,12;20:6
**Civil (1)**
5:18
**claim (4)**
36:10,19;37:7,11
**claiming (1)**
36:24
**Cleanup (3)**
17:13;19:2;20:21
**clocked (4)**
23:3,5,11,17
**comment (1)**
41:6
**commission (1)**
5:12
**Commissioner (1)**
5:10
**company (1)**
22:2
**concluded (1)**
46:10
**conjunction (1)**
26:19
**consider (1)**
39:15
**considered (1)**
39:21
**consistent (1)**
12:8
**consumption (1)**
38:17
**contact (1)**
45:22
**continue (1)**
36:4
**cost (3)**
34:15;35:1;41:21
**costs (3)**
31:13,17,18
**counsel (2)**
5:3,20
**couple (2)**
8:9;32:1
**Court (5)**
5:9;44:10;45:13,
14,17
**coverage (3)**
16:24,25;27:1
**crew (2)**
17:13;19:2
**currently (2)**
25:13,14

**D**

**dad (2)**
8:15;35:4
**damaged (1)**
40:1
**Dana (4)**
5:8;44:18,20;
45:9
**DARBY (11)**
7:13;43:16,19;
44:1,22;45:3,11,16,
19;46:2,7
**date (2)**
34:16;35:1
**dates (1)**
21:21
**Davis (3)**
37:14,17,21
**day (1)**
22:3
**days (1)**
44:12
**December (5)**
18:12,20,25;26:4,
7
**deliver (2)**
29:10,20
**delivered (1)**
29:12
**deliveries (2)**
28:3;38:12
**delivering (3)**
27:19;38:3,14
**delivery (10)**
22:10;29:6,9,13,
15;30:6,8;36:14,16,
19
**depended (1)**
29:25
**deponent (3)**
44:7,11,11
**deponents (1)**
44:25
**deponent's (1)**
44:8
**deposition (7)**
5:4,8,16,21,22;
6:4;46:10
**depositions (1)**
45:25
**describe (1)**
34:14
**description (1)**
34:25
**difference (1)**
36:23
**different (2)**
23:4,7
**disagree (1)**
22:5
**Discovery (1)**
33:10
**discuss (2)**
37:1;45:3
**discussion (1)**
43:20
**dispute (1)**
23:21
**distance (1)**
36:12

Sullivan v. PJ United, et al. 7:13-cv-01275
Exhibit 31, page 014

James Sullivan, et al. vs  
PJ United, Inc., et al.

Shelby Kron  
November 20, 2017

**document (4)**  
33:9;34:12;  
41:11,13  
**documents (5)**  
35:7;42:11,21,23;  
43:9  
**done (7)**  
33:22;34:2,14,15;  
35:8,11;45:10  
**down (5)**  
10:3;36:1,2;  
41:11,12  
**drive (10)**  
8:16;11:15;  
13:17;14:11,17,21;  
15:16;26:16;28:19;  
38:6  
**driven (2)**  
28:3,4  
**driver (1)**  
22:10  
**drivers (1)**  
37:5  
**driver's (1)**  
8:22  
**driving (4)**  
23:5;36:2;38:11,12  
**drove (10)**  
27:19;28:1,10,23;  
29:3;30:5,8,10,17;  
38:13  
**due (3)**  
37:7,11;41:10  
**duly (1)**  
7:2  
**during (11)**  
22:15;23:12;  
27:19;28:2;30:17,23;32:25;35:21,23;  
37:23;38:21  

**E**

**earlier (1)**  
25:20  
**East (10)**  
10:18,22;11:1,6,9;17:8;18:2,4,7;  
21:2  
**either (2)**  
5:24;9:20  
**else (8)**  
17:9,20,25;21:11;  
22:16;31:21;41:20,25  
**employed (1)**  
31:15  
**employment (10)**  
18:17;19:22;  
23:20,25;24:4;  
27:20;28:2;35:21,23;38:22  

**equal (1)**  
40:8  
**equally (1)**  
28:12  
**errata (1)**  
44:14  
**estimate (5)**  
30:2,9,17,20;  
37:10  
**evidence (1)**  
5:16  
**exact (1)**  
21:21  
**exactly (1)**  
33:15  
**EXAMINATION (3)**  
3:1,3;7:6  
**EXHIBIT (1)**  
4:1  
**exhibits (1)**  
4:4  

