IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JAMES SULLIVAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO.: |
| v. | ) 7:13-cv-01275-LSC |
| | ) |
| PJ UNITED, INC. AND | ) |
| DOUGLAS STEPHENS, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF BRAD LEONARD

My name is Brad Leonard. I make this declaration based upon personal knowledge.

1. I am Chief Financial and Administrative Officer of PJ Cheese, Inc. ("PJ Cheese").

2. In that capacity, I have access to and custody and control over certain business records of PJ Cheese, including James Sullivan's pay records and daily Checkout Reports.

3. PJ Cheese uses several employment job categories.

4. Employees can clock in and out during a single day in different job categories with correspondingly different computer clocking codes.

5. An employee who works predominantly in the job category of Delivery Driver

can clock in and out for hours worked in the store ("In-Store") and separately, under a different code, can clock in and out for hours worked "On the Road."

6. An employee who predominantly works as a Delivery Driver can also clock in and out for hours worked in a job distinct from Delivery Driver, the reason for which I address below.

7. PJ Cheese uses these separate clocking categories because, among other reasons, it takes a tip credit against the minimum wage when a driver works in a tipped capacity—that is, while On the Road.

8. All hourly employees are paid a cash wage at least at the Federal minimum wage except for hours worked On the Road for which hours PJ Cheese may take a tip credit.

9. A Delivery Driver would typically clock in at the beginning of a shift for In-Store time. When a delivery is ready to be taken, that employee would clock out for In-Store timekeeping purposes and then clock in for time On the Road. Upon returning from the delivery, the employee would typically clock out for On the Road time and then clock back in for In-Store time. This clocking cycle would continue until the end of the employee's Delivery Driver shift.

10. The separate clocking for On the Road time allows PJ Cheese to capture the time spent working in a tipped capacity--On the Road--to determine the cash wage due and to ensure that sufficient tips are actually received by the

Delivery Driver to cover the tip credit or to determine any tip shortfall, which is made up in cash wage.

11. From time to time, a Delivery Driver might clock in and out in a job code that is not a Delivery Driver code. This could happen under various scenarios but would most likely happen after the employee's shift ended and the employee "finally" clocked out as a Delivery Driver but the manager asked the employee to clock back in and remain at the store, most notably to ensure that the closing manager would not be alone in the store after the store closed and while the manager reconciled the day's books. Some stores referred to this Delivery Driver as the "closing Driver." An employee clocked in at a position other than Delivery Driver would not deliver while so clocked in and would receive a cash wage at least at the Federal minimum wage—that is, no tip credit was taken while the employee was clocked in at any position other than Delivery Driver during On the Road time.

12. Checkout Reports capture certain information that relates to PJ Cheese employees who work as a Delivery Drivers.

13. A Checkout Report was generated for each day that Sullivan worked. (*See* Doc. 150, Joint Status Report, p. 16, Undisputed Material Fact 19).

14. The daily Checkout Report contains the time the Delivery Driver clocks in at the beginning of the Delivery Driver shift as well as the time the Delivery

Driver clocks out at the end of the Delivery Driver shift. Each Checkout Report also contains a list of all addresses to which the driver delivered and the time clocked out as On the Road. The daily Checkout Report shows the total "Store Hrs," "Road Hrs," and "Total Hrs" that the employee worked that day as a Delivery Driver. This data from the daily Checkout Report is electronically transferred to the payroll system. If a Delivery Driver clocks in and out in a position other than Delivery Driver, that time is not captured on the Checkout Report (because it is not time spent as a Delivery Driver), but the time is captured daily, maintained, and included in the payroll. As stated above, this additional time is not subject to a tip credit, is paid at a cash wage rate of at least the Federal minimum wage, and is not the subject of Sullivan's claims.

I make this declaration under penalty of perjury, dated this the 1st day of August, 2018.

_____
Brad Leonard