**F**

**faded (1)**  
41:6  
**fairly (1)**  
43:25  
**family (1)**  
9:7  
**Farm (1)**  
15:5  
**Federal (2)**  
5:18;44:4  
**feel (1)**  
39:23  
**fees (10)**  
11:22,25;12:22,24,25;13:2,15,19;  
26:13;27:10  
**fewer (2)**  
44:17,25  
**filing (1)**  
5:21  
**filter (2)**  
31:25;33:3  
**filters (2)**  
32:7,14  
**finance (2)**  
17:2,5  
**fine (3)**  
7:10;44:1;46:8  
**Fire (3)**  
17:12;19:1;20:21  
**firm (1)**  
45:25  
**first (7)**  
7:2;9:2;14:23;  
15:23;16:7,15,24  
**flew (1)**  
8:18  
**Flood (3)**  
17:13;19:2;20:21  

**fluids (2)**  
31:20,23  
**follows (1)**  
7:5  
**Force (4)**  
14:2;25:21;26:8;  
39:15  
**Fork (2)**  
20:18;21:13  
**form (4)**  
5:13;33:13,14;  
44:6  
**formalities (1)**  
5:6  
**formality (1)**  
5:11  
**four (2)**  
41:4,7  
**friend (1)**  
9:7  
**front (1)**  
24:10  
**full (1)**  
27:1  
**further (3)**  
5:19;6:1;29:18  

**G**

**gallon (2)**  
32:17,20  
**gas (10)**  
30:23;31:2,8;  
36:13,15,18;38:9,18,21,25  
**gasoline (1)**  
38:2  
**General (1)**  
7:19  
**Generally (1)**  
21:22  
**Gordon (1)**  
5:8  
**graduate (2)**  
7:22,25  
**graduated (1)**  
8:8  
**Great (1)**  
46:2  
**Grill (3)**  
17:15,18;19:19  
**Grill's (1)**  
19:22  

**H**

**half (4)**  
11:3;37:19;  
44:17,25  
**HANCOCK (17)**  
3:3;7:7,11,14;  
43:12,17,21;44:2,20,24;45:5,9,12,18,

24;46:4,9  
**handwritten (1)**  
44:12  
**head (5)**  
32:2;44:19,21;  
45:8,10  
**hereby (3)**  
5:2,22;6:4  
**hereto (2)**  
5:24;6:2  
**high (4)**  
7:17,22;8:8,19  
**hired (1)**  
22:2  
**honestly (2)**  
9:16;41:8  
**hospital (1)**  
7:18  
**hours (6)**  
10:14;22:18,22;  
23:11,17,19  
**house (3)**  
28:11,16;29:25  

**I**

**idea (1)**  
27:25  
**IHOP (7)**  
17:23,24;20:2,4,6;22:17,19  
**Illinois (3)**  
7:21;8:14,16  
**increase (3)**  
23:24,25;24:3  
**increased (1)**  
16:24  
**INDEX (2)**  
3:1;4:1  
**indicate (1)**  
23:16  
**indicated (2)**  
25:20;26:2  
**individually (1)**  
37:6  
**information (2)**  
45:14,22  
**injured (2)**  
18:24;26:3  
**insurance (29)**  
14:21,24;15:3,4,7,11,15,19,23;16:1,8,16,20,23,23;24:3,16,18;25:1,5;26:15,19,24;27:3,5;39:6,16,22,24  
**introduced (1)**  
5:23  
**Island (4)**  
17:15,19;19:18,21  
**items (2)**  
32:13;33:6  

**J**

**Jimmy (3)**  
17:14;19:13;  
20:16  
**job (3)**  
22:9;36:2;38:25  
**John's (44)**  
17:14,22;19:14;  
20:9,16;21:5,17,20,23;22:7,9,15,16,20,24;23:2,13,18;24:1,4;27:20;28:3,15,18,24;29:4;30:19,24;  
31:4,10,14,15;  
35:22,24;37:24;  
38:2,4,7,14,22;39:1,7;43:5,10  
**July (2)**  
10:6;19:23  
**June (2)**  
8:6;19:20  
**jurisdiction (1)**  
44:3  

**K**

**kept (1)**  
42:12  
**kind (1)**  
41:5  
**KRON (3)**  
5:4;7:1;37:7  

**L**

**Lackland (1)**  
14:2  
**Lake (1)**  
10:12  
**Large (1)**  
5:11  
**last (7)**  
16:11,19,25;22:3;  
25:5;41:6;44:23  
**later (1)**  
44:7  
**Laurel (4)**  
7:11;43:14,22,24  
**lawsuit (3)**  
36:7,10,14  
**lawyer (1)**  
33:11  
**lawyer's (1)**  
33:12  
**Layton (7)**  
10:13,15;20:8,11;  
21:6,8,11  
**leave (2)**  
18:16;19:21  
**left (8)**  
12:10,10,13;

Min-U-Script®   Bain & Associates Court Reporting Services, Inc.   (49) document - left  
1-888-326-0594   depos@bainandassociates.com

Sullivan v. PJ United, et al. 7:13-cv-01275  
Exhibit 31, page 015

13:23,24,25;14:2;
18:22
**legally (8)**
  11:15;13:17;
  15:8,12,15;26:25;
  27:6;39:17
**less (3)**
  40:8,15,19
**letters (1)**
  34:19
**liability (10)**
  15:4,7,11,11,19;
  16:20,23;24:17,17;
  25:5
**Liberty (3)**
  17:13;19:5;20:19
**license (1)**
  8:23
**life (1)**
  8:2
**line (1)**
  7:12
**listed (4)**
  33:22,25;34:2,14
**little (1)**
  29:18
**live (2)**
  8:12;21:11
**lived (1)**
  21:13
**living (11)**
  8:13;14:4,13;
  15:20;17:9,21;21:4,
  10;28:14,17;39:13
**located (1)**
  20:6
**long (3)**
  10:19;20:4;37:17
**longer (3)**
  42:10,22,22
**look (2)**
  29:1;41:2
**looked (1)**
  35:6
**lot (2)**
  36:3;45:10
**Lutheran (1)**
  7:19

**M**

**ma'am (2)**
  18:5;39:9
**maintain (2)**
  42:6,16
**maintenance (5)**
  31:13,17;32:9,13;
  33:5
**manner (1)**
  5:24
**many (11)**
  22:18,22;23:11;
  27:15,19;28:20,22;

29:3;30:5,7,17
**March (2)**
  25:18;26:20
**Mark (1)**
  45:6
**marked (1)**
  4:4
**may (6)**
  5:8,15,16,22;
  13:3;39:3
**Maybe (3)**
  11:3;28:10;33:11
**Mazda (6)**
  25:13,17;26:10,
  13,20;27:1
**mean (5)**
  13:24,24;30:13;
  34:20;44:16
**means (2)**
  44:5,9
**mentioned (1)**
  33:8
**mile (1)**
  28:21
**miles (19)**
  27:15,19;28:1,10,
  13,13,20,22;29:3,5,
  12,14,21,21;30:3,5,
  7,10,17
**military (4)**
  12:11,13;13:23;
  14:3
**mind (2)**
  7:8;41:25
**minimum (4)**
  15:6,15;26:23;
  39:22
**minutes (1)**
  21:15
**model (1)**
  9:5
**mom (1)**
  8:12
**Monday (6)**
  30:13,18,23;31:2,
  7,9
**money (2)**
  32:12;33:5
**month (13)**
  8:7;11:3,21;
  12:12,17;16:8,12,
  19,24,25;19:8,10;
  37:19
**monthly (10)**
  16:4,6,14,18;
  24:24;39:5;41:17,
  22;42:3,25
**months (5)**
  11:4;19:12,16;
  23:12;32:19
**more (9)**
  32:16,20,24;38:2;
  39:15,21,24;40:8,

11
**mostly (1)**
  28:9
**motor (1)**
  39:17
**move (5)**
  8:3,5,11;10:5;
  21:7
**moved (5)**
  8:17;10:25;
  25:21,24;39:14
**much (31)**
  9:12;13:7,10;
  14:8;30:22;31:1,6;
  32:3,6;35:9,12;
  36:15,18,21;37:7,
  11;38:20,24;39:5;
  40:4,18,21;41:3,8,9,
  16,20;42:1,18,24;
  43:19
**myself (1)**
  35:4

**N**

**N/A (1)**
  34:19
**name (2)**
  11:12;26:10
**need (3)**
  5:14;39:23;45:22
**Needed (4)**
  31:24,24;34:8;
  36:3
**next (1)**
  34:12
**Nobody (1)**
  43:1
**nodding (1)**
  44:20
**Nods (1)**
  44:19
**November (9)**
  9:19;12:11,14;
  13:23;14:1;18:23;
  22:4;25:24;40:5
**number (2)**
  23:16;27:23

**O**

**oath (3)**
  33:17;34:6,24
**objections (3)**
  5:12,13;44:6
**October (1)**
  21:25
**off (1)**
  32:1
**offered (1)**
  5:16
**office (1)**
  33:12

**Off-the-record (1)**
  43:20
**Ogden (1)**
  20:22
**oil (11)**
  31:19,25,25;32:7,
  7,13,13,24;33:3,3;
  42:19
**once (1)**
  32:25
**one (6)**
  19:9;23:3;24:8;
  32:23;33:4,19
**only (3)**
  19:9;32:19;33:24
**operate (9)**
  15:8,12;26:25;
  27:6;39:17;41:17,
  21,22;42:2
**operating (1)**
  27:11
**operation (4)**
  24:12;42:8,13;
  43:8
**Opt-In (1)**
  33:10
**ordinary (1)**
  44:2
**out (7)**
  23:5,11,17;35:6;
  36:4;41:6;42:24
**over (2)**
  41:4,7
**overheated (1)**
  34:8
**overheating (1)**
  34:23
**own (10)**
  14:5;25:11,13,14;
  41:13,16,16,21,21;
  42:2
**owned (9)**
  8:25;9:3;14:18;
  16:20;25:8,12;
  27:12,16;42:14
**ownership (4)**
  24:12;42:7,13;
  43:8

**P**

**PAGE (2)**
  3:2;4:2
**paid (26)**
  9:12;11:22;
  12:23;13:1,7,10,15,
  19;15:23;16:3,8;
  23:2,7;24:25;27:9;
  31:12,16;39:5;40:9,
  12,15,20,23,25;
  41:9,14
**Papa (41)**
  17:22;20:9;21:5,

17,20,23;22:7,9,14,
16,20,23;23:2,13,
18;24:1,4;27:20;
28:2,14,18,24;29:4;
30:19,24;31:3,10,
14,15;35:22,24;
37:24;38:1,4,7,14,
22;39:1,7;43:5,9
**paper (1)**
  44:13
**paperwork (3)**
  24:10;35:7;41:1
**Park (2)**
  7:18,21
**parking (1)**
  36:3
**parties (3)**
  5:3,21;6:2
**party (1)**
  5:24
**passage (1)**
  41:10
**pay (7)**
  11:25;12:16,21;
  13:1;23:16;26:12,
  15
**paying (3)**
  24:23;25:1;26:18
**payment (2)**
  12:21;25:6
**penalty (2)**
  33:17;34:7
**pending (1)**
  36:7
**per (2)**
  29:5;38:21
**percentage (2)**
  28:1,4
**perform (1)**
  38:25
**performed (1)**
  32:9
**period (3)**
  23:20;32:25;42:6
**perjury (2)**
  33:17;34:7
**places (1)**
  29:17
**plaintiff (1)**
  36:7
**Plaintiffs (1)**
  33:10
**pm (1)**
  46:11
**point (1)**
  8:2
**practice (2)**
  43:24;44:3
**premium (3)**
  24:25;25:2,5
**premiums (10)**
  16:1,4,9,15,19;
  23;24,23;26:16,19;

Min-U-Script®   Bain & Associates Court Reporting Services, Inc.   (50) legally - premiums
1-888-326-0594   depos@bainandassociates.com

Sullivan v. PJ United, et al. 7:13-cv-01275
Exhibit 31, page 016

39:6
preserved (1)
    44:7
pretty (1)
    45:5
previously (1)
    34:23
primary (3)
    26:24;27:5,11
printed (2)
    34:4,18
probably (9)
    28:6;29:5,7,11;
    32:22,22;41:12;
    44:15,17
procedural (1)
    5:6
Procedure (1)
    5:18
prove (2)
    35:7,10
provided (2)
    5:17,25
Provo (3)
    10:3,17;21:3
pull (1)
    42:23
purchase (9)
    14:23;15:6;17:2,
    5;25:16;26:20,23;
    27:2;31:23
purchased (5)
    14:20,25;15:10;
    24:18;27:4
purchasing (1)
    39:15
purpose (1)
    5:17
pursuant (1)
    5:5
put (4)
    27:15;35:8;
    41:11,12

R

range (1)
    29:10
rate (3)
    23:3,4;37:1
read (6)
    33:19;44:9,17;
    45:1,7;46:5
really (1)
    45:20
reason (8)
    13:19;15:10,14,
    18;22:5;23:21;
    39:20;43:7
reasonable (1)
    42:1
reasons (1)
    38:13

recall (4)
    15:2;31:22;38:5;
    40:10
receive (1)
    24:16
record (2)
    22:5;43:21
records (9)
    22:2;23:16;
    24:11;29:1;42:7,12,
    16;43:2,5
referred (1)
    34:13
refund (2)
    13:14;24:16
regard (1)
    24:16
regarding (1)
    42:7
register (1)
    11:15
registered (3)
    11:17,19,22
registration (15)
    11:22,25;12:16,
    20,21,23,25;13:2,7,
    14,19;23:23,24;
    26:13;27:10
regularity (2)
    14:11,17
rehashing (1)
    39:4
reimburse (1)
    37:4
reimbursed (4)
    36:11,21;37:8,12
relate (1)
    24:12
related (1)
    31:13
Relative (2)
    10:12;43:9
remember (69)
    9:12,16,17;10:23;
    12:2;14:10;15:22,
    25;16:2,3,7,11,14,
    18,21;17:1;18:1,9,
    15,18;19:8,17;20:3,
    5;21:9,16,18,19,21;
    22:21,25;23:1;24:2,
    6,8,10;25:7;27:17,
    21;32:1,5,8,15;
    33:7,9,13,14,16,18;
    35:15,16,18;36:20,
    22;37:16,25;39:5,8,
    10;40:4,6,7,16,18,
    25;41:8,13,15;46:3
repair (3)
    34:9,16,17
repaired (1)
    34:10
repairs (15)
    31:19;33:8,22;

34:2,13,15,24;35:1,
3,4,8,11,13,17,19
repeat (1)
    14:14
Reporter (5)
    5:9;44:10,19;
    45:8,17
reporter's (2)
    45:13,14
represent (1)
    30:12
representing (2)
    5:3,20
request (1)
    44:8
Requests (1)
    33:10
require (2)
    11:14,18
required (4)
    15:7;26:12;
    38:17;39:17
requirements (1)
    5:7
reserved (1)
    5:15
resold (1)
    9:20
respect (1)
    5:6
response (1)
    33:20
return (1)
    26:7
returned (2)
    26:3,6
reviewing (1)
    43:22
rid (2)
    42:20,21
Ridge (2)
    7:18,21
right (7)
    7:8;29:1;38:7,9;
    43:17;44:8;45:15
road (3)
    23:5,11,17
roughly (3)
    10:14;21:22;30:2
Rules (1)
    5:18
ruling (1)
    5:15
Rumbi (3)
    17:16;19:18,21
R-U-M-B-I (1)
    17:17
Rumbi's (4)
    17:14,18;19:25;
    20:12

S

Safes (3)
    17:14;19:6;20:19
Salt (1)
    10:12
same (3)
    40:12;45:16,25
Sandy (2)
    20:24;21:1
Santaquin (8)
    10:7,10,13;11:1;
    20:20;21:7,10,15
S-a-n-t-a-q-u-i-n (1)
    10:9
Saturn (44)
    9:4,21,25;11:5,8,
    11,15,19;12:1,7,18,
    22,24;13:13,18,20;
    14:6,9,12,18,25;
    17:3,6;24:13,15;
    25:2,9;27:15;28:2;
    31:13;33:25;35:17,
    19;38:13;40:4;
    41:17,22;42:2,3,8,
    10,13,20;43:9
saying (6)
    24:7;29:19;30:1,
    2,4;46:3
school (7)
    7:17,23;8:8,20;
    37:15,18,21
send (1)
    44:10
sent (1)
    33:12
September (2)
    18:13,21
several (1)
    31:16
Shakes (1)
    45:8
shaking (1)
    45:10
sheet (2)
    44:13,14
SHELBY (4)
    5:4;7:1,9,15
shift (1)
    36:5
shop (2)
    34:10;35:5
show (1)
    22:2
sic (1)
    35:4
sides (1)
    46:1
sign (4)
    44:9,18;45:1;
    46:6
signature (1)
    6:3
signing (4)
    33:9,13,16;43:23

signs (1)
    45:7
six (6)
    29:5,12,14,16,20;
    30:3
six-month (2)
    16:5;24:23
SL1 (1)
    9:4
sold (14)
    9:18;12:7,11;
    13:13;14:8;24:15;
    25:2,9;40:4,14,16,
    19,22;41:9
somebody (2)
    33:11,12
sometime (3)
    12:12;19:7,15
soon (1)
    10:25
sorry (10)
    14:14;15:13;
    17:4;18:12;22:8;
    25:18;32:18;36:17;
    41:5;44:22
sound (1)
    12:9
span (1)
    18:3
Spanish (2)
    20:18;21:13
speak (1)
    7:3
speakerphone (1)
    41:5
spell (3)
    10:8;17:16;20:14
spend (3)
    32:12;33:5;39:24
spent (16)
    23:17;30:22;
    31:2,7,8;32:3,6;
    35:12;38:2,3,21,25;
    41:16;42:2,19,24
Starbucks (3)
    17:12;18:19;
    20:23
start (3)
    10:21;11:1;26:18
started (2)
    10:23;11:6
State (21)
    5:10;8:3;11:14,
    16,18;13:18,25;
    15:5,7,12,15,16;
    26:12,23,25;27:6,
    10,12;39:16,21;
    44:3
stated (1)
    34:24
Statute (1)
    5:25
stepdad (2)

James Sullivan, et al. vs
PJ United, Inc., et al.

Shelby Kron
November 20, 2017

8:12;34:11
**stepmom (1)**
8:15
**still (1)**
12:3
**stipulated (3)**
5:2,19;6:1
**stipulation (1)**
5:5
**STIPULATIONS (2)**
5:1;44:5
**stop (2)**
18:7;25:1
**store (8)**
23:4;28:11,15;
29:14,16,19,21,24
**strike (4)**
15:24;22:12;
27:3;39:11
**stuff (1)**
34:9
**styled (1)**
33:9
**Sunday (6)**
30:13,18,23;31:2,
7,9
**sure (6)**
9:15;24:22;
40:14,19;45:5,21
**switch (1)**
36:4
**sworn (2)**
7:3;44:12

**T**

**talked (2)**
24:13;35:13
**Technical (3)**
37:15,18,21
**telling (2)**
34:22;44:16
**testified (3)**
7:4;12:6;13:22
**Texas (3)**
14:3;25:21;39:14
**thought (2)**
9:17;18:22
**three (3)**
23:12;29:21;
32:19
**three-month (1)**
32:25
**till (1)**
19:3
**title (1)**
42:17
**titled (1)**
11:11
**today (1)**
35:14
**took (2)**
20:1;38:9

**top (1)**
32:2
**total (6)**
23:16;28:1;
30:10;31:1;38:2,21
**training (2)**
14:3;25:22
**transcript (2)**
44:10,15
**transcripts (1)**
45:15
**transportation (1)**
9:22
**trial (1)**
5:23
**truth (3)**
7:3,3,4
**Tuscaloosa (1)**
36:8
**two (3)**
10:14;11:4;19:12
**two-minute (1)**
28:18
**type (1)**
15:2

**U**

**Under (6)**
28:21;33:16,17;
34:6,6,24
**up (5)**
10:20;12:5;
30:11;44:24;45:1
**upon (1)**
44:8
**use (1)**
36:15
**used (7)**
5:17,23;28:9,12;
36:13,19;45:24
**uses (1)**
28:5
**usual (2)**
43:23;44:5
**Utah (35)**
8:3,5,11,17;9:8,9;
10:5;11:14,16,18;
13:18,25;14:2,4,13,
16;15:8,8,12,16,20;
17:10,21;18:22;
21:12;25:21;26:3,6,
16,25;27:7,10,12;
39:13,16

**V**

**vehicle (27)**
14:17,20,21,24;
15:8,11,15,16,19,
23,25;16:8,15,20,
22;23:24;24:17;
25:5,8,11;26:15;

27:2,4,6,9;39:16,18
**vehicles (1)**
25:12

**W**

**waived (3)**
5:7,22;6:4
**walked (1)**
20:1
**way (6)**
24:8;27:22;29:2;
30:9,16;37:10
**week (7)**
22:18,22;28:23;
30:10,13;38:3,21
**weekly (6)**
16:4;39:1;41:17,
22;42:3,25
**weeks (1)**
8:10
**welcome (1)**
46:4
**weren't (1)**
24:22
**whatnot (1)**
45:22
**What's (1)**
36:23
**whole (1)**
7:3
**wide (1)**
29:11
**willing (1)**
37:4
**within (4)**
8:7,9;11:3;12:17
**without (2)**
5:11;43:1
**witness (4)**
6:3,3;7:2;45:2
**word (1)**
34:5
**work (27)**
9:23;11:9;17:9,
20,23,24,25;18:2,4,
10,19;19:1,5,9,13,
18,24;20:2,4;21:17,
23;22:16,19,23;
28:9;38:7,12
**worked (20)**
17:11,12,12,13,
14;18:20;19:11;
20:7,10,17;21:5,19;
22:3,15,17;23:12;
29:20;30:24;32:19;
37:24
**working (26)**
9:24;10:2,3,16,
21;11:1,6;18:7;
19:25;22:11,12,14,
19,23;23:2,3,18;
28:17,23;29:3;

30:19;31:3,10,14;
38:1;39:6
**workweek (5)**
30:18,24;31:3,8,9
**worth (1)**
39:25

**Y**

**y'all (2)**
44:24;45:7
**year (6)**
7:15,25;8:23;
19:3,4;37:20
**years (2)**
41:4,7

**1**

**1,200 (1)**
9:15
**10 (3)**
28:10,13,13
**14 (1)**
9:20
**15 (2)**
9:20;21:15
**1996 (1)**
7:16
**1999 (1)**
33:25

**2**

**2 (1)**
9:17
**2,100 (1)**
9:14
**2006 (5)**
25:13,16;26:10,
13,20
**2013 (1)**
8:24
**2014 (18)**
8:1,6;9:11,19;
10:6;11:23;12:17,
20;13:1,7;14:5;
15:1;18:6,13;19:7,
15,20,23
**2015 (24)**
12:1,3,8,11,14;
13:2,11,14,23;14:1,
5;18:20,23;21:24;
25;22:3,4;25:18,25;
26:4,7;37:22;40:5;
42:21
**2016 (3)**
18:21;25:19;
26:21
**21 (1)**
9:17
**2nd (1)**
22:4

**3**

**3 (5)**
25:13,17;26:10,
13,20
**3:58 (1)**
46:11
**30 (1)**
44:12
**38 (1)**
23:19
**3-month (1)**
23:19

**5**

**50 (1)**
28:6

**6**

**6 (1)**
22:3

**7**

**7 (1)**
3:3

**9**

**99 (1)**
9:4

Min-U-Script®   Bain & Associates Court Reporting Services, Inc.   (52) stepmom - 99
1-888-326-0594   depos@bainandassociates.com

Sullivan v. PJ United, et al. 7:13-cv-01275
Exhibit 31, page 018